UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA AND GENERAL INSURANCE COMPANY OF AMERICA, <br> Plaintiffs | : <br> : <br> : <br> : <br> : | CIVIL ACTION NO. |
| VS. | : | 302CV1966 (AVC) |
| LOCAL TOWING, INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, AND JAMES GARDELLA <br> Defendants/Third-Party Plaintiffs | : <br> : <br> : <br> : | |
| VS. | : | |
| ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C., AND CHARLES SAPOCHETTI <br> Third-Party Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | OCTOBER 22, 2003 |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed.R.Civ.P. 6(b), the undersigned Third-Party Defendant Associated Insurance Agency, Inc. respectfully requests that the period of time within which this Court has ordered compliance with the October 6, 2003 Pretrial Order be enlarged up to and including May 6, 2004. In support hereof, the undersigned respectfully submits that this request for an enlargement of time is reasonable given that the undersigned Third-Party Defendant was not served with the Third-Party Complaint until May 27, 2003, filed a timely answer to the same on July 28, 2003, and only recently (October 1, 2003) received co-defendant Melwain Enterprises, Inc.'s answer to the Third Party Complaint.

1

Moreover, as of this date, the undersigned has not received copies of pleadings and discovery filed in connection with the instant matter despite written requests sent on June 26, 2003, August 5, 2003, and September 16, 2003, to Third-Party Apportionment Plaintiff. Therefore, a formal discovery request was served October 16, 2003 on Third-Party Apportionment Plaintiff requesting this information however, a response is not expected until mid to late November 2003. Finally, without additional time to conduct discovery by and amongst the several parties, the undersigned Defendant will be unable to estimate the length of trial, ascertain the necessity of any further proceedings prior to trial, identify potential witnesses, and/or prepare exhibits as requested in this Court's Pretrial Order.

The undersigned has spoken to the following counsel who <u>consent</u> to the granting of this motion: Benjamin Lentz, Duncan Hume, Kerry Callahan, and Dianna D. McCarthy. Attorney Farrell and Attorney Antipas were provided with copies of the instant motion as well as contacted by telephone however, the undersigned counsel did not receive a response form them.

In the alternative, the undersigned counsel respectfully requests that this Court enter a scheduling order providing all parties with a reasonable amount of time within which to conduct and respond to discovery requests.

WHEREFORE, the undersigned respectfully requests that this Court find that good cause exists to enlarge the period of time within which to comply with this Court's October 6, 2003 Pretrial Order. In the alternative, that this Court enter a scheduling order.

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

THIRD-PARTY DEFENDANT,
ASSOCIATED INSURANCE AGENCY, INC.



Tracey M. Lane -- CT 19865
MORRISON, MAHONEY & MILLER, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06106
Phone: (860) 616-4441

3

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

## CERTIFICATION

    I hereby certify that a copy of the foregoing was mailed, via U.S. mail, return receipt requested, to the following parties of record, postage prepaid this same date as follows:

Benjamin D. Lentz, Esq.  
Torre, Lentz, Gamell, Gary & Rittmaster  
100 Jericho Quadrangle, Suite 309  
Jericho, NY 11753-2702

Constantine G. Antipas, Esq.  
The Antipas Law Firm  
One Fort Hill Road  
Groton, CT 06340

Kerry R. Callahan, Esq.  
Updike, Kelly & Spellacy, PC  
One State Street, PO Box 231277  
Hartford, CT 06123-1277

Duncan B. Hume, Esq.  
Hume & Associates  
One Landmark Square, Suite 525  
Stamford, CT 06901

James J. Farrell, Esq.  
8 Elm Street  
Norwalk, CT 06850

Luigi Spadafora, Esq.  
Winget Spadafora & Schwartzberg  
45 Broadway, 19th Floor  
New York, NY 100006

Dianna D. McCarthy, Esq.  
Winget Spadafora & Schwartzberg  
183 N. Broad Street  
Milford, CT 06460

_____  
Tracey M. Lane – CT 19865

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW  
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103  
(860) 616-4441 • JURIS NO. 404459