UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA) and GENERAL INSURANCE COMPANY OF ) AMERICA,                 Plaintiff, ) | CIVIL ACTION NO. 302CV1966 (AVC) |
|                             ) | |
| V.                                   ) | |
|                             ) | |
| LOCAL TOWING INC., GEORGE GARDELLA, ) JESSICA HELQUIST-GARDELLA and JAMES ) GARDELLA,                             ) | |
|                             ) | |
|                    Defendants. ) | OCTOBER 28, 2003 |

## <u>MOTION TO WITHDRAW APPEARANCE</u>

The undersigned counsel hereby moves to withdraw his Appearance of the following

defendants only:   Local Towing Inc., George Gardella and Jessica Helquist-Gardella, in the above

matter.

Respectfully submitted,
DEFENDANTS,
LOCAL TOWING INC., GEORGE GARDELLA,
and JESSICA HELQUIST-GARDELLA

By:_____
KERRY R. CALLAHAN, ESQ.
Juris Number ct06569
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277
Tel.:   (860) 548-2600
Fax:   (860 548-2680

342201

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing Motion to Withdraw Appearance has been sent via first class United States mail, postage prepaid, this 28th day of October, 2003, to the following counsel and pro se parties of record:

Dennis C. Cavanaugh
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

By: _____
KERRY R. CALLAHAN, ESQ.

342201