UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA ) <br> and GENERAL INSURANCE COMPANY OF ) <br> AMERICA, Plaintiff, ) <br> ) <br> V. ) <br> ) <br> LOCAL TOWING INC., GEORGE GARDELLA, ) <br> JESSICA HELQUIST-GARDELLA and JAMES ) <br> GARDELLA, ) <br> ) <br> Defendants ) | CIVIL ACTION NO. <br> 302CV1966 (AVC) <br><br><br><br><br><br><br><br><br> OCTOBER 28, 2003 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned counsel hereby moves to withdraw his Appearance of the following defendants only: Local Towing Inc., George Gardella and Jessica Helquist-Gardella, in the above matter.

Respectfully submitted,
DEFENDANTS,
LOCAL TOWING INC., GEORGE GARDELLA,
and JESSICA HELQUIST-GARDELLA

By: _____
KERRY R. CALLAHAN, ESQ.
Juris Number ct06569
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277
Tel.: (860) 548-2600
Fax: (860 548-2680

October 30, 2003. GRANTED
SO ORDERED.
Alfred V. Covello, U.S.D.J.

342201