UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SAFECO INSURANCE COMPANY OF       :       CIVIL ACTION NO. 
AMERICA AND GENERAL               :
INSURANCE COMPANY OF AMERICA,     :
    Plaintiffs                        :
                                        :       302CV1966 (AVC)

VS.                               :

LOCAL TOWING, INC., GEORGE        :
GARDELLA, JESSICA HELQUIST-       :
GARDELLA, AND JAMES GARDELLA      :
    Defendants/Third-Party Plaintiffs :

VS.                               :

ASSOCIATED INSURANCE AGENCY,      :
INC., FREDERICK J. SMITH, AFNY,   :
INC., ASSOCIATED FACILITIES OF    :
AMERICA LTD., MELWAIN             :
ENTERPRISES, INC., CHARLES        :
ASSOCIATES, P.C., AND CHARLES     :
SAPOCHETTI                        :
    Third-Party Defendants            :       OCTOBER 22, 2003

## MOTION FOR ENLARGEMENT OF TIME

    Pursuant to Fed.R.Civ.P. 6(b), the undersigned Third-Party Defendant Associated

```
3:02CV1966(AVC).  November 3, 2003.  The motion for an extension
of time (document no. 68) is GRANTED as follows: (1) all
discovery, including depositions of all witnesses, shall be
completed by February 1, 2004; (2) the parties shall exchange a
damage analysis, if necessary, on or before November 15, 2003;
(3) the plaintiffs shall designate all trial experts and provide
opposing counsel with reports from retained experts on or before
November 24, 2003, and depositions of any such experts shall be
completed by December 24, 2003; (4) the defendants shall
designate all trial experts and provide opposing counsel with
reports from retained experts on or before December 24, 2003, and
depositions of any such experts shall be completed by February 1,
2004; (5) all motions, except motions in limine incident to a
trial, shall be filed on or before March 1, 2004; (6) the parties
shall file a joint trial memorandum in accordance with the
pretrial order, which order shall accompany the jury selection
calendar, and be sent to the parties on April 1, 2004; and (9)
the case shall be ready for trial by May 1, 2004.
     It is so ordered this 3rd day of November, 2003, at
Hartford, Connecticut.
                    _____
                    Alfred V. Covello
```