UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA AND GENERAL INSURANCE COMPANY OF AMERICA, Plaintiffs | CIVIL ACTION NO. |
| VS. | 302CV1966 (AVC) |
| LOCAL TOWING, INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, AND JAMES GARDELLA Defendants/Third-Party Plaintiffs | |
| VS. | |
| ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C., AND CHARLES SAPOCHETTI Third-Party Defendants | DECEMBER 23, 2003 |

## MOTION TO PRECLUDE EXPERT

Pursuant to Fed.R.Civ.P. 26(a)(2)(c) and Fed.R.Civ.P. 37(c)(1), the undersigned Third-Party Defendant Associated Insurance Agency, Inc. (hereinafter "Associated") respectfully moves this Court to preclude Third-Party Plaintiffs Local Towing, Inc., George Gardella, Jessica Helquist-Gardella, and James Gardella (hereinafter "Third-Party Plaintiffs") from disclosing an expert witness and/or introducing expert testimony in the above-captioned matter. This matter is scheduled for trial on May 1, 2004, and any disclosure after this date would be in contravention of this Court's Scheduling Order and unduly prejudicial to Associated.

1

## I. RELEVANT PROCEDURAL HISTORY

On May 12, 2003, Third-Party Plaintiffs commenced a Third-Party Action against, *inter alia*, Associated. On July 28, 2003, Associated filed an answer to the Third-Party Complaint and thereafter, on November 3, 2003, this Court issued a scheduling order which set forth the following deadlines:

> the plaintiffs shall designate all trial experts and provide opposing counsel with reports from retained experts on or before November 24, 2003, and depositions of any such experts shall be completed by December 24, 2003; (4) the defendants shall designate all trial experts and provide opposing counsel with reports from retained experts on or before December 24, 2003, and depositions of any such experts shall be completed by February 1, 2003.

As of today's date, Third-Party Plaintiffs have failed to disclose any expert witnesses.

## II. ARGUMENT

The Federal Rules of Civil Procedure provide that the disclosure of expert witnesses "shall be made at the times and in the sequence directed by the court." Fed. R. Civ. P. 26(a)(2)(c). As recently noted by Magistrate Margolis, "[t]he purpose of Rule 26(a) is to prevent an ambush, resulting in surprise or prejudice, of undisclosed or late disclosed evidence." Equant Integrations Services, Inc. v. United Rentals (North America), Inc., et al., 2003 U.S. Dist. LEXIS 18409, *12-13 (Margolis, J.) (Dist. Ct. Jan. 9, 2003) (*relying on* Thibeault v. Square D. Co., 960 F.2d 239, 246 (1st Cir. 1992); Virgin Enter. Ltd. v. American Longevity, 2001 U.S. Dist. LEXIS 2048, at *6 (S.D.N.Y. Mar. 1, 2001)." Failure to comply with Rule 26(a), "without substantial

2

justification," renders any late-disclosed evidence inadmissible. See Fed. R. Civ. P. 37(c)(1).

In this instance, this Court ordered that Plaintiffs disclose all experts on or before November 24, 2003. It is now nearly four weeks past that deadline and Third-Party Plaintiffs have not produced any experts nor have they requested an extension of time within which to do so. Given the May 1, 2004 trial deadline, any disclosure after today's date is without substantial justification and would unduly prejudice Associated.

### III. CONCLUSION

In conclusion, the undersigned respectfully requests that this Court preclude Third-Party Plaintiffs from disclosing an expert beyond the November 24, 2003 deadline imposed by this Court.

THIRD-PARTY DEFENDANT,
ASSOCIATED INSURANCE AGENCY, INC.

_____
James L. Brawley, Esq. – CT17321
Tracey M. Lane, Esq. – CT19865
MORRISON, MAHONEY & MILLER, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06106
Phone: (860) 616-4441

3

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, via U.S. mail, to the following parties of record, postage prepaid this same date as follows:

Benjamin D. Lentz, Esq.
Torre, Lentz, Gamell, Gary & Rittmaster
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753-2702

Constantine G. Antipas, Esq.
The Antipas Law Firm
One Fort Hill Road
Groton, CT 06340

Kerry R. Callahan, Esq.
Updike, Kelly & Spellacy, PC
One State Street, PO Box 231277
Hartford, CT 06123-1277

Peter E. Strniste, Jr., Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06123-1277

Duncan B. Hume, Esq.
Hume & Associates
One Landmark Square, Suite 525
Stamford, CT 06901

James J. Farrell, Esq.
8 Elm Street
Norwalk, CT 06850

Luigi Spadafora, Esq.
Winget Spadafora & Schwartzberg
45 Broadway, 19th Floor
New York, NY 100006

Dianna D. McCarthy, Esq.
Winget Spadafora & Schwartzberg
183 N. Broad Street
Milford, CT 06460

_____
James L. Brawley– CT 17321

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459