UNITED STATES DISTRICT COURT  FILED
DISTRICT OF CONNECTICUT

------------------------------------------------------------------x

2004 JAN 28 P 1: 01

SAFECO INSURANCE COMPANY OF AMERICA
and GENERAL INSURANCE COMPANY OF
AMERICA,

U.S. DISTRICT COURT
DOCKET NO. HARTFORD, CT.

Plaintiffs,

302CV1966 AVC

-against-

LOCAL TOWING INC., GEORGE GARDELLA,
JESSICA HELQUIST-GARDELLA, and JAMES
GARDELLA,

Defendants.    January 27, 2004

------------------------------------------------------------------x

LOCAL TOWING INC., GEORGE GARDELLA,
JESSICA HELQUIST-GARDELLA, and JAMES
GARDELLA,

Third-Party Plaintiffs,

-against-

ASSOCIATED INSURANCE AGENCY, INC.,
FREDERICK J. SMITH, AFNY, INC., ASSOCIATED
FACILITIES OF AMERICA LTD., MELWAIN
ENTERPRISES, INC., CHARLES ASSOCIATES,
P.C, and CHARLES SAPOCHETTI,

Third-Party Defendants.

------------------------------------------------------------------x

**THIRD-PARTY DEFENDANT MELWAIN ENTERPISE, INC'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO COMPLETE DISCOVERY**

1.   In accordance with the provisions of D.Conn.Civ.L.R. 7(b) the Third-Party Defendant Melwain Enterprises, Inc, ("Melwain") by its attorneys Winget, Spadafora & Schwartzberg, LLP,

1

respectfully moves for a ninety (90) day extension of time, through and including May 1, 2004, within which to complete discovery.

2.      Third-Party Plaintiffs filed their Third-Party Complaint on April 29, 2004. To date, Melwain has not been served with any prior pleadings in this matter, and accordingly, has been precluded from formulating a defense in this matter. Moreover, Melwain was not party any Rule 26(f) Conference, and was not given the opportunity to coordinate a proposed discovery schedule with the other parties to this matter.

3.      Melwain has inquired of Duncan Hume, Esq., of Hume & Associates and James Farrell, Esq., attorneys for Third-Party Plaintiffs, as to their position on Melwain's request for an extension of time to complete discovery. There was consent to this request for an extension of time within which to complete discovery. Melwain has not been served with any other extensions of time, nor has Melwain previously requested such relief.

Dated: January 27, 2004

> WINGET, SPADAFORA &
> SCHWARTZBERG ,LLP
> Attorneys for Defendant
> Melwain Enterprise, Inc.
>
> By: _____
> Dianna D. McCarthy (ct24874)
> 45 Broadway, 19th Floor
> New York, New York 10006
> Phone: (212) 221-6900
> Fax: (212) 221-6989

2

## **CERTIFICATION OF SERVICE**

THIS IS TO CERTIFY that a copy of the foregoing was sent via regular mail on this date to:

Constantine G. Antipas, Esq.
The Antipas Law Firm
Attorneys for Plaintiffs
One Fort Hill Road
Groton. CT 06340

Benjamin D. Lentz
Torre, Lentz, Gamell, Gary & Rittmaster, LLP
Attorneys for Plaintiffs
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753

Duncan B. Hume, Esq.
Attorneys for Defendant and Third-Party Plaintiffs
Hume & Associates
One Landmark Square
Stamford, CT 06901

James J. Farrell, Esq.
Attorneys for Defendant and Third-Party Plaintiffs
8 Elm Street
Norwalk, Connecticut 06850

James L. Brawley, Esq.
Tracey M. Lane, Esq.
Attorneys for Associated Insurance Agency, Inc.
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06106

Dated: January 27, 2004

Dianna D. McCarthy, Esq.