

UNITED STATES DISTRICT COURT  
DISTRICT OF CONNECTICUT

FILED

2004 JAN 28 P 1: 01

U.S. DISTRICT COURT
HARTFORD, CT.

------------------------------------------------------------- x

SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA,

           Plaintiffs,

-against-

LOCAL TOWING INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, and JAMES GARDELLA,

           Defendants.

DOCKET NO.

302CV1966 AVC

January 27, 2004

------------------------------------------------------------- x

LOCAL TOWING INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, and JAMES GARDELLA,

           Third-Party Plaintiffs,

-against-

ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN

---

3:02CV1966(AVC). January 29, 2004. The motion for an extension of time (document no. 73) is GRANTED as follows: (1) <u>all</u> discovery, including depositions of <u>all</u> witnesses, shall be completed by May 1, 2004; (2) all motions, except motions <u>in limine</u> incident to a trial, shall be filed on or before June 1, 2004; (6) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on July 1, 2004; and (9) the case shall be ready for trial by August 1, 2004.

It is so ordered this 29th day of January, 2004, at Hartford, Connecticut.

           Alfred V. Covello  
           United States District Judge