UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF | : | CIVIL ACTION NO. |
| AMERICA AND GENERAL | : | |
| INSURANCE COMPANY OF AMERICA, | : | |
| Plaintiffs | : | |
| | : | 302CV1966 (AVC) |
| VS. | : | |
| | : | |
| LOCAL TOWING, INC., GEORGE | : | |
| GARDELLA, JESSICA HELQUIST- | : | |
| GARDELLA, AND JAMES GARDELLA | : | |
| Defendants/Third-Party Plaintiffs | : | |
| | : | |
| VS. | : | |
| | : | |
| ASSOCIATED INSURANCE AGENCY, | : | |
| INC., FREDERICK J. SMITH, AFNY, | : | |
| INC., ASSOCIATED FACILITIES OF | : | |
| AMERICA LTD., MELWAIN | : | |
| ENTERPRISES, INC., CHARLES | : | |
| ASSOCIATES, P.C., AND CHARLES | : | |
| SAPOCHETTI | : | |
| Third-Party Defendants | : | JANUARY 30, 2004 |

## REQUEST FOR ENTRY OF DISMISSAL

Third-Party Defendant Associated Insurance Agency, Inc. respectfully requests that this

Court dismiss the action commenced by Third-Party Plaintiffs Local Towing, Inc., George

Gardella, Jessica Helquist-Gardella, and James Gardella (hereinafter, collectively "Third-Party

Plaintiffs") for their failure to comply with this Court's Scheduling Order. More specifically,

on November 3, 2003, this Court ordered that "the parties shall exchange a damage analysis, if

necessary, on or before November 15, 2003." As of today's date, Third-Party Plaintiffs have

failed to provide said damage analysis and therefore, Third-Party Defendant Associated

1

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

Insurance Agency, Inc. respectfully requests that this Court dismiss the claims commenced against it for failure to comply with a Court Order.

Federal Rule of Civil Procedure 37(b)(2) provides that "[i]f a party . . . fails to obey an order to permit or provide discovery . . . the court in which the action is pending may make such orders in regard to the failure as are just." These "orders" include the remedy of a dismissal. See Fed. R. Civ. Pro. 37(b)(2)(C). In this instance, dismissal is certainly warranted where Third-Party Plaintiffs have failed to disclose even the most basic of information which sets forth their alleged damages. In the alternative, pursuant to Fed. R. Civ. Pro. 37(b)(2)(A), the undersigned Defendant respectfully requests that Third-Party Plaintiffs be precluded from introducing any evidence of damages in connection with their claims against Associated Insurance Agency, Inc.

THIRD-PARTY DEFENDANT,
ASSOCIATED INSURANCE AGENCY, INC.

James L. Brawley – CT 17321
Tracey M. Lane – CT 19865
MORRISON, MAHONEY & MILLER, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06106
Phone: (860) 616-4441
Its Attorneys

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, via U.S. mail, to the following parties of record, postage prepaid this same date as follows:

Benjamin D. Lentz, Esq.
Torre, Lentz, Gamell, Gary & Rittmaster
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753-2702

Constantine G. Antipas, Esq.
The Antipas Law Firm
One Fort Hill Road
Groton, CT 06340

Duncan B. Hume, Esq.
Hume & Associates
One Landmark Square, Suite 525
Stamford, CT 06901

James J. Farrell, Esq.
8 Elm Street
Norwalk, CT 06850

Luigi Spadafora, Esq.
Winget Spadafora & Schwartzberg
45 Broadway, 19th Floor
New York, NY 100006

Dianna D. McCarthy, Esq.
Winget Spadafora & Schwartzberg
183 N. Broad Street
Milford, CT 06460

_____
James L. Brawley– CT 17321

3

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459