

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA AND GENERAL INSURANCE COMPANY OF AMERICA, Plaintiffs | : | CIVIL ACTION NO. |
| VS. | : | 302CV1966 (AVC) |
| LOCAL TOWING, INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, AND JAMES GARDELLA Defendants/Third-Party Plaintiffs | : | |
| VS. | : | |
| ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C., AND CHARLES SAPOCHETTI Third-Party Defendants | : | DECEMBER 23, 2003 |

### MOTION TO PRECLUDE EXPERT

Pursuant to Fed.R.Civ.P. 26(a)(2)(c) and Fed.R.Civ.P. 37(c)(1), the undersigned Third-Party Defendant Associated Insurance Agency, Inc. (hereinafter "Associated") respectfully moves this Court to preclude Third-Party Plaintiffs Local Towing, Inc., George Gardella, Jessica Helquist-Gardella, and James Gardella (hereinafter "Third-Party Plaintiffs") from disclosing an expert witness and/or introducing expert testimony in the above-captioned matter. This matter is scheduled for trial on May 1, 2004, and any disclosure after this date would be in

```
3:02CV1966(AVC).  February 3, 2004.  The motion to preclude expert
(document no. 72) is DENIED without prejudice to its refiling, if
desired, in the event that the third-party plaintiffs disclose an
expert.
SO ORDERED.
              Alfred V. Covello, U.S.D.J.
```