UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA AND GENERAL INSURANCE COMPANY OF AMERICA,<br>Plaintiffs | : | CIVIL ACTION NO. |
| VS. | : | 3:02CV1966 (AVC) |
| LOCAL TOWING, INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, AND JAMES GARDELLA<br>Defendants/Third-Party Plaintiffs | : | |
| VS. | : | |
| ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C., AND CHARLES SAPOCHETTI<br>Third-Party Defendants | : | JANUARY 30, 2004 |

### REQUEST FOR ENTRY OF DISMISSAL

Third-Party Defendant Associated Insurance Agency, Inc. respectfully requests that this Court dismiss the action commenced by Third-Party Plaintiffs Local Towing, Inc., George Gardella, Jessica Helquist-Gardella, and James Gardella (hereinafter, collectively "Third-Party Plaintiffs") for their failure to comply with this Court's Scheduling Order. More specifically, on November 3, 2003, this Court ordered that "the parties shall exchange a damage analysis, if necessary, on or before November 15, 2003." As of today's date, Third-Party Plaintiffs have failed to provide said damage analysis and therefore, Third-Party Defendant Associated

3:02CV1966(AVC).  February 3, 2004.  DENIED.
SO ORDERED.

       Alfred V. Covello, U.S.D.J.