UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA, | : : : : | DOCKET NO. 3:02 CV 1966 (AVC) |
| Plaintiffs, | : : | |
| V. | : : | |
| LOCAL TOWING INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA and JAMES GARDELLA, | : : : : : | |
| Defendants/Third-Party Plaintiffs | : : | MARCH 26, 2004 |
| V. | : : | |
| ASSOCIATED INSURANCE AGENCY, INC., FREDERICK. J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C., AND CHARLES SAPOCHETTI, | : : : : : : : : | |
| Third-Party Defendants. | : | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that upon the annexed affidavit of Ira Sussman, sworn to March 18, 2004, the exhibits thereto, the summons and complaint, the memorandum of law, and the statement of undisputed material facts, plaintiffs Safeco Insurance Company of America ("Safeco") and General Insurance Company of America

86293 v1

1

ORAL ARGUMENT IS NOT REQUESTED

("General") (collectively the "Surety") will move this Court, before the Hon. Alfred V. Covello, at the U.S. Courthouse, 450 Main Street, Hartford, Connecticut, on the _____ day of _____, 2004, at 9:30 A.M., for an order pursuant to Fed.R.Civ.P. 56 for Summary Judgment to recover against Defendants Local Towing Inc. ("Local Towing") and James Gardella ("Gardella"), (collectively the "Indemnitors"), (i) $599,979.75, representing the undisputed, un-reimbursed payments made to subcontractors and suppliers, and (ii) determining liability for the attorneys' fees and expenses incurred by the Surety as a result of issuing bonds on behalf of Local Towing (including fees incurred in defending against claims and in prosecuting the Surety's indemnity rights), with the amount to be determined on inquest.

Dated:   Jericho, New York
         March 26, 2004

                                        TORRE, LENTZ, GAMELL GARY &
                                        RITTMASTER, LLP

                                        By: _____
                                            Benjamin D. Lentz   (BL 4860)

                                        Attorneys for Plaintiffs
                                        Safeco Insurance Company of America
                                        General Insurance Company of America
                                        100 Jericho Quadrangle, Suite 309
                                        Jericho, NY 11753-2702
                                        (516) 240-8900

86293 v1

2

ORAL ARGUMENT IS NOT REQUESTED