FILED

2004 APR 20  A 10: 43

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------x
SAFECO INSURANCE COMPANY OF
AMERICA and GENERAL INSURANCE
COMPANY OF AMERICA,

                Plaintiffs

  v.

LOCAL TOWING INC., GEORGE GARDELLA,
JESSICA HELQUIST-GARDELLA, and
JAMES GARDELLA,

                Defendants.
-------------------------------------------------------------x
LOCAL TOWING INC., GEORGE GARDELLA,
JESSICA HELQUIST-GARDELLA, and
JAMES GARDELLA,

                Third-Party Plaintiffs

  v.

ASSOCIATED INSURANCE AGENCY, INC.,
FREDERICK J. SMITH, AFNY, INC., MELWAIN
ENTERPRISES, INC., WAYNE PRICE, MARYANNE
PRICE, and ERIC EMPEY,

                Third-Party Defendants
-------------------------------------------------------------x

DOCKET NO.

302CV1966-AJC

Judge Alfred V. Covello

April 19, 2004

## MOTION FOR ADDITIONAL TIME TO RESPOND
## TO MOTION FOR SUMMARY JUDGMENT

    LOCAL TOWING, INC. and JAMES GARDELLA hereby move for an additional two weeks, from April 19, 2004 to May 3, 2004, to respond to the Motion for Summary Judgment filed

by the Plaintiffs. This is a complex matter raising a number of issues, and the additional time is needed to provide the court with a full exposition of those issues.

The undersigned has conferred with the attorney for the Plaintiffs and has obtained the Plaintiffs' consent to the motion. This is the first request for additional time relative to this motion.

Dated: Stamford, Connecticut
      April 19, 2004

                                        Duncan B. Hume  (ct05581)
                                        Hume & Associates
                                        One Landmark Square
                                        Stamford, CT 06901
                                        Tel. 203-348-7252
                                        Fax 203-324-4430

### Certificate of Service by Mail

The undersigned hereby certifies that a copy of the foregoing Answer was mailed via first class with the United States Postal Service, postage prepaid, to all counsel of record on April 19, 2004:

Constantine G. Antipas, Esq.
The Antipas Law Firm
One Fort Hill Road
Groton, CT 06340

Benjamin D. Lentz, Esq.
Torre, Lentz, Gamell, Gary & Rittmaster, LLP
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753

Dianna D. McCarthy, Esq.
Winget, Spadofora & Schwartzberg, LLP
183 N. Broad Street
Milford, CT 06460

Luigi Spadofora, Esq.
Winget, Spadofora & Schwartzberg, LLP
45 Broadway, 19th Floor
New York, NY 10006

James J. Farrell, Esq.
8 Elm Street
Norwalk, CT 06850


Dated:  Stamford, Connecticut
        April 19, 2004

_____
Duncan B. Hume