UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 20 A 10: 43

-------------------------------------------------------x
SAFECO INSURANCE COMPANY OF
AMERICA and GENERAL INSURANCE
COMPANY OF AMERICA,

      Plaintiffs

  v.

LOCAL TOWING INC., GEORGE GARDELLA,
JESSICA HELQUIST-GARDELLA, and
JAMES GARDELLA,

      Defendants.
-------------------------------------------------------x

LOCAL TOWING INC., GEORGE GARDELLA,
JESSICA HELQUIST-GARDELLA, and
JAMES GARDELLA,

      Third-Party Plaintiffs

  v.

ASSOCIATED INSURANCE AGENCY, INC.,
FREDERICK J. SMITH, AFNY, INC., MELWAIN
ENTERPRISES, INC., WAYNE PRICE, MARYANNE
PRICE, and ERIC EMPEY,

      Third-Party Defendants
-------------------------------------------------------x

DOCKET NO.

302CV1966-AJC

Judge Alfred V. Covello

April 19, 2004

**MOTION FOR ADDITIONAL TIME TO RESPOND
TO MOTION FOR SUMMARY JUDGMENT**

    LOCAL TOWING, INC. and JAMES GARDELLA hereby move for an additional two weeks, from April 19, 2004 to May 3, 2004, to respond to the Motion for Summary Judgment filed

GRANTED. SO ORDERED.
Alfred V. Covello, U.S.D.J.
April 21, 2004