UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x

SAFECO INSURANCE COMPANY OF
AMERICA and GENERAL INSURANCE
COMPANY OF AMERICA,

          Plaintiffs

    v.

LOCAL TOWING INC., GEORGE GARDELLA,
JESSICA HELQUIST-GARDELLA, and
JAMES GARDELLA,

          Defendants and
          Third-Party Plaintiffs

    v.

ASSOCIATED INSURANCE AGENCY, INC.
FREDERICK J. SMITH, AFNY, INC.,
ASSOCIATED FACILITIES OF AMERICA, LTD.,
MELWAIN ENTERPRISES, INC., CHARLES
ASSOCIATES, P.C., and CHARLES SAPOCHETTI,

          Third-Party Defendants.

------------------------------------------------------------x

DOCKET NO.

302CV1966-AJC

May 3, 2004

## DEFENDANTS LOCAL TOWING INC.'S AND JAMES GARDELLA'S
## MEMORANDUM OF LAW IN OPPOSITION TO
## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Defendants Local Towing Inc., ("Local Towing") and James Gardella, by their attorneys, Hume & Associates, respectfully submit the following Memorandum of Law in opposition to the plaintiffs' motion for summary judgment.

## NATURE OF THE ACTION and ISSUES WITHOUT DISPUTE

It has been stated a number of times that the main action is an action brought by compensated sureties to recover monies spent in fulfillment of their obligations under certain construction bonds issued to Local Towing Inc. There is no question that Local Towing requested the bonds and requested the plaintiffs to make various payments under the bonds to various suppliers, material men, and subcontractors. There is also no dispute that the claim against Local Towing in the amount of $599,979.55 is in the amount that was expended by the plaintiffs.

There remains a dispute as to the liability, if any, of James Gardella for the monies spent by the plaintiffs.

## POINT I

## THE FAILURE OF THE PLAINTIFFS TO DISCHARGE THEIR OBLIGATIONS TO THE ALLEGED INDEMNITOR HAVE DISCHARGED THE INDEMNITOR

One of the oldest rules in the law of suretyship, if that the alteration of the obligations of a non-compensated surety will discharge that surety. Just as the plaintiffs acted as sureties to Local Towing, James Gardella agreed to act as surety for the plaintiffs. One difference, of course, is that the plaintiffs were acting as compensated sureties, and just as they would be discharged by a material alteration in the contract on which they issued bonds, their surety, James Gardella is discharged by the alteration in his liability from one project that he know about to a number of projects that he had reservations about and no control over.

As has been said, the doctrine that the contract of the gratuitous surety is *strictissimi juris* receives its ultimate and most rigorous application. This is the position of the Restatement of Security, and it is a confirmation of what the law has been for centuries rather than a new

interpretation or a directive to change existing law. *Sprigg v. Bank of Mt. Pleasant,* 14 Pet. 201, 10 L.Ed. 419 (1840).

The indemnitor not being a party to the issuance of the new bonds, the bonds that cause the losses claimed by the plaintiffs, the indemnitor should as a matter of law not be held liable but released and discharged for any liability. *People v. Vilas,* 36 N.Y. 459 (1867).

## CONCLUSION

The plaintiffs tried to change the obligations of the indemnitor without his consent or even his knowledge, and this change in obligations represents a matter of material, factual dispute necessitating a full trial on the merits. The motion should be denied.

Dated: Stamford, Connecticut
       May 3, 2004

_____
Duncan B. Hume (CT 05581)
HUME & ASSOCIATES
One Landmark Square, Box 21
Stamford, CT 06901-2620
203-348-7252

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on this date to the following attorneys of record:

Benjamin D. Lentz, Esq.
Torre, Lentz, Gamell, Gary & Rittmaster
100 Jericho Quadrangle, Suite 309

3

Jericho, NY 11753-2702

Constantine G. Antipas, Esq.
The Antipas Law Firm
One Fort Hill Road
Groton, CT 06340

James J. Farrell, Esq.
8 Elm Street
Norwalk, CT 06850

Luigi Spadafora, Esq.
Winget Spadafora & Schwartzberg
45 Broadway, 19th Floor
New York, NY 10006

Diana D. McCarthy, Esq.
Winget Spadafora & Schwartzberg
183 N. Broad Street
Milford, CT 06460

James L. Brawley, Esq.
Tracey Lane Russo, Esq.
Morrison, Mahoney & Miller, LLP
One Constitution Plaza
Hartford, CT 06103-1810

Duncan B. Hume (CT 05581)