United States District Court
District of Connecticut
FILED AT        HARTFORD

May 4, 20 04
Kevin F. Rowe, Clerk

By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------x
SAFECO INSURANCE COMPANY OF
AMERICA and GENERAL INSURANCE
COMPANY OF AMERICA,

        Plaintiffs

   v.

LOCAL TOWING INC., GEORGE GARDELLA,
JESSICA HELQUIST-GARDELLA, and
JAMES GARDELLA,

        Defendants and
        Third-PartyPlaintiffs

   v.

ASSOCIATED INSURANCE AGENCY, INC.
FREDERICK J. SMITH, AFNY, INC.,
ASSOCIATED FACILITIES OF AMERICA, LTD.,
MELWAIN ENTERPRISES, INC., CHARLES
ASSOCIATES, P.C., and CHARLES SAPOCHETTI,

        Third-Party Defendants.
-----------------------------------------------------------------x

DOCKET NO.

302CV1966-AJC

May 3, 2004

### DEFENDANTS LOCAL TOWING INC.'S AND JAMES GARDELLA'S LOCAL RULE 56(a)2 STATEMENT IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Defendants Local Towing Inc., ("Local Towing") and James Gardella, by their attorneys, Hume & Associates, respectfully submit the following statement of undisputed facts pursuant to U.S. District Court, District of Connecticut, Rule 56(a)2, in opposition to the motion for summary judgment.

1.   At hearings on March 14, 2003 and May 29, 2003, it was admitted by counsel for the defendants that the amount of outstanding debt incurred by the plaintiffs on behalf of Local Towing was $599,979.75. This amount continues to be accurate except for a small item that is still open between the parties. That small item would in no way effect the issue of the claimed liability for the debt. See Affidavit of James Gardella at Paragraph 3.

2.   On or about October 6, 1999, the plaintiffs required that a General Agreement of Indemnity ("GAI") be executed for the issuance of bonds for Local Towing. (Gardella Affidavit at Paragraph 4.)

3.   On or about July 26, 2000, the plaintiffs issued bonds at the request of Local Towing for a project know as Stalley Bay Ocean Outfall Installation Project in St. Thomas, U.S.V.I. (Gardella Affidavit Paragraph 5.)

4.   On or about August 1, 2000, the plaintiffs issued bonds at the request of Local Towing for a project known as Aguadilla Harbor Revetment Project in Aguadilla, P.R. (Gardella Affidavit Paragraph 5.)

5.   Local Towing ran into financial difficulties on the two projects and requested that the plaintiffs honor their obligations under the bonds. (Gardella Affidavit Paragraph 6.)

6.   Local Towing agreed that its failure to meet its financial obligations constituted a default under the terms of the GAI and promised to repay the funds expended by the plaintiffs to meet those financial obligations. (Gardella Affidavit Paragraph 7.)

7.   The plaintiffs have received an assignment of the proceeds of the jobs and all claims against the owners. There is still one claim pending against the Territorial Government of the Virgin Islands. (Gardella Affidavit Paragraph 11.)

8.  The plaintiffs have demanded to be indemnified, and the defendants have not provided them with that indemnity. (Gardella Affidavit Paragraph 12.)

9.  The loss to the plaintiffs on the bonds in question appears to be $599.979.75, except as modified in Paragraph 1 above.

10. After the bonds that were issued in or about October 1999, the plaintiffs never communicated with James Gardella about his being obligated on the bonds in question or any other bonds, never communicated with James Gardella that the bonds were being issued, and never communicated in any way with James Gardella until Local Towing informed the plaintiffs that it was unable to meet its contractual obligations for the projects in question. (Gardella Affidavit Paragraph 13.)

Dated: Stamford, Connecticut
       May 3, 2004

_____
Duncan B. Hume (CT 05581)
HUME & ASSOCIATES
One Landmark Square, Box 21
Stamford, CT 06901-2620
203-348-7252

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on this date to the following attorneys of record:

Benjamin D. Lentz, Esq.
Torre, Lentz, Gamell, Gary & Rittmaster
100 Jericho Quadrangle, Suite 309

3