**EXHIBIT 2**

# TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP

## ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP FORMED IN THE STATE OF NEW YORK

| NEW YORK CITY OFFICE | LONG ISLAND OFFICE | NEW JERSEY OFFICE |
|---|---|---|
| 2 PENN PLAZA, SUITE 1500 | 100 JERICHO QUADRANGLE, SUITE 309 | 4400 ROUTE 9 SOUTH, SUITE 1000 |
| NEW YORK, NEW YORK 10121 | JERICHO, NEW YORK 11753-2702 | FREEHOLD, NEW JERSEY 07728 |
| TELEPHONE: (212) 686-0920 | TELEPHONE: (516) 240-8900 | TELEPHONE: (732) 303-7890 |
| FACSIMILE: (212) 685-2879 | FACSIMILE: (516) 240-8950 | FACSIMILE: (732) 303-7889 |

**Please reply to Long Island Office**

NEW JERSEY PARTNER
KEVIN M. GARY

May 6, 2004

Benjamin D. Lentz
blentz@tlggr.com

## VIA FACSIMILE AND REGULAR MAIL

Duncan Hume, Esq.
Hume & Associates
One Landmark Square
Stamford, CT 06901

Re: Safeco Ins. Co. of America v. Local Towing, Inc., et al.
US Dist. Ct., District of Connecticut
Docket No. 302CV1996 AVC
TLGGR No. 2087.032

Dear Duncan:

Reference is made to the Final Notice Placement of Lien/Attachment (Reg. No.: 92 680 01) dated August 25, 2003 from the State of Connecticut Department of Labor, which you furnished to us at the April 26, 2004 deposition of George Gardella. The State of Connecticut appears to be making a claim against two companies, Dreding Associates and Nutmeg Barge Lease Inc., for unpaid unemployment contributions for the 2nd and 3rd quarters of 2001 and the 1st quarter of 2002.

You stated that Local Towing and George Gardella are making a claim against the payment bond (No. 6004265) (the "Bond") issued by Safeco on behalf of Local Towing, Inc. regarding the St. Thomas Project.

There are several problems with this claim including, but not limited to: (1) Safeco's principal and indemnitors have no standing to make any claim on behalf of Connecticut; (2) Safeco never issued a payment bond on behalf of either of these entities; (3) Connecticut did not provide labor or materials; and (4) the time to commence suit has likely expired.

We understand that George Gardella has taken the position that he will not execute the "close out" documents forwarded via our March 12, 2004 letter regarding the

87690 v1

TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP

Duncan Hume, Esq.
May 6, 2004
Page 2

Aguadilla Project pending Safeco's decision whether to make payment regarding this unemployment withholding claim. We request that George Gardella execute the "close out" documents and return them to us on or before May 15, 2004; otherwise we will recommend that Safeco sign the document as attorney-in-fact of Local Towing pursuant to its rights under the General Agreement of Indemnity and return them to the project manager.

In the interim, please be advised that the surety continues to reserve all rights, defenses, positions, etc.

Very truly yours,

*Ben*

Benjamin D. Lentz

BDL:ks

cc:   Ira M. Sussman, Esq. (via e-mail and regular mail, encls. by regular mail only)
      Dean Antipas, Esq. (via e-mail and regular mail, encls. by regular mail only)

87690 v1



# STATE OF CONNECTICUT
## DEPARTMENT OF LABOR
### EMPLOYMENT SECURITY DIVISION

In reply, please refer to:
Delinquent Accounts Unit
Wethersfield (860) 263-6185

DREDGING ASSOCIATES
NUTMEG BARGE LEASE INC.
ATTN: GEORGE GARDELLA
41 TURKEY PLAIN RD
BETHEL                CT 06801-2842

Date: 08/25/2003

Reg. No.: 92 680 01

### FINAL NOTICE
### PLACEMENT OF LIEN/ATTACHMENT

| | | |
|---|---|---|
| CONTRIBUTION DUE | $ | 5,701.75 |
| INTEREST DUE | $ | 660.41 |
| PENALTY DUE | $ | 362.01 |
| TOTAL AMOUNT DUE | $ | 6,724.17 |

AMOUNT DUE IS FOR:
2ND 3RD QUARTERS 2001        1ST QUARTER 2002

You have been notified of this delinquency and given an opportunity to liquidate it. You have failed to do so.

Unless payment in full is received, or satisfactory arrangements are made before AUGUST 30, 2003, liens will be placed on all your real estate and/or personal property in the State of Connecticut pursuant to Section 31-266 of the Connecticut General Statutes to secure this debt. These actions may also result in the seizure of goods or garnishment of receivables.

Make check payable to Administrator, Unemployment Compensation and mail in the envelope provided.

If you have any questions regarding this account, please contact
ALBERT J. BROWN             at BRIDGEPORT      (203) 330-4818.

Very truly yours,

*William D. Hastings*

Enc.: Return Envelope

William D. Hastings
Supervisor
Delinquent Accounts Unit