UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA AND GENERAL INSURANCE COMPANY OF AMERICA, <br>     Plaintiffs <br><br> VS. <br><br> LOCAL TOWING, INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, AND JAMES GARDELLA <br>     Defendants/Third-Party Plaintiffs <br><br> VS. <br><br> ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C., AND CHARLES SAPOCHETTI <br>     Third-Party Defendants | CIVIL ACTION NO. <br><br> 302CV1966 (AVC) <br><br><br><br><br><br><br><br><br><br><br><br><br><br> MAY 19, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed.R.Civ.P. 6(b), the undersigned Third-Party Defendant Associated Insurance Agency, Inc. respectfully requests that the period of time within which this Court has ordered that all dispositive motions be filed be enlarged up to and including June 30, 2004. The reason for said enlargement is that, while a substantial amount of discovery has been completed to date, the parties to the above action will be unable to complete said discovery within a sufficient amount of time to enable them to file dispositive motions on or before June 1, 2004.

WHEREFORE, the undersigned respectfully requests that this Court find that good cause exists to enlarge the period of time within which to comply with this Court's Order that all dispositive motions be filed on or before June 1, 2004.

THIRD-PARTY DEFENDANT,
ASSOCIATED INSURANCE AGENCY, INC.


_____
James L. Brawley– CT 17321
Tracey Lane Russo– CT 19865
MORRISON, MAHONEY & MILLER, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06106
Phone: (860) 616-4441

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, via U.S. mail, to the following parties of record, postage prepaid this same date as follows:

Benjamin D. Lentz, Esq.
Torre, Lentz, Gamell, Gary & Rittmaster
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753-2702

Constantine G. Antipas, Esq.
The Antipas Law Firm
One Fort Hill Road
Groton, CT 06340

Duncan B. Hume, Esq.
Hume & Associates
One Landmark Square, Suite 525
Stamford, CT 06901

James J. Farrell, Esq.
8 Elm Street
Norwalk, CT 06850

Luigi Spadafora, Esq.
Winget Spadafora & Schwartzberg
45 Broadway, 19th Floor
New York, NY 100006

Dianna D. McCarthy, Esq.
Winget Spadafora & Schwartzberg
45 Broadway, 19th Floor
New York, NY 100006

_____
Tracey Lane Russo-- CT 19865