Case 3:02-cv-01966-AVC    Document 91    Filed 05/21/2004    Page 1 of 1966 next

FILED
2004 MAY 20 A 11: 28
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA AND GENERAL INSURANCE COMPANY OF AMERICA., Plaintiffs | : : : : : | CIVIL ACTION NO. |
| VS. | : | 302CV1966 (AVC) |
| LOCAL TOWING, INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, AND JAMES GARDELLA Defendants/Third-Party Plaintiffs | : : : : | |
| VS. | : | |
| ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C., AND CHARLES SAPOCHETTI Third-Party Defendants | : : : : : : : : : | MAY 19, 2004 |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed.R.Civ.P. 6(b), the undersigned Third-Party Defendant Associated Insurance Agency, Inc. respectfully requests that the period of time within which this Court has ordered that all dispositive motions be filed be enlarged up to and including June 30, 2004. The reason for said enlargement is that, while a substantial amount of discovery has been completed to date, the parties to the above action will be unable to complete said discovery within a sufficient amount of time to enable them to file dispositive motions on or before June 1, 2004.

WHEREFORE, the undersigned respectfully requests that this Court find that good cause exists to enlarge the period of time within which to comply with this Court's Order that all dispositive motions be filed on or before June 1, 2004.

May 21, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED 2004 MAY 21 P 4:20 U.S. DISTRICT COURT HARTFORD