UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 JUN 28  A 11: 28

U.S. DISTRICT COURT
HARTFORD, CT.

------------------------------------------------------------------- x

SAFECO INSURANCE COMPANY OF AMERICA
and GENERAL INSURANCE COMPANY OF
AMERICA,

DOCKET NO:

                                    Plaintiffs,

302CV1966 AVC

    -against-

LOCAL TOWING INC., GEORGE GARDELLA,
JESSICA HELQUIST-GARDELLA, and JAMES
GARDELLA,

                                  Defendants.

June 25, 2004

------------------------------------------------------------------- x

LOCAL TOWING INC., GEORGE GARDELLA,
JESSICA HELQUIST-GARDELLA, and JAMES
GARDELLA,

                            Third-Party Plaintiffs,

    -against-

ASSOCIATED INSURANCE AGENCY, INC.,
FREDERICK J. SMITH, AFNY, INC., ASSOCIATED
FACILITIES OF AMERICA LTD., MELWAIN
ENTERPRISES, INC., CHARLES ASSOCIATES,
P.C, and CHARLES SAPOCHETTI,

                            Third-Party Defendants.

------------------------------------------------------------------- x

**THIRD-PARTY DEFENDANT MELWAIN ENTERPISE, INC'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO COMPLETE DISCOVERY**

    1.    In accordance with the provisions of D.Conn.Civ.L.R. 7(b) the Third-Party Defendant Melwain Enterprises, Inc, ("Melwain") by its attorneys Winget, Spadafora &

Schwartzberg, LLP, respectfully moves for a ninety (90) day extension of time, through and including September 24, 2004, within which to complete discovery.

2. Melwain was brought into this matter late into the proceedings, prejudicing Melwain's efforts at constructing a defense.

3. Discovery remains outstanding. The depositions of James Gardella and George Gardella remain incomplete. Divers documents requested at the deposition of George Gardella, including copies of voluminous documents brought by the witness to the deposition, as well as copies of relevant computer files in the deponents' computer, have not been exchanged despite Third-Party Plaintiff counsel's agreement to do so.

4.  Melwain has left telephonic messages with Duncan Hume, Esq., of Hume & Associates and James Farrell, Esq., attorneys for Third-Party Plaintiffs, and Sean Kelly, Esq. of Torre, Lentz, Gamell, Gary & Rittmaster, LLP, attorneys for the plaintiff, as to their position on Melwain's request for an extension of time to complete discovery. Melwain has not received any objections in response. Melwain has previously requested such relief once by motion dated January 27, 2004. The requested relief is warranted in light of the fact that Melwain was brought into the case late in the proceedings.

Dated: June 25, 2004

> WINGET, SPADAFORA & SCHWARTZBERG ,LLP
> Attorneys for Defendant
> Melwain Enterprise, Inc.
>
> By: _____
> Dianna D. McCarthy (ct24874)
> 45 Broadway, 19th Floor
> New York, New York 10006
> Phone: (212) 221-6900
> Fax: (212) 221-6989

## CERTIFICATION OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was sent via regular mail on this date to:

Constantine G. Antipas, Esq.
The Antipas Law Firm
Attorneys for Plaintiffs
One Fort Hill Road
Groton. CT 06340

Benjamin D. Lentz
Torre, Lentz, Gamell, Gary & Rittmaster, LLP
Attorneys for Plaintiffs
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753

Duncan B. Hume, Esq.
Attorneys for Defendant and Third-Party Plaintiffs
Hume & Associates
One Landmark Square
Stamford, CT 06901

James J. Farrell, Esq.
Attorneys for Defendant and Third-Party Plaintiffs
8 Elm Street
Norwalk, Connecticut 06850

James L. Brawley, Esq.
Tracey M. Lane, Esq.
Attorneys for Associated Insurance Agency, Inc.
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06106

Dated: June 24, 2004

Dianna D. McCarthy