UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------- x

SAFECO INSURANCE COMPANY OF AMERICA
and GENERAL INSURANCE COMPANY OF
AMERICA,

                                   Plaintiffs,

-against-

LOCAL TOWING INC., GEORGE GARDELLA,
JESSICA HELQUIST-GARDELLA, and JAMES
GARDELLA,

                                   Defendants.

DOCKET NO:

302CV1966 AVC

June 29, 2004

------------------------------------------------------------------- x

LOCAL TOWING INC., GEORGE GARDELLA,
JESSICA HELQUIST-GARDELLA, and JAMES
GARDELLA,

                                   Third-Party Plaintiffs,

-against-

ASSOCIATED INSURANCE AGENCY, INC.,
FREDERICK J. SMITH, AFNY, INC., ASSOCIATED
FACILITIES OF AMERICA LTD., MELWAIN
ENTERPRISES, INC., CHARLES ASSOCIATES,
P.C, and CHARLES SAPOCHETTI,

                                   Third-Party Defendants.

------------------------------------------------------------------- x

## THIRD-PARTY DEFENDANT MELWAIN ENTERPISE, INC'S AMENDED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed.R.Civ.P. 6(b), the undersigned Third-Party Defendant Melwain Enterprises, Inc., respectfully requests that the period of time within which this Honorable

Court has ordered that all dispositive motions be filed be enlarged up to and including September 30, 2004. The reason for said enlargement is that, while substantial discovery has been exchanged, the parties to the above-captioned action have, as of yet, not completed discovery within a sufficient amount of time to enable them to file dispositive motions on or before June 30, 2004. This motion is submitted to amend the motion for an extension of time within which to complete discovery, dated June 25, 2004.

WHERERFORE, the undersigned respectfully requests that this Court find that good cause exists to enlarge the period of time within which to comply with this Court's Order that all dispositive motions be filed on or before September 30, 2004.

Dated: June 29, 2004

                WINGET, SPADAFORA & SCHWARTZBERG, LLP
                Attorneys for Defendant
                Melwain Enterprise, Inc.

By: _____
                Dianna D. McCarthy (ct24874)
                45 Broadway, 19th Floor
                New York, New York 10006
                Phone: (212) 221-6900
                Fax: (212) 221-6989