UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN 28 A 11: 28
U.S. DISTRICT COURT
HARTFORD, CT.

------------------------------------------------------------- x

SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA,

                 Plaintiffs,

-against-

LOCAL TOWING INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, and JAMES GARDELLA,

                 Defendants.

DOCKET NO.

302CV1966 AVC

June 25, 2004

------------------------------------------------------------- x

LOCAL TOWING INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, and JAMES GARDELLA,

                 Third-Party Plaintiffs,

-against-

ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C, and CHARLES SAPOCHETTI,

                 Third-Party Defendants.

------------------------------------------------------------- x

THIRD-PARTY DEFENDANT MELWAIN ENTERPISE, INC'S MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

3:02CV1966(AVC). June 29, 2004. The motion for an extension of time is GRANTED as follows: <u>All</u> discovery, including depositions of <u>all</u> witnesses, shall be completed by September 24, 2004. SO ORDERED.

                 Alfred V. Covello, U.S.D.J.