UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA AND GENERAL INSURANCE COMPANY OF AMERICA, Plaintiffs | : : : : : | CIVIL ACTION NO. |
| VS. | : | 302CV1966 (AVC) |
| LOCAL TOWING, INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, AND JAMES GARDELLA Defendants/Third-Party Plaintiffs | : : : : | |
| VS. | : | |
| ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C., AND CHARLES SAPOCHETTI Third-Party Defendants | : : : : : : : : | JULY 1, 2004 |

**MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE TRIAL MANAGEMENT ORDER**

Pursuant to Fed.R.Civ.P. 6(b), the undersigned Third-Party Defendant Associated Insurance Agency, Inc. respectfully requests that the period of time within which this Court has ordered that the Trial Management Order be filed be extended to a date which is thirty days after discovery has been completed. The reasons for said enlargement are as follows: (1) there is a pending Motion for an Extension of Time Within Which to Complete Discovery requesting an extension up to and including September 24, 2004, that the undersigned counsel joins in; (2) the information identified by Defendant Melwain in Paragraph 3 of the pending Motion for Extension of Time as outstanding has not yet been disclosed by Plaintiff's counsel; and (3) until such time as discovery is complete the undersigned counsel cannot properly identify the witnesses and exhibits it will introduce at trial.

The undersigned Defendant has sent, *via facsimilie*, correspondence to all counsel of record requesting their position as to Defendant's request for an extension of time within which to file the Joint Trial Management Order. Defendant has not received any objections in response.

WHEREFORE, the undersigned respectfully requests that this Court find that good cause exists to enlarge the period of time within which to file a Joint Trial Management Order until thirty days after discovery in this case has been completed.

        THIRD-PARTY DEFENDANT,
        ASSOCIATED INSURANCE AGENCY, INC.

        /s/ Tracey Lane Russo
        James L. Brawley– CT 17321
        Tracey Lane Russo– CT 19865
        MORRISON, MAHONEY & MILLER, LLP
        One Constitution Plaza, 10th Floor
        Hartford, CT 06106
        Phone: (860) 616-4441

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, via U.S. mail, to the following parties of record, postage prepaid this same date as follows:

Benjamin D. Lentz, Esq.
Sean Kelly, Esq.
Torre, Lentz, Gamell, Gary & Rittmaster
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753-2702

Constantine G. Antipas, Esq.
The Antipas Law Firm
One Fort Hill Road
Groton, CT 06340

Duncan B. Hume, Esq.
Hume & Associates
One Landmark Square, Suite 525
Stamford, CT 06901

James J. Farrell, Esq.
8 Elm Street
Norwalk, CT 06850

Luigi Spadafora, Esq.
Winget Spadafora & Schwartzberg
45 Broadway, 19th Floor
New York, NY 100006

Dianna D. McCarthy, Esq.
Winget Spadafora & Schwartzberg
45 Broadway, 19th Floor
New York, NY 100006

/s/ Tracey Lane Russo
Tracey Lane Russo– CT 19865