02-cv 1966 mtn

94

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------ x

SAFECO INSURANCE COMPANY OF AMERICA
and GENERAL INSURANCE COMPANY OF
AMERICA,

                                  Plaintiffs,

-against-

LOCAL TOWING INC., GEORGE GARDELLA,
JESSICA HELQUIST-GARDELLA, and JAMES
GARDELLA,

                                  Defendants.

DOCKET NO:

302CV1966 AVC

June 29, 2004

------------------------------------------------------------------ x

LOCAL TOWING INC., GEORGE GARDELLA,
JESSICA HELQUIST-GARDELLA, and JAMES
GARDELLA,

                                Third-Party Plaintiffs,

-against-

ASSOCIATED INSURANCE AGENCY, INC.,
FREDERICK J. SMITH, AFNY, INC., ASSOCIATED
FACILITIES OF AMERICA LTD., MELWAIN
ENTERPRISES, INC., CHARLES ASSOCIATES,
P.C, and CHARLES SAPOCHETTI,

                                Third-Party Defendants.

------------------------------------------------------------------ x

3:02CV1966(AVC). July 2, 2004. The third-party defendant's motion for an extension of time (document no. 94) is GRANTED as follows: (1) all motions, except motions in limine incident to trial, shall be filed on or before September 30, 2004; and (2) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on October 29, 2004.