d

96

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA AND GENERAL INSURANCE COMPANY OF AMERICA, <br> Plaintiffs | CIVIL ACTION NO. |
| VS. | 302CV1966 (AVC) |
| LOCAL TOWING, INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, AND JAMES GARDELLA <br> Defendants/Third-Party Plaintiffs | |
| VS. | |
| ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C., AND CHARLES SAPOCHETTI <br> Third-Party Defendants | JULY 1, 2004 |

**MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE TRIAL MANAGEMENT ORDER**

Pursuant to Fed.R.Civ.P. 6(b), the undersigned Third-Party Defendant Associated Insurance Agency, Inc. respectfully requests that the period of time within which this Court has ordered that the Trial Management Order be filed be extended to a date which is thirty days after discovery has been completed. The reasons for said enlargement are as follows: (1) there is a pending Motion for an Extension of Time Within Which to Complete Discovery requesting an extension up to and including September 24, 2004, that the undersigned counsel joins in; (2) the information identified by Defendant Melwain in Paragraph 3 of the pending Motion for Extension of Time as outstanding has not yet been disclosed by Plaintiff's counsel; and (3)

3:02CV1966(AVC).  July 2, 2004.  DENIED as moot.
SO ORDERED.