FILED

2004 SEP 17 P 4: 01

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA AND GENERAL INSURANCE COMPANY OF AMERICA, Plaintiffs | : : : : | CIVIL ACTION NO. |
| VS. | : | 302CV1966 (AVC) |
| LOCAL TOWING, INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, AND JAMES GARDELLA Defendants/Third-Party Plaintiffs | : : : : | |
| VS. | : | |
| ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C., AND CHARLES SAPOCHETTI Third-Party Defendants | : : : : : : : : | SEPTEMBER 17, 2004 |

## MOTION FOR LETTERS ROGATORY

Third-Party Defendant Associated Insurance Agency, Inc. (hereinafter "Associated"), respectfully moves this Court to issue Letters Rogatory directed to the appropriate judicial authority in United States District Court for the Eastern District of New York requesting the examination of Robert SanFilippo on oral examination.

1.  Third-Party Plaintiffs have brought this Third-Party Complaint against Associated alleging that it breached its contract with Third-Party Plaintiffs because they "did not provide a life insurance policy on the life of Francis Empey." (See April 29, 2003 Complaint at Paragraph 24.)

1

2. The answer of Third-Party Associated denies the material allegations of the Third-Party Complaint including but not limited to the allegation set forth above.

3. Associated desires to take the deposition of Robert SanFilippo of R. SanFilippo & Associates, located in Roslyn, New York. Mr. SanFilippo will be able to provide substantial evidence regarding the steps taken regarding the procurement of a life insurance policy for Francis Empey.

4. The testimony of this witness is material and necessary in behalf of Associated to establish that, in connection with the procurement of Key Man Life Insurance, that Francis Empey contacted Robert SanFilippo and Mr. SanFilippo took all reasonable steps to procure such life insurance for Francis Empey.

5. Associated has no alternative to the testimony of this witness because Francis Empey is deceased. Further, this information will not be cumulative because no one other than Robert SanFilippo may testify as to his communications with Francis Empey and/or Associated.

6. The witness does not live in Connecticut, and a letter of request is necessary to secure the power of the United States District Court for the Eastern District of New York.

7. The proposed Letters of Rogatory is attached hereto as Exhibit A.

This motion is based on this document, on the pleadings and papers on file in this action and on the attached proposed form of Letters of Request.

2

                              THIRD-PARTY DEFENDANT,
                              ASSOCIATED INSURANCE AGENCY, INC.

                              _____
                              James L. Brawley, Esq. – CT17321
                              MORRISON MAHONEY, LLP
                              One Constitution Plaza, 10th Floor
                              Hartford, CT 06106
                              Phone: (860) 616-4441

3

MORRISON MAHONEY, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, via U.S. mail, return receipt requested, to the following parties of record, postage prepaid this same date as follows:

Benjamin D. Lentz, Esq.
Torre, Lentz, Gamell, Gary & Rittmaster
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753-2702

Constantine G. Antipas, Esq.
The Antipas Law Firm
One Fort Hill Road
Groton, CT 06340

Kerry R. Callahan, Esq.
Updike, Kelly & Spellacy, PC
One State Street, PO Box 231277
Hartford, CT 06123-1277

Duncan B. Hume, Esq.
Hume & Associates
One Landmark Square, Suite 525
Stamford, CT 06901

James J. Farrell, Esq.
8 Elm Street
Norwalk, CT 06850

Luigi Spadafora, Esq.
Winget Spadafora & Schwartzberg
45 Broadway, 19th Floor
New York, NY 100006

Dianna D. McCarthy, Esq.
Winget Spadafora & Schwartzberg
183 N. Broad Street
Milford, CT 06460

_____
James L. Brawley CT17321

MORRISON MAHONEY, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

# **EXHIBIT A**

MORRISON MAHONEY, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA AND GENERAL INSURANCE COMPANY OF AMERICA,<br>    Plaintiffs | : : : : | CIVIL ACTION NO. |
| VS. | : | 302CV1966 (AVC) |
| LOCAL TOWING, INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, AND JAMES GARDELLA<br>    Defendants/Third-Party Plaintiffs | : : : : | |
| VS. | : | |
| ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C., AND CHARLES SAPOCHETTI<br>    Third-Party Defendants | : : : : : : : : | SEPTEMBER 17, 2004 |

## TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

1.    An action is pending in the United States District Court, District of Connecticut, in which Local Towing, et al. are Third-Party Plaintiffs and Associated Insurance Agency, Inc. is Third-Party Defendant.

2.    It has been suggested to this Court that justice cannot be completely done between the parties without the testimony of Robert SanFilippo of R. SanFilippo & Associates, located in Roslyn, New York and who is a resident of New York, within your jurisdiction.

We, therefore, request that in the interest of justice:

6

1.      You cause by your proper and usual process, Robert SanFilippo, to appear before you or some competent officer by you for that purpose authorized, at a time and place you determine, then and there to make answer on his oath or solemn affirmation to the questions posed; and that

2.      You will cause his deposition to be reduced to writing; and that

3.      You will cause any books, papers, or other articles that the witness may produce or identify be marked as Exhibits in the manner indicated in the attached Schedule A; and

4.      You will cause this Letter and the deposition, with all marked and attested exhibits, to be returned to us under cover duly sealed and addressed to Clerk of the District Court for the District of Connecticut, United States of America.

We stand ready and willing to do the same for you in a similar case when required.

Witnessed by:

The Honorable Alfred V. Covello, Judge of the United States District Court, District of Connecticut, the _____ day of _____, at _____, Connecticut.

_____

U.S. District Judge

7

## SCHEDULE A

### I.   DEFINITIONS

"**Document**" includes, but is not limited to, the originals (or a copy if the original is not in your possession, custody or control) and all non-identical copies (different from the original by reason of notations made on or attached to such copies, or otherwise) of all letters, telegrams, telex messages, cables, contracts, memoranda, intra- or inter-office memoranda, papers, notes, reports, studies, calendar and diary entries, pamphlets, periodicals, books, pictures, photographs, graphs, charts, tabulations, analyses, working papers, indices, statistical or informational accumulations, data sheets, data processing cards, tapes, sound or video recordings, computer printouts, electronic media, contemporaneous notes or written recollections of interviews, conferences, telephone calls, meetings, evidence logs, police reports, investigative reports, recorded statements, witness statements, warrants, affidavits, or any other type of communication; drafts or preliminary revisions of all of the above; and any other written, printed, typed, electronic or other graphic matter of any nature, no matter how produced or reproduced that are related to, regarding, referencing, and/or concerning in any way whatsoever the following:

### II.   REQUESTS

Any and all documents related to or regarding Francis Empey.

8

MORRISON MAHONEY, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459