UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA, | : DOCKET NO.<br>: 3:02 CV 1966 (AVC)<br>: |
| Plaintiffs, | : |
| v. | : |
| LOCAL TOWING INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA and JAMES GARDELLA, | : |
| Defendants/Third-Party Plaintiffs, | : September 16, 2004 |
| v. | : |
| ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C., AND CHARLES SAPOCHETTI, | : |
| Third-Party Defendants. | : |

## NOTICE OF MOTION

Pursuant to Rules 26, 34 and 37 of the Federal Rules of Civil Procedure and Rules 26 and 37 of the Local Federal Rules of Civil Procedure, the Safeco Insurance Company of America ("Safeco") and General Insurance Company of America ("General") (collectively the "Surety") hereby moves for an order (1) compelling Defendants/Third-Party Plaintiffs Local Towing Inc., George Gardella, Jessica Helquist-Gardella and James Gardella (hereinafter referred to collectively as "Local Towing") to

respond to Plaintiffs (a) Notice for Production and Inspection of Documents ("Document Requests") dated March 31, 2004, and (b) Demand For Written Interrogatories dated July 19, 2004; (2) ordering Local Towing to respond and/or provide documents requested at the depositions of Defendants/Third-Party Plaintiffs George Gardella and James Gardella; (3) ordering the Defendants/Third-Party Plaintiffs George Gardella and James Gardella to appear for further depositions within 30 days of responding to the aforementioned Document Requests; (4) extending the respective deadlines for discovery, motions and trial readiness until such time as the Court deems proper; (5) prescribing the appropriate sanctions upon Local Towing for failing to respond to Surety's discovery demands; and (6) such other and further relief as the Court deems just and proper.

Dated:     Jericho, New York
           September 16, 2004

                                        TORRE LENTZ GAMELL GARY
                                        & RITTMASTER, LLP

                                        By: _____
                                            Benjamin D. Lentz   (BL 4860)

                                        A Member of the Firm
                                        Counsel for Plaintiffs
                                        Safeco Insurance Company of America
                                        General Insurance Company of America
                                        100 Jericho Quadrangle, Suite 309
                                        Jericho, New York 11753-2702
                                        (516) 240-8900

90617 v1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA, | : | DOCKET NO. 3:02 CV 1966 (AVC) |
| Plaintiffs, | : | |
| v. | : | |
| LOCAL TOWING INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA and JAMES GARDELLA, | : | |
| Defendants/Third-Party Plaintiffs, | : | September 16, 2004 |
| v. | : | |
| ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C., AND CHARLES SAPOCHETTI, | : | |
| Third-Party Defendants. | : | |

AFFIDAVIT IN SUPPORT OF PLAINTIFF'S
MOTION TO COMPEL DISCOVERY

STATE OF NEW YORK    )
                                       )
COUNTY OF NASSAU    )

Benjamin D. Lentz, being duly sworn, hereby deposes and says:

1. I am a partner with the firm of Torre, Lentz, Gamell, Gary, and Rittmaster, LLP attorneys for Plaintiffs Safeco Insurance Company of America ("Safeco") and

General Insurance Company of America ("General") (hereinafter together referred to as the "Surety") in the above-entitled action, and I am fully familiar with the facts and circumstances set forth herein.

2.  I make this affidavit in support of the Surety's motion pursuant to Rules 26, 34 and 37 of the Federal Rules of Civil Procedure and Rules 26 and 37 of the Local Federal Rules of Civil Procedure for an order (1) compelling Defendants/Third-Party Plaintiffs Local Towing Inc., George Gardella, Jessica Helquist-Gardella and James Gardella (hereinafter referred to collectively as "Local Towing") to respond to Plaintiffs (a) Notice for Production and Inspection of Documents ("Document Requests") dated March 31, 2004, and (b) Demand For Written Interrogatories dated July 19, 2004; (2) ordering Local Towing to respond and/or provide documents requested at the depositions of Defendants/Third-Party Plaintiffs George Gardella and James Gardella; (3) ordering the Defendants/Third-Party Plaintiffs George Gardella and James Gardella to appear for further depositions within 30 days of responding to the aforementioned Document Requests; (4) extending the respective deadlines for discovery, motions and trial readiness until such time as the Court deems proper; (5) prescribing the appropriate sanctions upon Local Towing for failing to respond to Surety's discovery demands; and (6) such other and further relief as the Court deems just and proper.

3.  On March 31, 2004, the Surety served Local Towing with its Document Requests. Responses to the foregoing have not been received. A true and correct copy of Surety's Document Requests is annexed hereto as Exhibit "A".

