**EXHIBIT C**

Safeco Ins. v. Local Towing, Inc.

4/26/2004

George Gardella

Page 87

1          UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF CONNECTICUT
2

3                                    COPY

4

5    SAFECO INSURANCE COMPANY OF AMERICA      )
     AND GENERAL INSURANCE COMPANY OF          )
     AMERICA,                                  )
6         Plaintiffs,                          )  Civil Action No.
                                               )  3:02CV1966(AVC)
7    VS                                        )
                                               )
8    LOCAL TOWING, INC., GEORGE GARDELLA,      )
     JESSICA HELQUIST and JAMES GARDELLA,      )
9         Defendants/Third-Party Plaintiffs,  )
                                               )
10   VS                                        )
                                               )
11   ASSOCIATED INSURANCE AGENCY, INC.,        )
     FREDERICK J. SMITH. AFNY, INC,            )
12   ASSOCIATED FACILITIES OF AMERICA,         )
     LTD., MELWAIN ENTERPRISES, INC.,          )
13   CHARLES ASSOCIATES, P.C., and CHARLES     )
     SAPOCHETTI,                               )
14        Defendants.                          )  Volume 2
                                               )
15

16

17            DEPOSITION OF: GEORGE C. GARDELLA

18            DATE:        APRIL 26, 2004

19            HELD AT:     HUME & ASSOCIATES
20                         ONE LANDMARK SQUARE
                           STAMFORD, CONNECTICUT
21

22

23       Reporter:  JAMES A. SCALLY, RPR, CRR, LSR #80
24            BRANDON SMITH REPORTING SERVICE
                     44 Capitol Avenue
25            Hartford, Connecticut 06106
                     (860) 549-1850

Safeco Ins. v. Local Towing, Inc.

4/26/2004                                                                    George Gardella

Page 88

```
  1    APPEARANCES:

  2

  3        REPRESENTING THE PLAINTIFFS SAFECO INSURANCE
           COMPANY OF AMERICA AND GENERAL INSURANCE COMPANY
  4        OF AMERICA:

  5            Torre, Lentz, Gamell, Gary & Rittmaster
               Suite 309
  6            100 Jericho Quadrangle
               Jericho, New York 11753-2702
  7            By:  Sean Kelley, Esq.

  8

  9        REPRESENTING THE THIRD-PARTY PLAINTIFFS LOCAL
           TOWING, INC., GEORGE GARDELLA, JESSICA HELQUIST
 10        and JAMES GARDELLA:

 11            Hume & Associates
               One Landmark Square
 12            Stamford, Connecticut 06901
               By:  Duncan B. Hume, Esq.
 13

 14        REPRESENTING THE THIRD-PARTY DEFENDANT MELWAIN
           ENTERPRISES:
 15
               Winget, Spadafora & Schwartzberg, LLP
 16            45 Broadway, 19th Floor
               New York, New York 10006
 17            By:  Dianna D. McCarthy, Esq.

 18

 19        REPRESENTING THE THIRD-PARTY DEFENDANT ASSOCIATED
           INSURANCE AGENCY, INC:
 20
               Morrison, Mahoney & Miller, LLP
 21            One Constitution Plaza, 10th Floor
               Hartford, Connecticut 06103-1810
 22            By:  James L. Brawley, Esq.
                    Tracey Lane Russo, Esq.
 23

 24

 25
```

Safeco Ins. v. Local Towing, Inc.

4/26/2004

George Gardella

```
 1                         I N D E X              Page 89

 2    WITNESS                                      PAGE

 3    George C. Gardella
           Continued Direct Examination by Mr. Brawley    90
 4         Cross-Examination by Mr. Kelley               199

 5

 6

 7    EXHIBITS
                                                   PAGE
 8    6                                             92

 9    7                                             93

10    8                                             95

11    9                                            109

12    10                                           200

13    (Exhibits retained by Attorney Brawley)

14

15

16

17

18

19

20

21

22

23

24

25
```

Brandon Smith Reporting

Safeco Ins. v. Local Towing, Inc.

4/26/2004

George Gardella

Page 203

1    somebody?

2            THE WITNESS:  Yes.  Is there somebody

3    that you know that's really good at this stuff?  I

4    don't want to bring it to Joe Blow.

