UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 SEP 21 A 9: 22
U.S. DISTRICT COURT
HARTFORD, CT.

------------------------------------------------------------- x

SAFECO INSURANCE COMPANY OF AMERICA
and GENERAL INSURANCE COMPANY OF
AMERICA,

                        Plaintiffs,

-against-

LOCAL TOWING INC., GEORGE GARDELLA,
JESSICA HELQUIST-GARDELLA, and JAMES
GARDELLA,

                        Defendants.

DOCKET NO.
302CV1966 AVC

September 10, 2004

------------------------------------------------------------- x

LOCAL TOWING INC., GEORGE GARDELLA,
JESSICA HELQUIST-GARDELLA, and JAMES
GARDELLA,

                        Third-Party Plaintiffs,

-against-

ASSOCIATED INSURANCE AGENCY, INC.,
FREDERICK J. SMITH, AFNY, INC., ASSOCIATED
FACILITIES OF AMERICA LTD., MELWAIN
ENTERPRISES, INC., CHARLES ASSOCIATES,
P.C, and CHARLES SAPOCHETTI,

                        Third-Party Defendants.

------------------------------------------------------------- x

## THIRD-PARTY DEFENDANT MELWAIN ENTERPISES, INC'S MOTION TO COMPEL DISCOVERY

Pursuant to Rules 26, 34 and 37 of the Federal Rules of Civil Procedure and Rules 26 and 37 of the Local Federal Rules of Civil Procedure, the Third-Party Defendant Melwain Enterprises, Inc. hereby moves for an order (1) compelling Defendants/Third-

Party Plaintiffs Local Towing Inc., George Gardella, Jessica Helquist-Gardella and James Gardella (hereinafter referred to collectively as "Local Towing") to respond to Melwain's First Request for the Production of Documents ("Document Requests") dated March 15, 2004; (2) ordering Local Towing to respond and/or provide documents requested at the depositions of Defendants/Third-Party Plaintiffs George Gardella and James Gardella; (3) ordering the Defendants/Third-Party Plaintiffs George Gardella and James Gardella to appear for further depositions within 30 days of responding to the aforementioned Document Requests; and (4) prescribing the appropriate sanctions upon Local Towing for failing to respond to Melwain's First Request for Documents. A Memorandum in Support of this Motion and Affidavit are filed herewith.

WINGET, SPADAFORA &
SCHWARTZBERG, LLP
Attorneys for Third-Party Defendant
Melwain Enterprises, Inc.

By: _____
Dianna D. McCarthy (ct24874)
177 Broad Street, 5th Floor
Stamford, CT 06901
(203) 328-1200
(203) 328-1212