FILED

2004 SEP 17 P 4:01

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA AND GENERAL INSURANCE COMPANY OF AMERICA, <br> Plaintiffs | CIVIL ACTION NO. <br><br> 302CV1966 (AVC) |
| VS. | |
| LOCAL TOWING, INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, AND JAMES GARDELLA <br> Defendants/Third-Party Plaintiffs | |
| VS. | |
| ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C., AND CHARLES SAPOCHETTI <br> Third-Party Defendants | SEPTEMBER 17, 2004 |

**MOTION FOR LETTERS ROGATORY**

Third-Party Defendant Associated Insurance Agency, Inc. (hereinafter "Associated"), respectfully moves this Court to issue Letters Rogatory directed to the appropriate judicial authority in United States District Court for the Eastern District of New York requesting the examination of Robert SanFilippo on oral examination.

---

3:02CV1966(AVC). October 19, 2004. DENIED. Federal Rule of Civil Procedure 28(b) provides, in relevant part: "Depositions may be taken in a foreign country . . . (2) pursuant to a letter of request (whether or not captioned a letter rogatory)"(emphasis added). Because the defendant does not seek to take the deposition in a foreign country, the issuance of a letter rogatory is not appropriate. See also, Fed. R. Civ. P. 45.
SO ORDERED.

Alfred V. Covello, U.S.D.J.