UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

SAFECO INSURANCE COMPANY OF      :
AMERICA and GENERAL INSURANCE    :
COMPANY OF AMERICA,              :
  Plaintiffs,                   :
                                 :
v.                               :
                                 :
LOCAL TOWING INC., GEORGE        :
GARDELLA, JESSICA HELQUIST-      :
GARDELLA, and JAMES GARDELLA,    :
  Defendants.                   :

2004 NOV -9 P 3: 22

U.S. DISTRICT COURT
HARTFORD, CT.

3:02CV1966(AVC)

## AMENDED SCHEDULING ORDER

(1)    The parties shall complete all discovery, including

    depositions of all witnesses, by December 15, 2004.

(2)    The parties shall complete joinder of all parties by

    December 15, 2004.

(3)    The parties shall file all motions, except motions in limine

    incident to trial, on or before January 14, 2005.

(4)    The parties shall file a joint trial memorandum in

    accordance with the pretrial order on or before February 15,

    2005.

(5)    The case shall be ready for trial by March 15, 2005.

    It is so ordered this 9TH day of November, 2004, at

Hartford, Connecticut.

_____
Alfred V. Covello
United States District Judge