UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x

SAFECO INSURANCE COMPANY OF AMERICA
and GENERAL INSURANCE COMPANY OF
AMERICA,

                            Plaintiffs,

-against-

LOCAL TOWING INC., GEORGE GARDELLA,
JESSICA HELQUIST-GARDELLA, and JAMES
GARDELLA,

                            Defendants.

DOCKET NO.
302CV1966 AVC

September 10, 2004



3:02CV1966(AVC)   November 9, 2004.  There being no objection, the motions (doc. nos.100 and 102) are GRANTED as follows. The court orders the defendants/third-party plaintiffs Local Towing Inc., George Gardella, Jessica Helquist-Gardella, and James Gardella (1) to respond to the third party defendant Melwin Enterprises's, first request for production of documents dated March 15, 2004, (2) to respond to the plaintiffs' notice for production and inspection of documents dated March 31, 2004, and (3) to respond to the plaintiffs' demand for written interrogatories dated July 19, 2004.  Furthermore, the court orders (4) George Gardella to provide documents requested at his April 26, 2004 deposition.  Specifically, at the deposition George Gardella agreed that he would produce "the information concerning damages off the computer" and "any contract, agreement, correspondence, that [he] believe[d] would obligate Safeco to get a keyman policy or have Fran Empey's . . . execute a general agreement of indemnity." Likewise, the court orders (5) James Gardella to provide the documents requested at his May 5, 2004 deposition.  Specifically, at the deposition, James Gardella's attorney agreed that "all the documents that are responsive were produced by George Gardella and/or will be produced when we get these additional documents that were taken off [Chris Gardella's] computer system."  The parties shall have ten days from the date of this order to comply.  As to the deadlines for discovery, motions, and trial readiness, the court grants the motions (doc. nos.100 and 102) for extension of time as set forth in the amended scheduling order issued this day. SO ORDERED.

                                            Alfred V. Covello, U.S.D.J.