#108

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 DEC 22  A 10: 49
U.S. DISTRICT COURT
HARTFORD, CT.

------------------------------------------------------------- x

SAFECO INSURANCE COMPANY OF AMERICA and
GENERAL INSURANCE COMPANY OF AMERICA,

　　　　　　　　　　　　　　　　Plaintiffs,

-against-

LOCAL TOWING INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, and JAMES GARDELLA,

　　　　　　　　　　　　　　　　Defendants.

DOCKET NO.
302CV1966 AVC

December 14, 2004

------------------------------------------------------------- x

LOCAL TOWING INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, and JAMES GARDELLA,

　　　　　　　　　　　　　　　　Third-Party Plaintiffs,

-against-

ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C, and CHARLES SAPOCHETTI,

　　　　　　　　　　　　　　　　Third-Party Defendants.

------------------------------------------------------------- x

Alfred V. [signature], U.S.D.J.
FILED 2004 DEC 27 P 1:5[?]
U.S. DISTRICT COURT
HARTFORD, CT.

December 23, 2004.
SO ORDERED.
GRANTED.

## THIRD-PARTY DEFENDANT MELWAIN ENTERPISE, INC.'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO COMPLETE DISCOVERY AND FILE DISPOSITIVE MOTIONS

　　　　1.　　In accordance with the provisions of D.Conn.Civ.L.R. 7(b) the Third-Party

Defendant Melwain Enterprises, Inc, ("Melwain") by its attorneys Winget, Spadafora &