UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------- x

SAFECO INSURANCE COMPANY OF AMERICA and
GENERAL INSURANCE COMPANY OF AMERICA,

                Plaintiffs,   DOCKET NO:

-against-   302CV1966 AVC

LOCAL TOWING INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, and JAMES GARDELLA,

                Defendants.

January 14, 2005

------------------------------------------------------------- x

LOCAL TOWING INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, and JAMES GARDELLA,

                Third-Party Plaintiffs,

-against-

ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C, and CHARLES SAPOCHETTI,

                Third-Party Defendants.

------------------------------------------------------------- x

## THIRD-PARTY DEFENDANT MELWAIN ENTERPISE, INC.'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO COMPLETE DISCOVERY AND FILE DISPOSITIVE MOTIONS

    1.    In accordance with the provisions of D.Conn.Civ.L.R. 7(b) the Third-Party Defendant Melwain Enterprises, Inc, ("Melwain") by its attorneys Winget, Spadafora &

Schwartzberg, LLP, respectfully moves for a thirty (30) day extension of time, through and including February 14, 2005, within which to complete discovery, and a thirty (30) day extension of time, through and including March 14, 2005, within which to file dispositive motions.

2.   There have been no changes to as to the status of discovery since Melwain's prior application for additional time (certain discovery still remains outstanding). The deposition of George Gardella remains incomplete. George Gardella deposition, previously scheduled for Monday, December 13, 2004, at the offices of Winget, Spadafora & Schwartzberg, LLP, located at 177 Broad Street, Stamford, Connecticut at 10 A.M., did not go forward as he did not appear.

3.   The undersigned was advised on December 13, 2004 by Gardella's Counsel, Attorney Duncan Hume, that "Mr. Gardella's boss had died" and that, as a result, Mr. Gardella could not appear for his deposition. No further information was provided except that counsel would contact again "later in the week" to reschedule. No further contact has been had since then.

4.   Since Melwain's last application for additional time there has been no contact from Mr. Hume.

5.   The delay in completing discovery will unduly prejudice Melwain. Melwain has yet to be afforded an opportunity to question George Gardella with respect to the Defendants/Third-Party Plaintiffs claims against Melwain.

6.   Melwain has left messages with Duncan Hume, Esq., of Hume & Associates, attorney for the Defendants/Third-Party Plaintiffs as to their position on

Melwain's request for an extension of time to complete discovery. Melwain has not received any response.

7. Melwain has left a message with Sean Kelly, Esq. of Torre, Lentz, Gamell, Gary & Rittmaster, LLP, attorneys for the plaintiff. Melwain has not received any response.

8. Melwain has left a message with Tracey Lane Russo, from the law firm of Morrison Mahoney, Counsel for the Co-Third Party Defendants. Melwain has not received any response. It should be noted that previously Attorney Russo had consented to an extension only with regard to the need for the further deposition of George Gardella, but otherwise did not consent to the requested extension of time.

9. Melwain has previously requested such relief three times by motions dated January 27, 2004, June 24, 2004 and December 14, 2004. The requested relief is warranted in light of the fact that the Defendants/Third-Party Plaintiffs have continuously failed to adhere to the order of this court with respect to discovery.

Dated: January 14, 2005

WINGET, SPADAFORA
& SCHWARTZBERG, LLP
Attorneys for Defendant Melwain Enterprise, Inc.

By: _____
Richard N. Freeth (ct26253)
177 Broad Street, Suite 501
Telephone: (203) 328-1200
Fax: (203) 328-1212

## CERTIFICATION OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing Motion for Extension of Time Within Which to Complete Discovery and File Dispositive Motions was sent via regular mail on this date to:

Constantine G. Antipas, Esq.
The Antipas Law Firm
Attorneys for Plaintiffs
One Fort Hill Road
Groton, CT 06340

Benjamin D. Lentz
Torre, Lentz, Gamell, Gary & Rittmaster, LLP
Attorneys for Plaintiffs
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753

Duncan B. Hume, Esq.
Attorneys for Defendant and Third-Party Plaintiffs
Hume & Associates
One Landmark Square
Stamford, CT 06901

James J. Farrell, Esq.
Attorneys for Defendant and Third-Party Plaintiffs
8 Elm Street
Norwalk, Connecticut 06850

James L. Brawley, Esq.
Tracey M. Lane, Esq.
Attorneys for Associated Insurance Agency, Inc.
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06106

Dated: January 14, 2005

Richard N. Freeth