UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 FEB -9 P 4:01
U.S. DISTRICT COURT
HARTFORD, CT.

SAFECO INSURANCE COMPANY OF :
AMERICA and GENERAL INSURANCE :
COMPANY OF AMERICA, :
   Plaintiffs, :
:
v. : 3:02CV1966(AVC)
:
LOCAL TOWING INC., GEORGE :
GARDELLA, JESSICA HELQUIST- :
GARDELLA, and JAMES GARDELLA, :
   Defendants. :

### SECOND AMENDED SCHEDULING ORDER

In accordance with the court's February 1, 2005 order (document no. 112), the following deadlines are amended as follows:

(1) The parties shall complete <u>all</u> discovery by February 14, 2005.

(2) The parties shall file all motions, except motions <u>in limine</u> incident to trial, on or before March 14, 2005.

(4) The parties shall file a joint trial memorandum in accordance with the pretrial order on or before April 15, 2005.

(5) The case shall be ready for trial by May 13, 2005.

It is so ordered this 9TH day of February, 2005, at Hartford, Connecticut.

Alfred V. Covello
United States District Judge