UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------- x

SAFECO INSURANCE COMPANY OF AMERICA and
GENERAL INSURANCE COMPANY OF AMERICA,

                                                                 Plaintiffs,    DOCKET NO:

-against-                                   3:02-CV-1966 (AVC)

LOCAL TOWING INC., GEORGE GARDELLA,
JESSICA HELQUIST-GARDELLA, and JAMES
GARDELLA,

                                                             Defendants.    February 10, 2005

------------------------------------------------------------------- x

LOCAL TOWING INC., GEORGE GARDELLA,
JESSICA HELQUIST-GARDELLA, and JAMES
GARDELLA,

                            Third-Party Plaintiffs,

-against-

ASSOCIATED INSURANCE AGENCY, INC.,
FREDERICK J. SMITH, AFNY, INC., ASSOCIATED
FACILITIES OF AMERICA LTD., MELWAIN
ENTERPRISES, INC., CHARLES ASSOCIATES, P.C,
and CHARLES SAPOCHETTI,

                            Third-Party Defendants.

------------------------------------------------------------------- x

**THIRD-PARTY DEFENDANT MELWAIN ENTERPISE, INC.'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO COMPLETE DISCOVERY AND FILE DISPOSITIVE MOTIONS**

       1.       In accordance with the provisions of D.Conn.Civ.L.R. 7(b) the Third-Party Defendant Melwain Enterprises, Inc, ("Melwain") by its attorneys Winget, Spadafora &

Schwartzberg, LLP, respectfully moves for a ninety (90) day extension of time, through and including May 13, 2005, within which to complete discovery, and a ninety (90) day extension of time, through and including June 14, 2005, within which to file dispositive motions.

2. There have been changes as to the status of discovery since Melwain's prior application for additional time (certain discovery still remains outstanding). At the February 1, 2005 deposition of George Gardella, Mr. Gardella advised counsel, including his attorney Duncan Hume, that he is in possession of many boxes of documents that have not been produced to the parties but which appear to be discoverable.

3. The undersigned was advised on February 4, 2005 by Gardella's Counsel, Attorney Duncan Hume, that the undersigned could come to his office and analyze the unproduced documents.

4. This further and unexpected delay in completing discovery will unduly prejudice Melwain unless the requested extension is granted. Melwain has yet to be afforded an opportunity to inspect this new set of George Gardella's unproduced documents.

5. Duncan Hume, Esq., of Hume & Associates, attorney for the Defendants/Third-Party Plaintiffs has consented with Melwain's request for an extension of time as requested herein.

6. Torre, Lentz, Gamell, Gary & Rittmaster, LLP, Counsel for the plaintiff, has withheld consent.

7. Tracey Lane Russo, from the law firm of Morrison Mahoney, Counsel for the Co-Third Party Defendants, has consented with Melwain's request for an extension of time as requested herein.

8. Melwain has previously requested such relief four times by motions dated January 27, 2004, June 24, 2004, December 14, 2004 and January 14, 2005. The requested relief is warranted in light of the fact that Mr. Gardella has revealed the existence of relevant and discoverable material that has not been disclosed previously and the undersigned only learned of the existence of the unproduced documents within the last 14 days.

Dated: February 10, 2005

                      WINGET, SPADAFORA
                      & SCHWARTZBERG ,LLP
                      Attorneys for Defendant Melwain Enterprise, Inc.

By: _____
     Richard N. Freeth (ct26253)
177 Broad Street, Suite 501
Telephone: (203) 328-1200
Fax: (203) 328-1212

## CERTIFICATION OF SERVICE

  THIS IS TO CERTIFY that a copy of the foregoing Motion for Extension of Time Within Which to Complete Discovery and File Dispositive Motions was sent via regular mail on this date to:

Constantine G. Antipas, Esq.
The Antipas Law Firm
Attorneys for Plaintiffs
One Fort Hill Road
Groton. CT 06340

Benjamin D. Lentz
Torre, Lentz, Gamell, Gary & Rittmaster, LLP
Attorneys for Plaintiffs
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753

Duncan B. Hume, Esq.
Attorneys for Defendant and Third-Party Plaintiffs
Hume & Associates
One Landmark Square
Stamford, CT 06901

James J. Farrell, Esq.
Attorneys for Defendant and Third-Party Plaintiffs
8 Elm Street
Norwalk, Connecticut 06850

James L. Brawley, Esq.
Tracey M. Lane, Esq.
Attorneys for Associated Insurance Agency, Inc.
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06106

Dated: February 10, 2005

                              Richard N. Freeth