UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------- x

SAFECO INSURANCE COMPANY OF AMERICA and
GENERAL INSURANCE COMPANY OF AMERICA,

                         Plaintiffs,

-against-

LOCAL TOWING INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, and JAMES GARDELLA,

                         Defendants.

FILED
2005 FEB 18  A 10: 50
U.S. DISTRICT COURT
HARTFORD, CT.

DOCKET NO:
3:02-CV-1966 (AVC)

February 10, 2005

------------------------------------------------------------- x

LOCAL TOWING INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, and JAMES GARDELLA,

                         Third-Party Plaintiffs,

-against-

ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C, and CHARLES SAPOCHETTI,

                         Third-Party Defendants.

------------------------------------------------------------- x

**THIRD-PARTY DEFENDANT MELWAIN ENTERPISE, INC.'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO COMPLETE DISCOVERY AND FILE DISPOSITIVE MOTIONS**

1.    In accordance with the provisions of D.Conn.Civ.L.R. 7(b) the Third-Party Defendant Melwain Enterprises, Inc, ("Melwain") by its attorneys Winget, Spadafora &

(margin annotation, rotated:) 3:02CV1996(AVC) February 28, 2005. The motion for an extension of time is GRANTED as set forth in the third amended scheduling order issued this day. SO ORDERED. Alfred V. Covello, U.S.D.J.