UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA,<br>    Plaintiffs, | : <br> : <br> : <br> : |
| v. | : 3:02CV1966(AVC) |
| LOCAL TOWING INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, and JAMES GARDELLA,<br>    Defendants. | : <br> : <br> : <br> : |

**THIRD AMENDED SCHEDULING ORDER**

The third-party defendant, Melwain Enterprise, Inc.'s, motion for an extension of time (document no. 115) is GRANTED as set forth below:

(1) The parties shall complete <u>all</u> discovery by April 15, 2005;

(2) The parties shall file all motions, except motions <u>in limine</u> incident to trial, on or before May 13, 2005;

(4) The parties shall file a joint trial memorandum in accordance with the pretrial order on or before June 10, 2005.

(5) The case shall be ready for trial by July 14, 2005.

It is so ordered this 28th day of February, 2005 at Hartford, Connecticut.

```
_____
Alfred V. Covello
United States District Judge
```