UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA AND GENERAL INSURANCE COMPANY OF AMERICA, Plaintiffs | : : : : : | CIVIL ACTION NO. |
| VS. | : | 302CV1966 (AVC) |
| LOCAL TOWING, INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, AND JAMES GARDELLA Defendants/Third-Party Plaintiffs | : : : : | |
| VS. | : | |
| ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C., AND CHARLES SAPOCHETTI Third-Party Defendants | : : : : : : : : | APRIL 15, 2005 |

## MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO REQUEST FOR ADMISSION

Pursuant to Fed.R.Civ.P. 6(b), the undersigned Third-Party Defendant Associated Insurance Agency, Inc. respectfully requests an extension of time up to and including June 15, 2005 within which to answer or otherwise respond to Third-Party Defendant James Gardella's March 10, 2005 Requests for Admission. The reason for said enlargement is because the Requests for Admission total one hundred and five (105) and additional time is necessary so that the undersigned counsel may properly respond to and/or object to said Requests. Third Party Plaintiff has no objection to this request.

WHEREFORE, the undersigned respectfully requests that this Court find that good cause exists to enlarge the period of time within which to file a response to the pending Requests for Admission directed to Third-Party Defendant Associated Insurance Agency, Inc.

THIRD-PARTY DEFENDANT,
ASSOCIATED INSURANCE AGENCY, INC.

/s/ Tracey Lane Russo
    James L. Brawley– CT 17321
    Tracey Lane Russo– CT 19865
    MORRISON, MAHONEY & MILLER, LLP
    One Constitution Plaza, 10th Floor
    Hartford, CT 06106
    Phone: (860) 616-4441

## **CERTIFICATION**

       I hereby certify that a copy of the foregoing was mailed, via U.S. mail, to the following parties of record, postage prepaid this same date as follows:

Benjamin D. Lentz, Esq.
Sean Kelly, Esq.
Torre, Lentz, Gamell, Gary & Rittmaster
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753-2702

Constantine G. Antipas, Esq.
The Antipas Law Firm
One Fort Hill Road
Groton, CT 06340

Duncan B. Hume, Esq.
Hume & Associates
One Landmark Square, Suite 525
Stamford, CT 06901

James J. Farrell, Esq.
8 Elm Street
Norwalk, CT 06850

Luigi Spadafora, Esq.
Winget Spadafora & Schwartzberg
45 Broadway, 19th Floor
New York, NY 100006

Dianna D. McCarthy, Esq.
Winget Spadafora & Schwartzberg
45 Broadway, 19th Floor
New York, NY 100006

                                              /s/ Tracey Lane Russo
                                              Tracey Lane Russo– CT 19865