

FILED
2005 APR 25  A 11: 13
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA AND GENERAL INSURANCE COMPANY OF AMERICA,<br>Plaintiffs | CIVIL ACTION NO.<br><br>302CV1966 (AVC) |
| VS. | |
| LOCAL TOWING, INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, AND JAMES GARDELLA<br>Defendants/Third-Party Plaintiffs | |
| VS. | |
| ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C., AND CHARLES SAPOCHETTI<br>Third-Party Defendants | APRIL 15, 2005 |

**MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO REQUEST FOR ADMISSION**

Pursuant to Fed.R.Civ.P. 6(b), the undersigned Third-Party Defendant Associated Insurance Agency, Inc. respectfully requests an extension of time up to and including June 15, 2005 within which to answer or otherwise respond to Third-Party Defendant James Gardella's March 10, 2005 Requests for Admission. The reason for said enlargement is because the Requests for Admission total one hundred and five (105) and additional time is necessary so that the undersigned counsel may properly respond to and/or object to said Requests. Third Party Plaintiff has no objection to this request.

WHEREFORE, the undersigned respectfully requests that this Court find that good cause exists to enlarge the period of time within which to file a response to the pending Requests for Admission directed to Third-Party Defendant Associated Insurance Agency, Inc.

[Handwritten margin annotation:] 3:02CV1966 (AVC) April 27, 2005. The motion for enlargement of time (doc. no. 118) "to answer or otherwise respond to Third-Party Defendant James Gardella's March 10, 2005 Requests for Admission" is GRANTED. The third-party defendant, Associated Insurance Agency, shall have to and including June 15, 2005 to respond to the requests for admission. SO ORDERED. Alfred V. Covello, U.S.D.J.