119

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 APR 25 A 11: 13

U. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF<br>AMERICA AND GENERAL<br>INSURANCE COMPANY OF AMERICA,<br>    Plaintiffs | : <br> : <br> : <br> : | CIVIL ACTION NO. |
| | : | |
| VS. | : | 302CV1966 ~~(MRK)~~  AVC |
| | : | |
| LOCAL TOWING, INC., GEORGE<br>GARDELLA, JESSICA HELQUIST-<br>GARDELLA, AND JAMES GARDELLA<br>    Defendants/Third-Party Plaintiffs | : <br> : <br> : <br> : | |
| | : | |
| VS. | : | |
| | : | |
| ASSOCIATED INSURANCE AGENCY,<br>INC., FREDERICK J. SMITH, AFNY,<br>INC., ASSOCIATED FACILITIES OF<br>AMERICA LTD., MELWAIN<br>ENTERPRISES, INC., CHARLES<br>ASSOCIATES, P.C., AND CHARLES<br>SAPOCHETTI<br>    Third-Party Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | APRIL 22, 2005 |

### MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO REQUEST FOR PRODUCTION

Pursuant to Fed.R.Civ.P. 6(b), the undersigned Third-Party Defendant Associated Insurance Agency, Inc. respectfully requests an extension of time up to and including June 15, 2005 within which to answer or otherwise respond to Third-Party Defendant James Gardella's March 10, 2005 Request for Production. The reason for said enlargement is because the Requests for Production are extensive and additional time is necessary so that the undersigned counsel may properly respond to and/or object to said Requests. Third Party Plaintiff has no objection to this request.

WHEREFORE, the undersigned respectfully requests that this Court find that good cause exists to enlarge the period of time within which to file a response to the pending Request for Production directed to Third-Party Defendant Associated Insurance Agency, Inc.

3:02CV1966(AVC) April 27, 2005. The motion for enlargement of time (doc. no. 119) "to answer or otherwise respond to Third Party Defendant James Gardella's March 10, 2005 Request for Production" is GRANTED. The third-party defendant, Associated Insurance Agency, shall have to and including June 15, 2005 to respond to the request for production.
SO ORDERED.

Alfred V. Covello, U.S.D.J.