UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------ x

SAFECO INSURANCE COMPANY OF AMERICA and
GENERAL INSURANCE COMPANY OF AMERICA,

                                            Plaintiffs,

            -against-

LOCAL TOWING INC., GEORGE GARDELLA,
JESSICA HELQUIST-GARDELLA, and JAMES
GARDELLA,

                                          Defendants.

DOCKET NO:

3:02-CV-1966 (AVC)

APRIL 29, 2005

------------------------------------------------------------------ x

LOCAL TOWING INC., GEORGE GARDELLA,
JESSICA HELQUIST-GARDELLA, and JAMES
GARDELLA,

                               Third-Party Plaintiffs,

            -against-

ASSOCIATED INSURANCE AGENCY, INC.,
FREDERICK J. SMITH, AFNY, INC., ASSOCIATED
FACILITIES OF AMERICA LTD., MELWAIN
ENTERPRISES, INC., CHARLES ASSOCIATES, P.C,
and CHARLES SAPOCHETTI,

                               Third-Party Defendants.

------------------------------------------------------------------ x

**THIRD-PARTY DEFENDANTS AFNY, INC., MELWAIN ENTERPRISES, INC., WAYNE PRICE, and MARYANN PRICE MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO FILE DISPOSITION MOTIONS**

      1.    In accordance with the provisions of D.Conn.Civ.L.R. 7(b), the Third-Party Defendants, AFNY, Inc., Melwain Enterprises, Inc., Wayne Price, and Maryann Price (hereinafter collectively referred to as "Melwain") by their attorneys, Winget, Spadafora & Schwartzberg,

LLP, respectfully move this Court for an enlargement of time, through and including July 29, 2005, within which to file dispositive motions.

2.   In accordance with the provisions of D.Conn.Civ.L.R. 7(b)(3), on April 28, 2005, Melwain attempted to contact the Plaintiff's attorney for consent for an enlargement of time to file dispositive motions until July 29, 2005. On this occasion, a detailed voicemail message was left and, to date, we have not received a response to our requests.

3.   In accordance with the provisions of D.Conn.Civ.L.R. 7(b)(3), on April 28, 2005, Melwain attempted to contact the Third Party Defendant Associated Insurance Agency's attorney for consent for an enlargement of time to file dispositive motions until July 29, 2005. On this occasion, a detailed voicemail message was left. Later that afternoon Third Party Defendant Associated Insurance Agency's attorney, Tracey Lane consented to Melwain's enlargement of time to file dispositive motions until July 29, 2005.

4.   In accordance with the provisions of D.Conn.Civ.L.R. 7(b)(3), on April 28, 2005, Melwain contacted the Defendants and Third Party Plaintiffs Local Towing, Inc. and James Gardella's attorney for consent to an enlargement of time to file dispositive motions. On this occasion, Duncan Hume consented to Melwain's enlargement of time to file dispositive motions until July 29, 2005.

5.   In accordance with the provisions of D.Conn.Civ.L.R. 7(b)(3), on April 28, 2005, Melwain's contacted the Defendant George Gardella's attorney for consent to an enlargement of time to file dispositive motions. On this occasion, James J. Farrell consented to Melwain's enlargement of time to file dispositive motions until July 29, 2005.

6.   On April 27, 2005, this Court granted Third Party Defendant Associated Insurance Agency's Motion for Enlargement of Time to Answer or Otherwise respond to Third-

Party Defendant James Gardella's March 10, 2005 Request for Production and Requests for Admission up to and including June 15, 2005.

7. Since Third Party Defendant Associated Insurance Agency now has until June 15, 2005 to respond to Third-Party Defendant James Gardella's March 10, 2005 Request for Production and Requests for Admission discovery is not yet complete and therefore the requested extension of time is warranted.

8. Melwain has previously requested extensions of time, for the express purpose of completing discovery owed by other parties, five times by motions dated January 27, 2004, June 24, 2004, December 14, 2004, January 14, 2005 and February 10, 2005. The requested relief is warranted in light of the fact that discovery exchanges are ongoing.

9. Accordingly, the Melwain Third-Party Defendants respectfully request an enlargement of time, through and including July 29, 2005, within which to file dispositive motions.

Dated: Stamford, Connecticut
April 29, 2005

Yours, etc.,

WINGET, SPADAFORA & SCHWARTZBERG, LLP

By: _____
Richard Freeth. (CT 26253)
177 Broad Street, 5th Floor
Stamford, CT 06901
Phone: (203) 328-1200
Fax: (203) 328-1212

3

## CERTIFICATION OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing Motion for Extension of Time Within Which to File Dispositive Motions was sent via regular mail on this date to:

Constantine G. Antipas, Esq.
The Antipas Law Firm
P.O. Box 526
Mystic, CT 06340

Benjamin D. Lentz, Esq.
Sean Kelley, Esq.
Torre, Lentz, Gamell, Gary & Rittmaster, LLP
Attorneys for Plaintiffs
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753

Duncan B. Hume, Esq.
Attorneys for Defendant and Third-Party Plaintiffs
8 Elm Street
Norwalk, CT 06850

James J. Farrell, Esq.
Attorneys for Defendant and Third-Party Plaintiffs
8 Elm Street
Norwalk, Connecticut 06850

James L. Brawley, Esq.
Tracey M. Lane, Esq.
Attorneys for Associated Insurance Agency, Inc.
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06106

Dated: April 29, 2005

Richard N. Freeth