UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------------- x

SAFECO INSURANCE COMPANY OF AMERICA and
GENERAL INSURANCE COMPANY OF AMERICA,

                                           Plaintiffs,

-against-

LOCAL TOWING INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, and JAMES GARDELLA,

                                           Defendants.

DOCKET NO:

3:02CV-1966 (AVC)

APRIL 29, 2005

------------------------------------------------------------------------- x

LOCAL TOWING INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, and JAMES GARDELLA,

                                           Third-Party Plaintiffs,

-against-

ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C, and CHARLES SAPOCHETTI,

                                           Third-Party Defendants.

------------------------------------------------------------------------- x

[Margin note, left side, rotated]: 3:02CV1966(AVC) May 3, 2005. The third-party defendants' motion for an enlargement of time (document no. 122) is GRANTED. The parties shall have to and including July 29, 2005 to file dispositive motions. SO ORDERED. /s/ Covello, U.S.D.J.

[Stamp]: FILED 2005 MAY -3 P [?]:25 US DISTRICT COURT HARTFORD

**THIRD-PARTY DEFENDANTS AFNY, INC., MELWAIN ENTERPRISES, INC., WAYNE PRICE, and MARYANN PRICE MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO FILE DISPOSITION MOTIONS**

1. In accordance with the provisions of D.Conn.Civ.L.R. 7(b), the Third-Party Defendants, AFNY, Inc., Melwain Enterprises, Inc., Wayne Price, and Maryann Price (hereinafter collectively referred to as "Melwain") by their attorneys, Winget, Spadafora & Schwartzberg,