UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF | : | DOCKET NO. |
| AMERICA and GENERAL INSURANCE | : | 3:02 CV 1966 (AVC) |
| COMPANY OF AMERICA, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| V. | : | |
| | : | |
| LOCAL TOWING INC., GEORGE GARDELLA, | : | |
| JESSICA HELQUIST-GARDELLA | : | |
| and JAMES GARDELLA, | : | |
| | : | |
| Defendants/Third-Party Plaintiffs | : | June 10, 2005 |
| | : | |
| V. | : | |
| | : | |
| ASSOCIATED INSURANCE AGENCY, INC., | : | |
| FREDERICK. J. SMITH, AFNY, INC., | : | |
| ASSOCIATED FACILITIES OF AMERICA LTD., | : | |
| MELWAIN ENTERPRISES, INC., CHARLES | : | |
| ASSOCIATES, P.C., AND CHARLES | : | |
| SAPOCHETTI, | : | |
| | : | |
| Third-Party Defendants. | : | |

PLAINTIFFS' SAFECO INSURANCE COMPANY OF AMERICA
AND GENERAL INSURANCE COMPANY OF AMERICA
MOTION FOR AN AMENDED SCHEDULING ORDER

1.     In accordance with the provisions of D.Conn.Civ.L.R. 7(b) plaintiffs Safeco

Insurance Company of America ("Safeco") and General Insurance Company of America

("General") (collectively the "Surety") by their attorneys, Torre, Lentz, Gamell, Gary &

Rittmaster, LLP, respectfully moves for an extension of the deadline for filing the Joint

Trial Memorandum up to and including September 30, 2005 and the Trial Ready Date up

to and including August 15, 2005.

2.    By Order dated February 28, 2005, the Court issued a Third Amended Scheduling Order setting discovery due by April 15, 2005, dispositive motions due by May 13, 2005, Trial Ready Date as July 14, 2005, and Joint Trial Memorandum due by June 10, 2005.

3.    By Order dated May 3, 2005, the Court granted the motion of Third-Party Defendant Melwain Enterprises, Inc. for an extension of time until July 29, 2005 to file dispositive motions. However, this Order did not address the extension of the dates for Trial Readiness or the Joint Trial Memorandum.

4.    Counsel for all parties have consented with the Surety's request for an extension of the dates for Trial Readiness and the Joint Trial Memorandum..

5.    The Surety has not previously requested such relief. The requested relief is warranted in light of the fact that dispositive motions may be filed up to and including July 29, 2005. The dates for Trial Readiness and the Joint Trial Memorandum should be extended to occur subsequent to the date for filing dispositive motions.


Dated:       Jericho, New York
             June 10, 2005


                          TORRE LENTZ GAMELL GARY
                          & RITTMASTER, LLP

                          By:_____
                               Benjamin D. Lentz (BL 4860)

                          A Member of the Firm

Counsel for Plaintiffs
Safeco Insurance Company of America
General Insurance Company of America
100 Jericho Quadrangle, Suite 309
Jericho, New York 11753-2702
(516) 240-8900