STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NASSAU       )


      Eileen Keating, being duly sworn, says: (1) I am not a party to this action, am over 18 years of age, and reside at Lindenhurst, New York; and (2) on June 10, 2005, I served the within PLAINTIFF'S SAFECO INSURNACE COMPANY OF AMERICA AND GENERAL INSURANCE COMPANY OF AMERICA MOTION FOR AN AMENDED SCHEDULING ORDER on each of the following attorneys (or parties) at the address set forth after said attorney's (or party's) name, that being the address designated by said attorney (or party) for that purpose, by depositing a true copy of same enclosed in postage-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York at 100 Jericho Quadrangle, Jericho, New York:

Duncan B. Hume, Esq.
Attorneys for Defendants and Third-Party Plaintiffs
Hume & Associates
8 Elm Street
Norwalk, CT 06850

James L. Brawley, Esq.
Morrison, Mahoney & Miller, LLP
Attorneys for Associated Insurance Agency, Inc.
One Constitution Plaza
10th Floor
Hartford, CT 06103-1810

Tracey M. Lane Russo, Esq.
Morrison, Mahoney & Miller, LLP
Attorneys for Associated Insurance Agency, Inc.
One Constitution Plaza, 10th Floor
Hartford, CT 06106

Anita C. Di Gioia, Esq.
Morrison, Mahoney & Miller, LLP
Attorneys for Associated Insurance Agency, Inc.
One Constitution Plaza, 10th Floor
Hartford, CT 06103-1810

James J. Farrell, III
8 Elm St.
Norwalk, CT 06850

Dianna D. McCarthy, Esq.
Winget Spadofora & Schwartzberg
Attorneys for Third-Party Defendant Melwain Enterprises, Inc.
45 Broadway, 19th Floor
New York, NY 10006

Luigi Spadofora, Esq.  
Winget Spadofora & Schwartzberg  
Attorneys for Third-Party Defendant  
Melwain Enterprises, Inc.  
177 Broad St., 5th Fl.  
Stamford, CT 06901

Richard Freeth, Esq.  
Winget Spadofora & Schwartzberg  
Attorneys for Third-Party Defendant  
Melwain Enterprises, Inc.  
177 Broad Street, 5th Floor  
Stamford, Connecticut 06901

_____  
Eileen Keating

Sworn to before me  
June 10, 2005

_____  
Notary Public

SEAN P. KELLEY  
Notary Public, State of New York  
No. 02KE5062804  
Qualified in Suffolk County  
Commission Expires July 8, 2006