UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JUN 15 A 10: 17

DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA,<br>   Plaintiffs, | : : : : : |
| v. | : 3:02CV1966(AVC) |
| LOCAL TOWING INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, and JAMES GARDELLA,<br>   Defendants. | : : : : |

### FOURTH AMENDED SCHEDULING ORDER

The plaintiffs', Safeco Insurance Company of America and General Insurance Company of America, motion for an amended scheduling order (document no.124) is GRANTED as set forth below:

(1) The parties shall file all motions, except motions *in limine* incident to trial, on or before July 29, 2005;

(2) The parties shall file a joint trial memorandum in accordance with the pretrial order on or before September 30, 2005;

(3) The case shall be ready for trial by October 6, 2005.

It is so ordered this 15th day of June, 2005, at Hartford, Connecticut.

_____
Alfred V. Covello
United States District Judge