UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------x
SAFECO INSURANCE COMPANY OF              DOCKET NO.
AMERICA and GENERAL INSURANCE
COMPANY OF AMERICA,                       302CV1966-AVC

                Plaintiffs

   v.

LOCAL TOWING INC., GEORGE GARDELLA,       July 14, 2005
JESSICA HELQUIST-GARDELLA, and
JAMES GARDELLA,

                Defendants.
-----------------------------------------------------------x

LOCAL TOWING INC., GEORGE GARDELLA,
JESSICA HELQUIST-GARDELLA, and
JAMES GARDELLA,

                Third-Party Plaintiffs

   v.

ASSOCIATED INSURANCE AGENCY, INC.,
FREDERICK J. SMITH, AFNY, INC., MELWAIN
ENTERPRISES, INC., WAYNE PRICE, MARYANNE
PRICE, and ERIC EMPEY,

                Third-Party Defendants
-----------------------------------------------------------x

**MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56(b)**

Defendant James R. Gardella hereby moves for summary judgment pursuant to Rule 56(b) of the Federal Rules of Civil Procedure on the grounds that there is no issue of fact that needs to be decided and that the under the law the plaintiffs are unable to prove their case.

This motion is made on submission to the court of an Affidavit of James R. Gardella, with an exhibit, a Memorandum in Support of Motion for Summary Judgment, and a Local Rule 56(a)1 Statement. These documents are being filed with the court and are being served on opposing counsel with this Motion.

Duncan B. Hume (CT 05581)
HUME & ASSOCIATES
8 Elm Street
Norwalk, CT 06850
Tel 203-857-4270
Fax 203-838-7221

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on this date to the following attorneys of record:

Constantine G. Antipas, Esq.
P.O. Box 526
Mystic, CT 06340

Benjamin D. Lentz, Esq.
Torre, Lentz, Gamell, Gary & Rittmaster
100 Jericho Quadrangle
Jericho, NY 11753

James J. Farrell, Esq.
8 Elm Street
Norwalk, CT 06850

James L. Brawley, Esq.
Tracey Lane Russo, Esq.
Morrisson & Mahoney
One Constitution Plaza, 10th Floor
Hartford, CT 06103

Richard N. Freeth, Esq.
Winget, Spadafora & Schwartzberg, LLP
177 Broad Street
Stamford, CT 06901

_____
Duncan B. Hume (CT 05581)