UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA, | DOCKET NO. 3:02 CV 1966 (AVC) |
| Plaintiffs, | |
| V. | |
| LOCAL TOWING INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA and JAMES GARDELLA, | |
| Defendants/Third-Party Plaintiffs | July 26, 2005 |
| V. | |
| ASSOCIATED INSURANCE AGENCY, INC., FREDERICK. J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C., AND CHARLES SAPOCHETTI, | |
| Third-Party Defendants. | |

PLAINTIFFS' SAFECO INSURANCE COMPANY OF
AMERICA AND GENERAL INSURANCE COMPANY OF
AMERICA MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO FILE DISPOSITIVE MOTIONS

1.  In accordance with the provisions of D.Conn.Civ.L.R. 7(b) plaintiffs Safeco Insurance Company of America ("Safeco") and General Insurance Company of America ("General") (collectively the "Surety") by their attorneys, Torre, Lentz, Gamell, Gary & Rittmaster, LLP, respectfully moves for clarification and for enlargement of time within

which to file dispositive motions up to and including August 8, 2005, so that the Surety may serve one set of papers both (1) in opposition to the Defendant James Gardella's motion for summary judgment and (2) in support of the Surety's cross motion for summary judgment.

2.  By Order dated June 15, 2005, the Court issued a Fourth Amended Scheduling Order among other things setting July 29, 2005 as the deadline to file dispositive motions. The Order does not make any separate provision for cross motions for summary judgment.

3.  The Defendant James Gardella filed a Motion for Summary Judgment on July 18, 2005 by (the "Motion"). D.Conn.Civ.L.R. 7(a)1 specifies that unless otherwise ordered by the Court all memoranda in opposition to any motion shall be filed within twenty-one (21) days of the filing of the motion, which would give the Surety up to and including August 8, 2005 to file its opposition in this instance.

4.  In opposition to the Motion the Surety intends to file, amongst other things, a cross motion for summary judgment which directly responds to the issues raised in the Motion making the intended opposition papers and cross motion papers best suited to a single submission to the Court.

5.  In order to provide the Surety the full twenty-one days (21) within which to submit its opposition to the Motion, the Surety respectfully requests that the deadline for dispositive motions be extended up to and including the date specified for filing opposition to the Motion by D.Conn.Civ.L.R. 7(a)1 (August 8, 2005), allowing the Surety's opposition papers and cross motion papers to be filed as a single submission.

6.  In accordance with the provisions of D.Conn.Civ.L.R. 7(B)(3) counsel for Associated Insurance Agency, Inc., AFNY, Inc., Melwain Enterprises, Inc. have consented to and join in the Surety's request for an enlargement of time until August 8, 2005 within which to file dispositive motions.

7.  In accordance with the provisions of D.Conn.Civ.L.R. 7(b)(3), the Surety attempted to contact Duncan Hume, Esq., counsel for Defendants and Third-Party Plaintiffs Local Towing, Inc. and James Gardella, regarding consent to this request for an enlargement of time within which to file dispositive motions. On this occasion a detailed message was left and we have not yet received a response.

8.  In accordance with the provisions of D.Conn.Civ.L.R. 7(b)(3), the Surety attempted to contact James Farell, Esq., counsel for Defendant and Third-Party Plaintiff Local Towing, Inc., regarding consent to this request for an enlargement of time within which to file dispositive motions. On this occasion a detailed message was left and we have not yet received a response.

9.  The Surety has not previously requested relief regarding an enlargement of time in which to file dispositive motions.

Dated:   Jericho, New York
         July 26, 2005

                                        TORRE LENTZ GAMELL GARY
                                        & RITTMASTER, LLP

                                        By: _____
                                            Benjamin D. Lentz (BL 4860)

                                        A Member of the Firm

Counsel for Plaintiffs
Safeco Insurance Company of America
General Insurance Company of America
100 Jericho Quadrangle, Suite 309
Jericho, New York 11753-2702
(516) 240-8900