UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA, | : |
| Plaintiffs, | : |
| v. | : |
| LOCAL TOWING INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA and JAMES GARDELLA, | : |
| Defendants/Third-Party Plaintiffs | : July 26, 2005 |
| v. | : |
| ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC.; CHARLES ASSOCIATES, P.C., AND CHARLES SAPOCHETTI, | : |
| Third-Party Defendants. | : |

DOCKET NO.
3:02 CV 1966 (AVC)

**PLAINTIFFS' SAFECO INSURANCE COMPANY OF AMERICA AND GENERAL INSURANCE COMPANY OF AMERICA MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO FILE DISPOSITIVE MOTIONS**

1. In accordance with the provisions of D.Conn.Civ.L.R. 7(b) plaintiffs Safeco Insurance Company of America ("Safeco") and General Insurance Company of America ("General") (collectively the "Surety") by their attorneys, Torre, Lentz, Gamell, Gary & Rittmaster, LLP, respectfully moves for clarification and for enlargement of time within

---

*Margin annotation (left side, rotated):* 3:02CV1966 (AVC) July 27, 2005. The plaintiffs', Safeco Insurance Company of America ("Safeco") and General Insurance Company of America ("General"), motion for an enlargement of time (document no.130) is GRANTED. Safeco and General shall have to and including August 8, 2005 to file dispositive motions. SO ORDERED.

Alfred V. Covello, U.S.D.J.