UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA, | : : : : | DOCKET NO. 3:02 CV 1966 (AVC) |
| Plaintiffs, | : : | |
| V. | : : | |
| LOCAL TOWING INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA and JAMES GARDELLA, | : : : : | |
| Defendants/Third-Party Plaintiffs | : : | AUGUST 5, 2004 |
| V. | : : | |
| ASSOCIATED INSURANCE AGENCY, INC., FREDERICK. J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C., AND CHARLES SAPOCHETTI, | : : : : : : : | |
| Third-Party Defendants. | : : | |

### NOTICE OF CROSS-MOTION

PLEASE TAKE NOTICE, that upon the annexed affidavit of Sean P. Kelley, Esq., sworn to August 5, 2005, and the exhibits thereto, the annexed affidavit of Scott Brackenbury, sworn to August 3, 2005, the summons and complaint, the accompanying memorandum of law, plaintiffs Local Rule 56(a)1 and 56(a)2 statement of undisputed

97492 v1

material facts, and all prior proceedings had herein, plaintiffs Safeco Insurance Company of America and General Insurance Company of America will cross-move this Court, before the Hon. Alfred V. Covello, at the U.S. Courthouse, 450 Main Street, Hartford, Connecticut, on the _____ day of _____, 2005, at 9:30 A.M., for an order pursuant to Fed.R.Civ.P. 56 granting summary judgment to plaintiffs against defendant James Gardella ("Gardella") pursuant to his indemnity agreement obligations (i) for $599,979.75, representing the undisputed, un-reimbursed payments made by plaintiffs to subcontractors and suppliers under the surety bonds at issue furnished by plaintiffs on behalf of defendant Local Towing Inc. ("Local Towing"), and (ii) finding liability for the attorneys' fees and expenses incurred by plaintiffs as a result of issuing those bonds, with the amount to be determined on inquest.

Dated:   Jericho, New York
         August 5, 2005

                                        TORRE, LENTZ, GAMELL GARY &
                                        RITTMASTER, LLP

                                        By: _____
                                            Benjamin D. Lentz   (BL 4860)

                                        Attorneys for Plaintiffs
                                        Safeco Insurance Company of America
                                        General Insurance Company of America
                                        100 Jericho Quadrangle, Suite 309
                                        Jericho, NY 11753-2702
                                        (516) 240-8900

97492 v1