**EXHIBIT C**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA, | DOCKET NO. CV 3:02 CV 1966 (AVC) |
| Plaintiffs, | |
| v. | |
| LOCAL TOWING INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA and JAMES GARDELLA, | |
| Defendants/Third-Party Plaintiffs | JULY 19, 2004 |
| v. | |
| ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C., AND CHARLES SAPOCHETTI, | |
| Third-Party Defendants. | |

## REQUEST FOR ADMISSIONS TO JAMES GARDELLA

S I R S:

  Pursuant to Fed. R. Civ. P. Rule 36, and within 30 days after service of this notice, Plaintiffs Safeco Insurance Company of America ("Safeco") and General Insurance Company of America ("General") (collectively the "Surety") hereby requests that Defendant James Gardella ("Gardella") admit, for purposes of this action only and subject to all pertinent objections to admissibility which may be interposed at trial, the following:

89198v1

1. That on or about October 6, 1999, Gardella executed and delivered to the Surety the General Agreement of Indemnity ("GAI"), a copy of which is annexed hereto as Exhibit 1.

2. That on or about February 15, 2002 Gardella executed a letter agreement, a copy of which is annexed hereto as Exhibit 2.

3. That the Surety has suffered a loss of $599,979.75, representing undisputed, un-reimbursed payments made by the Surety to subcontractors and suppliers of Local Towing Inc. on two contracts, (1) the Stalley Bay Ocean Outfall Installation Project in St. Thomas, U.S.V.I. ("St. Thomas Project") and (2) the Aguadilla Harbor Revetment Project in Puerto, Rico ("Aguadilla Project").

4. That Gardella never terminated his obligations under the GAI in writing in accordance with the Termination provisions of the GAI.

Dated: Jericho, New York
       July 19, 2004

                                Yours, etc.,

                                TORRE, LENTZ, GAMELL, GARY &
                                RITTMASTER, LLP

                                By: _____
                                    Benjamin D. Lentz   (BL 4860)

                                A Member of the Firm
                                Counsel for Plaintiffs
                                Safeco Insurance Company of America
                                General Insurance Company of America
                                100 Jericho Quadrangle, Suite 309
                                Jericho, New York 11753
                                (516) 240-8900

89198 v1

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was sent via regular mail on this date to the following:

Duncan B. Hume, Esq.
Attorneys for Defendants and Third-Party Plaintiffs
Hume & Associates
One Landmark Square
Stamford, CT 06901

James L. Brawley, Esq.
Tracey M. Lane Russo, Esq.
Attorneys for Associated Insurance Agency, Inc.
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06106

James J. Farell, Esq.
Attorneys for the Defendants and Third-Party Plaintiffs
8 Elm Street
Norwalk, CT 06850

Dianna D. McCarthy, Esq.
Attorneys for Third-Party Defendant Melwain Enterprises, Inc.
Winget Spadofora & Schwartzberg, LLP
183 N. Broad Street
Milford, CT 06460

Luigi Spadofora, Esq.
Winget Spadofora & Schwartzberg
45 Broadway, 19th Floor
New York, NY 10006


Dated: Jericho, New York
       July 20, 2004

_____
Benjamin D. Lentz

89198 v1