**EXHIBIT D**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA, | : | DOCKET NO. CV 3:02 CV 1966 (AVC) |
| Plaintiffs, | : | |
| V. | : | |
| LOCAL TOWING INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA and JAMES GARDELLA, | : | |
| Defendants/Third-Party Plaintiffs, | : | NOVEMBER 23, 2004 |
| V. | : | |
| ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C., AND CHARLES SAPOCHETTI, | : | |
| Third-Party Defendants. | : | |

## SECOND REQUEST FOR ADMISSIONS TO JAMES GARDELLA

Pursuant to Fed. R. Civ. P. Rule 36, and within 30 days after service of this notice, Plaintiffs Safeco Insurance Company of America ("Safeco") and General Insurance Company of America ("General") (collectively the "Surety") hereby requests that Defendant James Gardella ("Gardella") admit, for purposes of this action only and subject to all pertinent objections to admissibility which may be interposed at trial, the following:

1.      That Frederick J. Smith ("Smith") was the only individual with whom Gardella dealt with respect to terminating his obligations under the General Agreement of

92280 v1

Indemnity referenced in the Complaint in this matter (the "GAI").

      2.    That Smith represented himself to Gardella as an agent of Associated Insurance Agency, Inc. ("Associated").

      3.    That Smith never represented to Gardella that he was an agent of the Surety.

      4.    That Gardella never confirmed with the Surety that Smith had any authority to act as agent on behalf of the Surety.

      5.    That Associated never represented to Gardella that it was an agent of the Surety.

      6.    That Gardella never confirmed with the Surety that Associated had any authority to act as agent on behalf of the Surety.

      7.    That Gardella had no contact (verbal, written or otherwise) with any employee or agent of the Surety with respect to the GAI.

Dated: Jericho, New York
       November 23, 2004

                Yours, etc.,

                TORRE, LENTZ, GAMELL, GARY &
                RITTMASTER, LLP

                By: _____

                Benjamin D. Lentz   (BL 4860)

92280 v.1

A Member of the Firm
Counsel for Plaintiffs
Safeco Insurance Company of America
General Insurance Company of America
100 Jericho Quadrangle, Suite 309
Jericho, New York 11753
(516) 240-8900

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NASSAU           )

       KATHLEEN E. HANRAHAN, being duly sworn, says: (1) I am not a party to this action, am over 18 years of age, and reside at Islip, New York; and (2) on November 23, 2004, I served the within SECOND REQUEST FOR ADMISSIONS TO JAMES GARDELLA on each of the following attorneys (or parties) at the address set forth after said attorney's (or party's) name, that being the address designated by said attorney (or party) for that purpose, by depositing a true copy of same enclosed in postage-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York at 100 Jericho Quadrangle, Jericho, New York:

Duncan B. Hume, Esq.
Attorneys for Defendants
and Third-Party Plaintiffs
Hume & Associates
One Landmark Square
Stamford, CT 06901

James L. Brawley, Esq.
Tracey M. Lane Russo, Esq.
Anita C. Di Gioia, Esq.
Attorneys for Associated
Insurance Agency, Inc.
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06106

James J. Farell, Esq.
Attorneys for the Defendants
and Third-Party Plaintiffs
8 Elm Street
Norwalk, CT 06850

Dianna D. McCarthy, Esq.
Attorneys for Third-Party Defendant
Melwain Enterprises, Inc.
Winget Spadofora & Schwartzberg, LLP
183 N. Broad Street
Milford, CT 06460

Luigi Spadofora, Esq.
Winget Spadofora & Schwartzberg
45 Broadway, 19th Floor
New York, NY 10006

                                            _KATHLEEN E. HANRAHAN_

Sworn to before me
November 23, 2004

_____
Notary Public

**SEAN P. KELLEY**
Notary Public, State of New York
No. 02KE5062804
Qualified in Suffolk County
Commiss... Expires July 8 2...