**EXHIBIT F**

```
00026
 1  on Exhibit 2, correct?
 2    A   Yes.
 3    Q   You're also in agreement that you didn't
 4  terminate your obligations as an indemnitor in any form
 5  of a writing as required by the termination section of
 6  that agreement, correct?
 7    A   I did it verbally with Mr. Smith.
 8    Q   You did it verbally. Why would you do it
 9  verbally and not follow the written contract?
10    A   I didn't think I had to.
11    Q   Why?
12    A   Because I had a verbal relationship with Fred
13  Smith who was the bonding company, and my --
14    Q   Why did you -- what did you -- tell me about
15  your oral conversation with Fred Smith about your
16  indemnity obligation.
17    A   Well, when I finished the Washington job,
18  they loaded all the equipment on the barge to leave the
19  country. I went like this, "Fred, I don't want to be
20  involved out of the country anymore on any of the jobs
21  down there. It's too far away."
22        And he even had a response. He said, "That's
23  fine. They don't need you anyway."
24    Q   Well, was the St. Thomas and the Puerto Rico
25  job the first jobs that Local Towing had done outside
```