**EXHIBIT G**



**SAFECO SURETY**

Northern Region
2800 W Higgins Road, Ste. 1100
Hoffman Estates, IL 60195-5205

Phone:  (847) 490-2322
Fax:    (847) 490-2231

February 20, 2002                          Certified Mail # 7099 3400 0000 3264 0182

Mr. James Gardella
Local Towing Inc.
2 Beach Road
East Norwalk, CT 06855

   Re: Principal: Local Towing Inc.
     Indemnitors: Local Towing Inc., George Gardella, Jessica
     Helquist-Gardella, James Gardella,
     Matter: Request for Financial Assistance from Surety
     TLGGR File No.: 2087.032

Dear Mr. Gardella:

  Reference is made to the Tuesday, February 11, 2002 meeting with you attended by representatives of Safeco Insurance Company of America ("Safeco"), Scott Brakenbury, Blake Wilcox and myself.

  Reference is also made to the Thursday, February 14, 2002 telephone conference calls with Safeco's outside counsel, Benjamin D. Lentz, of Torre, Lentz, Gamell, Gary & Rittmaster, LLP, and myself.

  This letter will confirm Safeco's understanding of the request for financial assistance or lending that is being made by Safeco's principal, Local Towing Inc. ("Local"), and the individual indemnitors, George Gardella, Jessica Helquist-Gardella, and James Gardella.

  Local has advised that it has encountered financial difficulty with respect to the Mangrove Lagoon project located in the United States Virgin Islands. Local advised that it has unpaid accounts payable of approximately $900,000 to $1 million in respect of this Virgin Islands project, and it is currently financially unable to pay these obligations. Local is requesting that Safeco, its surety, make payment of these Local obligations.

  Local understands that its failure to pay these obligations constitutes a "Default" under the General Agreement of Indemnity for Contractors executed on October 6, 1999 by Local, and by three individual indemnitors, James Gardella, George Gardella, and Jessica Helquist-Gardella.

  Local has advised that it has a pending requisition for approximately $200,000 on the Virgin island project and that these proceeds will be used to partially repay the indebtedness due Safeco. At Safeco's request, Local will issue an irrevocable letter of direction or other appropriate documentation to make certain that this payment is received directly by Safeco.

Page 2

In addition, Local has proposed to repay part of the indebtedness due Safeco from the final contract payment in respect of the Aguadilla Harbor project located in Puerto Rico. Local has advised that the requisition payment will be approximately $300,000, and that prior payments on this project have been made by wire transfer to Local's bank. Local has advised that it will be changing the wire transfer instructions so that this $300,000 payment will be made directly to counsel to be retained by Local, with Safeco's counsel to draft an appropriate escrow agreement. Under the escrow agreement, payments would be made from the escrow account to cover the accounts payable in respect of this Puerto Rico project, with the balance to be paid to Safeco to partially repay the indebtedness due Safeco. As discussed with Blake Wilcox in your telephone conversation of Friday, February 15, 2002, it is essential that Local promptly retain counsel and advise Safeco of the bank account and routing numbers to establish the escrow arrangement.

Assuming Safeco receives said payments, the outstanding indebtedness due Safeco is estimated to be in excess of $500,000.

As Safeco has discussed with you, Safeco is willing to refrain from commencing enforcement proceedings against Local and the individual indemnitors for a period not to exceed six months if Safeco, Local and the individual indemnitors can promptly agree upon a repayment plan. Local and the individual indemnitors are to furnish to Safeco a proposed repayment plan, which shall include collateral security, by no later than two weeks from the February 12 meeting, or by February 26, 2002. Safeco will promptly meet with you and the individual indemnitors to negotiate an acceptable plan. The plan should provide for monthly installment payments, with the payments first to be applied to accrued interest, then to principal. As set above, the principal indebtedness is to be secured.

Further, this will confirm that Safeco has advised you that Local and the indemnitors should retain counsel to represent them in connection with these matters.

Please read this letter and arrange for Local and the individual indemnitors to each sign this letter in the appropriate spaces designated below. If you have any questions regarding this letter or if you disagree with any of the statements, please do not hesitate to contact us.

Very truly yours,

William Hattings

cc: Blake Wilcox
Benjamin D. Lentz, Esq.

*This does not modify the General Agreement of Indemnity for Contractors dated September 16, 1999 and executed by the undersigned.*

Local Towing, Inc.

By: _____          _____
George Gardella, President              George Gardella

_____          _____
Jessica Helquist-Gardella              James Gardella