UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA AND GENERAL INSURANCE COMPANY OF AMERICA,<br>　　　Plaintiffs | : | CIVIL ACTION NO. |
| VS. | : | 302CV1966 (AVC) |
| LOCAL TOWING, INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, AND JAMES GARDELLA<br>　　　Defendants/Third-Party Plaintiffs | : | |
| VS. | : | |
| ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C., AND CHARLES SAPOCHETTI<br>　　　Third-Party Defendants | : | AUGUST 8, 2005 |

## MOTION TO PRECLUDE EXPERT

Pursuant to Fed.R.Civ.P. 26(a)(2)(c) and Fed.R.Civ.P. 37(c)(1), the undersigned Third-Party Defendant Associated Insurance Agency, Inc. (hereinafter "Associated") respectfully moves this Court to preclude Third-Party Plaintiffs Local Towing, Inc., George Gardella, Jessica Helquist-Gardella, and James Gardella (hereinafter "Third-Party Plaintiffs") from disclosing an expert witness and/or introducing expert testimony in the above-captioned matter. This matter is scheduled for trial in the Fall of 2005, and any disclosure after this date would be in contravention of this Court's Scheduling Order and unduly prejudicial to Associated.

1

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

## I. RELEVANT PROCEDURAL HISTORY

On May 12, 2003, Third-Party Plaintiffs commenced a Third-Party Action against, *inter alia*, Associated. On July 28, 2003, Associated filed an answer to the Third-Party Complaint and thereafter, on November 3, 2003, this Court issued a scheduling order which set forth the following deadlines:

> the plaintiffs shall designate all trial experts and provide opposing counsel with reports from retained experts on or before November 24, 2003, and depositions of any such experts shall be completed by December 24, 2003; (4) the defendants shall designate all trial experts and provide opposing counsel with reports from retained experts on or before December 24, 2003, and depositions of any such experts shall be completed by February 1, 2003.

On December 23, 2003, Associated filed a Motion to Preclude Expert Testimony. This Court denied said Motion without prejudice to re-file at a later date. It is now more than twenty months after this Court's expert disclosure deadline and Third-Party Plaintiffs have failed to disclose any expert witnesses.

## II. ARGUMENT

The Federal Rules of Civil Procedure provide that the disclosure of expert witnesses "shall be made at the times and in the sequence directed by the court." Fed. R. Civ. P. 26(a)(2)(c). As noted by Magistrate Margolis, "[t]he purpose of Rule 26(a) is to prevent an ambush, resulting in surprise or prejudice, of undisclosed or late disclosed evidence." Equant Integrations Services, Inc. v. United Rentals (North America), Inc., et al., 2003 U.S. Dist. LEXIS 18409, *12-13 (Margolis, J.) (Dist. Ct. Jan. 9, 2003) (*relying on* Thibeault v. Square D. Co., 960 F.2d 239, 246 (1st Cir. 1992); Virgin Enter. Ltd. v. American Longevity, 2001 U.S. Dist. LEXIS 2048, at *6 (S.D.N.Y. Mar. 1,

2

2001). Failure to comply with Rule 26(a), "without substantial justification," renders any late-disclosed evidence inadmissible. See Fed. R. Civ. P. 37(c)(1).

In this instance, this Court ordered that Plaintiffs disclose all experts on or before November 24, 2003. It is now nearly twenty months past that deadline and Third-Party Plaintiffs have not produced any experts nor have they requested an extension of time within which to do so. Given the October 6, 2005 trial date, any disclosure at this late date is without substantial justification and would unduly prejudice Associated.

## III. CONCLUSION

In conclusion, the undersigned respectfully requests that this Court preclude Third-Party Plaintiffs from disclosing an expert beyond the November 24, 2003 deadline imposed by this Court.

> THIRD-PARTY DEFENDANT,
> ASSOCIATED INSURANCE AGENCY, INC.
>
> _____
> James L. Brawley, Esq. – CT17321
> Tracey M. Lane, Esq. – CT19865
> MORRISON MAHONEY LLP
> One Constitution Plaza, 10th Floor
> Hartford, CT 06106
> Phone: (860) 616-4441

3

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, via U.S. mail, to the following parties of record, postage prepaid this same date as follows:

Benjamin D. Lentz, Esq.
Sean Kelly, Esq.
Torre, Lentz, Gamell, Gary & Rittmaster
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753-2702

Constantine G. Antipas, Esq.
The Antipas Law Firm
One Fort Hill Road
Groton, CT 06340

Duncan B. Hume, Esq.
Hume & Associates
8 Elm Street
Norwalk, CT 06850

James J. Farrell, Esq.
8 Elm Street
Norwalk, CT 06850

Luigi Spadafora, Esq.
Richard N. Freeth, Esq.
Winget Spadafora & Schwartzberg
177 Broad Street
Stamford, CT 06901

_____
Tracey Lane Russo– CT 19865

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459