UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA AND GENERAL INSURANCE COMPANY OF AMERICA,<br>    Plaintiffs | : : : : : | CIVIL ACTION NO. |
| VS. | : | 302CV1966 (AVC) |
| LOCAL TOWING, INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, AND JAMES GARDELLA<br>    Defendants/Third-Party Plaintiffs | : : : : | |
| VS. | : | |
| ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C., AND CHARLES SAPOCHETTI<br>    Third-Party Defendants | : : : : : : : : : | AUGUST 8, 2005 |

## MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56(b)

Third-Party Defendant Associated Insurance Agency, Inc. ("AIA") hereby moves for summary judgment pursuant to Fed. R. Civ. Pro. 56(b) with respect to the claims made against it by Third-Party Plaintiffs George Gardella, Local Towing, Inc., Jessica Gardella, and James Gardella on the grounds that there is no issue of fact that needs to decided because, as a matter of law, Third-Party Plaintiffs are unable to prove their case. A Memorandum of Law is filed on this same date in support.

THIRD-PARTY DEFENDANT,
ASSOCIATED INSURANCE AGENCY, INC.

_____
James L. Brawley– CT 17321
Tracey Lane Russo– CT 19865
MORRISON MAHONEY LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06106
Phone: (860) 616-4441

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, via U.S. mail, to the following parties of record, postage prepaid this same date as follows:

Benjamin D. Lentz, Esq.
Sean Kelly, Esq.
Torre, Lentz, Gamell, Gary & Rittmaster
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753-2702

Constantine G. Antipas, Esq.
The Antipas Law Firm
One Fort Hill Road
Groton, CT 06340

Duncan B. Hume, Esq.
Hume & Associates
8 Elm Street
Norwalk, CT 06850

James J. Farrell, Esq.
8 Elm Street
Norwalk, CT 06850

Luigi Spadafora, Esq.
Richard N. Freeth, Esq.
Winget Spadafora & Schwartzberg
177 Broad Street
Stamford, CT 06901

_____
Tracey Lane Russo– CT 19865