90626 v1

4. On July 20, 2004, the Surety served Local Towing with its Demand for Written Interrogatories. Responses to the foregoing have not been received. A true and correct copy of Surety's Demand for Written Interrogatories is annexed hereto as Exhibit "B".

5. At the depositions of Defendants/Third-Party Plaintiffs George Gardella and James Gardella requests for documents in response the Surety's Document Requests and additional documents were made. A copy of relevant portions from the deposition transcripts of George Gardella and James Gardella are annexed hereto as Exhibit "C" and "D" respectively.

6. On June 29, 2004 this Court granted the motion of Third-Party Defendant Melwain Enterprises, Inc. ("Melwain") for an extension of time to complete discovery on the grounds that discovery remained outstanding, the depositions of James Gardella and George Gardella were incomplete, and divers documents requested at the deposition of George Gardella, including copies of voluminous documents brought by the witness to the deposition, as well as copies of relevant computer files in the deponents' computer had not been exchanged despite Third-Party Plaintiff counsel's agreement to do so.

7. By correspondence dated July 20, 2004, the Surety made a good faith attempt to secure responses to its Document Requests from, to secure responses to document requests made at the depositions of Defendants/Third-Party Plaintiffs George Gardella and James Gardella, and to schedule the Third-Party Plaintiffs' further depositions. A true and correct copy of the correspondence dated July 20, 2004 is

90626 v1

annexed hereto annexed as Exhibit "E".

8.  Despite these good faith efforts, the Defendants/Third-Party Plaintiffs' have not responded to the Surety's discovery requests.

Conclusion

We hereby request the Court's intervention by issuing an order (1) compelling Defendants/Third-Party Plaintiffs Local Towing Inc., George Gardella, Jessica Helquist-Gardella and James Gardella (hereinafter referred to collectively as "Local Towing") to respond to Plaintiffs (a) Notice for Production and Inspection of Documents ("Document Requests") dated March 31, 2004, and (b) Demand For Written Interrogatories dated July 19, 2004; (2) ordering Local Towing to respond and/or provide documents requested at the depositions of Defendants/Third-Party Plaintiffs George Gardella and James Gardella; (3) ordering the Defendants/Third-Party Plaintiffs George Gardella and James Gardella to appear for further depositions within 30 days of responding to the aforementioned Document Requests; (4) extending the respective deadlines for discovery, motions and trial readiness until such time as the Court deems proper; (5) prescribing the appropriate sanctions upon Local Towing for failing to respond to Surety's discovery demands; and (6) such other and further relief as the Court deems just and proper.

90626 v1

Dated:    Jericho, New York
           September 16, 2004

           TORRE LENTZ GAMELL GARY
           & RITTMASTER, LLP

           By: _____
               Benjamin D. Lentz   (BL 4860)

           A Member of the Firm
           Counsel for Plaintiffs
           Safeco Insurance Company of America
           General Insurance Company of America
           100 Jericho Quadrangle, Suite 309
           Jericho, New York 11753-2702
           (516) 240-8900

Sworn to before me this
16th day of September, 2004

_____
Notary Public

EILEEN KEATING
Notary Public, State Of New York
No. 01KE6089015
Qualified In Queens County
Commission Expires March 17, 2007

90626 v1

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NASSAU         )

   KATHLEEN E. HANRAHAN, being duly sworn, says: (1) I am not a party to this action, am over 18 years of age, and reside at Islip, New York; and (2) on September 16, 2004, I served the within NOTICE OF MOTION WITH AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY on each of the following attorneys (or parties) at the address set forth after said attorney's (or party's) name, that being the address designated by said attorney (or party) for that purpose, by depositing a true copy of same enclosed in postage-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York at 100 Jericho Quadrangle, Jericho, New York:

Duncan B. Hume, Esq.
Attorneys for Defendants
and Third-Party Plaintiffs
Hume & Associates
One Landmark Square
Stamford, CT 06901

James L. Brawley, Esq.
Tracey M. Lane Russo, Esq.
Attorneys for Associated
Insurance Agency, Inc.
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06106

James J. Farell, Esq.
Attorneys for the Defendants
and Third-Party Plaintiffs
8 Elm Street
Norwalk, CT 06850

Dianna D. McCarthy, Esq.
Attorneys for Third-Party Defendant
Melwain Enterprises, Inc.
Winget Spadofora & Schwartzberg, LLP
183 N. Broad Street
Milford, CT 06460

Luigi Spadofora, Esq.
Winget Spadofora & Schwartzberg
45 Broadway, 19th Floor
New York, NY 10006

                _____
                KATHLEEN E. HANRAHAN

Sworn to before me
September 16, 2004

_____
Notary Public

EILEEN KEATING
Notary Public, State Of New York
No. 01KE6089015
Qualified In Queens County
Commission Expires March 17, 2007

90617 v1