5            MR. BRAWLEY:  Can we do James Gardella

6    next Wednesday morning --

7            MR. HUME:  Yes.

8            MR. BRAWLEY:  -- at 10:00, be able to

9    reserve some time at the end for Chris and see where we

10   are with the documents, because, you know, it may be

11   that once we see those documents, it eliminates the

12   need for questioning.  The problem would be if we get a

13   big stack immediately before, it's hard to digest

14   what's there, et cetera.

15           So what Chris Gardella is saying now,

16   you're too tired to continue, asking if we can start

17   another day?

18           THE WITNESS:  Yes, I would feel more

19   comfortable doing that.

20           MR. BRAWLEY:  We are going to be here

21   Wednesday, May 5th.  We're going to start at ten

22   o'clock with James Gardella, and then we will probably

23   go to completion.  If you could be available through

24   your attorney after James Gardella's done that day,

25   that might --

Safeco Ins. v. Local Towing, Inc.

Page 204

```
 1                    THE WITNESS:  I'd like to be able to

 2       get, you know, half a day in in the morning so I don't

 3       have a --

 4                    MR. BRAWLEY:  Well, I would think that

 5       we will be at least until two o'clock, three o'clock

 6       with James Gardella.

 7                    MR. HUME:  Right.

 8                    MR. BRAWLEY:  So why don't we -- with

 9       that agreement, do you want to suspend at this time

10       with the agreement that we're going to do James

11       Gardella next Wednesday at 10:00, then we will try to

12       finish your deposition in the late afternoon of the

13       5th, and you're going to attempt to get the information

14       concerning damages off the computer by that time, then

15       give it to your lawyer and he'll contact us?

16                    Duncan, could you copy for me what Mr.

17       Gardella brought today, that big bag of documents?

18                    MR. HUME:  Yes.

19                    MR. BRAWLEY:  I'd like to look at that

20       and copy that and see what's in there.

21                    THE WITNESS:  If there's information

22       that you want, you know, tell me.

23                    MR. KELLEY:  Basically in reviewing that

24       document, I want you to tell me if there's something in

25       there that obligates Safeco to get a keyman policy, to
```

Safeco Ins. v. Local Towing, Inc.

4/26/2004

George Gardella

Page 205

1    obligate them to have this policy to the benefit of

2    Local Towing.

3                THE WITNESS:  Is there any other

4    questions that you may have that I may need to get a

5    piece of paper from --

6                MR. KELLEY:  I'm sure I've got a few

7    pages here.

8                THE WITNESS:  So I can try to pull that

9    all out so we can get it over with?

10               MR. KELLEY:  If there's any contract

11   agreement, correspondence, that you believe would

12   obligate Safeco to get a keyman policy or to have Fran

13   Empey's -- him to execute a general agreement of

14   indemnity, I would like to see that.

15               THE WITNESS:  All right.  I'll try to

16   find everything.

17               MR. HUME:  We'll see if we can locate

18   everything in response to that request.

19               (Discussion off the record.)

20               (Deposition adjourned:  4:14 p.m.)

21

22

23

24

25

EXHIBIT D

Safeco Ins. v. Local Towing, Inc.

5/5/2004                                                        James Gardella

Page 1

```
 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF CONNECTICUT
 2
                                              COPY
 3

 4
    SAFECO INSURANCE COMPANY OF AMERICA    )
 5  AND GENERAL INSURANCE COMPANY OF       )
    AMERICA,                               )
 6      Plaintiffs,                        )  Civil Action No.
                                           )  3:02CV1966(AVC)
 7  VS                                     )
                                           )
 8  LOCAL TOWING, INC., GEORGE GARDELLA,   )
    JESSICA HELQUIST and JAMES GARDELLA,   )
 9      Defendants/Third-Party Plaintiffs, )
                                           )
10  VS                                     )
                                           )
11  ASSOCIATED INSURANCE AGENCY, INC.,     )
    FREDERICK J. SMITH, AFNY, INC,         )
12  ASSOCIATED FACILITIES OF AMERICA,      )
    LTD., MELWAIN ENTERPRISES, INC.,       )
13  CHARLES ASSOCIATES, P.C., and CHARLES  )
    SAPOCHETTI,                            )
14      Defendants.                        )
                                           )
15

16

17          DEPOSITION OF: JAMES R. GARDELLA

18          DATE:         MAY 5, 2004

19          HELD AT:      HUME & ASSOCIATES
                          ONE LANDMARK SQUARE
20                        STAMFORD, CONNECTICUT

21

22

23     Reporter:  JAMES A. SCALLY, RPR, CRR, LSR #80
              BRANDON SMITH REPORTING SERVICE
24                 44 Capitol Avenue
              Hartford, Connecticut 06106
25                 (860) 549-1850
```

a3b3cc28-151c-4576-83a1-795b581e13

Safeco Ins. v. Local Towing, Inc.

5/5/2004

James Gardella

Page 2

1    APPEARANCES:

2

3    REPRESENTING THE PLAINTIFFS SAFECO INSURANCE
     COMPANY OF AMERICA AND GENERAL INSURANCE COMPANY
     OF AMERICA:

4

5         Torre, Lentz, Gamell, Gary & Rittmaster
          Suite 309
6         100 Jericho Quadrangle
          Jericho, New York 11753-2702
7         By:  Sean Kelley, Esq.

8

9    REPRESENTING THE THIRD-PARTY PLAINTIFFS LOCAL
     TOWING, INC., GEORGE GARDELLA, JESSICA HELQUIST
10   and JAMES GARDELLA:

11        Hume & Associates
          One Landmark Square
12        Stamford, Connecticut 06901
          By:  Duncan B. Hume, Esq.

13

14   REPRESENTING THE THIRD-PARTY DEFENDANT MELWAIN
     ENTERPRISES:

15        Winget, Spadafora & Schwartzberg, LLP
          45 Broadway, 19th Floor
16        New York, New York 10006
          By:  Dianna D. McCarthy, Esq.

17

18

19   REPRESENTING THE THIRD-PARTY DEFENDANT ASSOCIATED
     INSURANCE AGENCY, INC:

20        Morrison, Mahoney & Miller, LLP
          One Constitution Plaza, 10th Floor
21        Hartford, Connecticut 06103-1810
          By:  James L. Brawley, Esq.
22             Tracey Lane Russo, Esq.

23

24

25

Safeco Ins. v. Local Towing, Inc.

James Gardella

```
1                          I N D E X                      Page 3

2      WITNESS
                                                           PAGE
3      James R. Gardella

4          Direct Examination by Mr. Kelley                4
           Cross-Examination by Mr. Brawley               25
5          Cross-Examination by Ms. McCarthy:             75
           Further Cross-Examination by Mr. Brawley       85
6

7

8

9      EXHIBITS                                           PAGE
                                                           57
10     11     May 1, 2001 letter to Jim Gardella from
              Fred Smith

11     12     May 17, 2001 letter to Mr. Smith from       68
              James Gardella
12
       13     Notice of deposition                        74
13

14     (Exhibits retained by Attorneys Kelley and Brawley)

15

16

17

18

19

20

21

22

23

24

25
```

Brandon Smith Reporting

a3b3cc28-151c-4576-83ed-795b581e13

Safeco Ins. v. Local Towing, Inc.

5/5/2004                                                          James Gardella

Page 74

1       A    No.

2       Q    At some point, you said you had gone down to,

3    what is it, St. Thomas in February of '02?

4       A    Yes.

5       Q    Was there a lot of people at that meeting?

6    Was there kind of a get-together between yourself and

7    George, the Empeys?  Was Fred Smith or Terry Smith down

8    there for that meeting?

9       A    No.  Just myself and -- and Empey and my son.

10      Q    Okay.

11      A    I think once we went to the office of the

12   engineer that was doing the job.

13              (Discussion off the record.)

14              MR. KELLEY:  I'd like to introduce the

15   notice of deposition as Exhibit 13.  Could we have that

16   marked.

17              (Exhibit 13, notice of deposition,

18   marked.)

19              MR. BRAWLEY:  The deposition notice that

20   was served for today's deposition has a document

21   request on it.

22              MR. HUME:  Right.

23              MR. BRAWLEY:  Is it going to be the

24   position, Duncan, that all the documents that are

25   responsive were produced by George Gardella and/or will

Brandon Smith Reporting

Safeco Ins. v. Local Towing, Inc.

1    be produced when we get these additional documents that

2    were taken off the computer system?

3                    MR. HUME:  Right.

4                    MR. BRAWLEY:  So responsive to this

5    deposition notice, James Gardella would have no

6    documents that were not going to be produced by George

7    Gardella?

8                    MR. HUME:  No.

9

10               CROSS-EXAMINATION BY MS. McCARTHY:

11

12        Q    Mr. Gardella, my name is Diane McCarthy, and

13    I'm an attorney representing Melwain Enterprises in

14    this matter.  Have you ever heard of an entity called

15    Melwain Enterprises?

16        A    I was going to ask you who Melwain

17    Enterprises was.  I have heard the name.  I can't

18    connect it, though.

19        Q    How about a gentleman named Wayne Price?

20        A    Yes.

21        Q    How do you know Wayne Price?

22        A    He is the bonding agent.  As I know him, he

23    and Fred Smith are the bonding company.

24        Q    Do you believe that Fred Smith and Wayne

25    Price have a business partnership together or some form

Safeco Ins. v. Local Towing, Inc.

5/5/2004                                                          James Gardella

---

Page 86

1         A     So that's what it's geared for.

2                   MR. BRAWLEY:  I was going to suggest,

3    Duncan, that I would now question Mr. Gardella about

4    the damage claims made in his third-party complaint,

5    but I think we've all agreed that before any meaningful

6    questioning can occur, that we need to review the

7    documents that Chris Gardella is getting off his

8    computer that contain certain financial information or

9    hopefully contain the financial information for the

10   projects that would allow us to question intelligently

11   on those subjects.

12                  MR. HUME:  Okay.

13                  MR. BRAWLEY:  So we will suspend, and

14   you are going to produce the documents that are

15   obtained from Chris Gardella's computer or his basement

16   where they were locked up, and we will pick new dates

17   to finish both the depositions of George and James

18   Gardella?  Does that make sense to everybody?

19                  MR. HUME:  Yes.

20                  MR. KELLEY:  Yes.

21                  (Deposition adjourned:  2:45 p.m.)

22

23

24

25

---

5/5/2004
Safeco Ins. v. Local Towing, Inc.

James Gardella

1                        JURAT                              Page 87

2

3          I, JAMES R. GARDELLA, do hereby certify that

4    the foregoing testimony taken on May 5, 2004, is true

5    and accurate, including any corrections noted on the

6    corrections page, to the best of my knowledge and

7    belief.

8

9

10

11

12                        JAMES R. GARDELLA

13

14

15

16

17      At                 in said county of

18    this        day of        , 2004, personally appeared

19    JAMES R. GARDELLA, and he made oath to the truth of the

20    foregoing corrections by him subscribed.

21

22

23    Before me,

24    My commission expires:                , Notary Public

25

Brandon Smith Reporting

a3b3cc28-151c-4576-83a—795b581e13

**EXHIBIT E**

# TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP

## ATTORNEYS AT LAW

### A LIMITED LIABILITY PARTNERSHIP FORMED IN THE STATE OF NEW YORK

NEW YORK CITY OFFICE
2 PENN PLAZA, SUITE 1500
NEW YORK, NEW YORK 10121

TELEPHONE: (212) 686-0920
FACSIMILE: (212) 685-2879

**Please reply to Long Island Office**

Sean P. Kelley
skelley@tlggr.com

LONG ISLAND OFFICE
100 JERICHO QUADRANGLE, SUITE 309
JERICHO, NEW YORK 11753-2702

TELEPHONE: (516) 240-8900
FACSIMILE: (516) 240-8950

NEW JERSEY OFFICE
4400 ROUTE 9 SOUTH, SUITE 1000
FREEHOLD, NEW JERSEY 07728

TELEPHONE: (732) 303-7890
FACSIMILE: (732) 303-7889

NEW JERSEY PARTNER
KEVIN M. GARY

July 19, 2004

**VIA FACSIMILE & REGULAR MAIL**
Duncan B. Hume, Esq.
Hume & Associates
One Landmark Square
Stamford, CT 06901

        Re:    Safeco Ins. Co. of America v. Local Towing, Inc., et al.
               US Dist. Ct., District of Connecticut
               Docket No. 302CV1996 AVC
               <u>TLGGR No. 2087.032</u>

Dear Duncan:

    In light of James Gardella's assertions regarding verbally communicating to an agent of Safeco a termination his obligations under the General Agreement of Indemnity, enclosed please find a Request for Admissions and a Demand for Interrogatories for service upon you as attorney for the defendants in the above matter.

    Based on our previous notice of depositions and reservation of rights during the depositions to date, we would like to schedule dates to conclude the depositions of George Gardella and James Gardella. In this regard, kindly provide us with the balance of the project documentation George Gardella indicated would be provided to us during his depositions on April 19, 2004 and April 26, 2004. Please contact us discuss convenient dates.

               Very truly yours,

               Sean P. Kelley (per TF)

SPK:ks
cc:   James L. Brawley, Esq.
      Dianna D. McCarthy, Esq.
      Luigi Spadofora, Esq.

88098 v1