# United States Bankruptcy Court
### District of Connecticut

In re    **George Christopher Gardella,**
       **Jessica Elisabeth Hellqvist-Gardella**

Debtors

Case No. _____

Chapter _____7_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 400,000.00 | | |
| B - Personal Property | Yes | 4 | 3,602,025.00 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,186,026.58 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 13,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 1,712,901.04 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,708.33 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,674.00 |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| | | Total Assets | 4,002,025.00 | | |
| | | | Total Liabilities | 2,911,927.62 | |

In re     **George Christopher Gardella,**                                          Case No. _____
           **Jessica Elisabeth Hellqvist-Gardella**

Debtors

# SCHEDULE A. REAL PROPERTY

     Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

     Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

     If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

     If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single-family residence at 41 Turkey Plain Rd., Bethel, CT, debtors and family's principal residence** | Fee simple | H | 400,000.00 | 1,183,710.58 |

                                         Sub-Total >     **400,000.00**     (Total of this page)

                                                 Total >        **400,000.00**

**0** continuation sheets attached to the Schedule of Real Property              (Report also on Summary of Schedules)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re  George Christopher Gardella,  
Jessica Elisabeth Hellqvist-Gardella  

Case No. _____

Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Cash in wallet | H | 75.00 |
| | | Money in purse | W | 75.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Joint checkin account | J | 45.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Five rooms usual household furnishings | J | 2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books and decorative art items in home | J | 500.00 |
| 6. Wearing apparel. | | Debtor's and dependents' work and casual clothings and shoes | J | 500.00 |
| 7. Furs and jewelry. | | Wife's 1 ct diamond engagement ring, wedding band, earrings, bracelets, necklaces and misc. jewelry | W | 1,250.00 |
| | | Husband's wedding band, wrist watch, & misc. jewelry | J | 750.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >         5,695.00  
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re  **George Christopher Gardella,**  Case No. _____
**Jessica Elisabeth Hellqvist-Gardella**

Debtors

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Stock interest in Local Towing, Inc., (90%) business defunct and insolvent, deemed valueless** | H | 100.00 |
| | | **Sheffield Marine & Equipment, Inc. stock interest 100%, company not operating, deemed worthless** | H | 100.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |

Sub-Total >  **200.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re   George Christopher Gardella,                                              Case No. _____
        Jessica Elisabeth Hellqvist-Gardella
        _____,
                          Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Counterclaims vs. Safeco Insurance Companies, General Insurance Co. of America and Third Party Claims vs. Associates Insurance Agencies, AFNY/Melwayne Enterprises, Inc., Charles Associates, et al, in lawsuit of Safeco Insurance Cos. et al vs. Local Towing, Inc., debtors, et al, U.S. District Court of Ct. Docket #302CV1966-AJC, amount as listed in pleadings, actual value undetermined | J | 3,000,000.00 |
| | | Disputed claim vs. U.S. Birgin Islands Dept. of Public Works, in lawsuit pending in U.S. Dist. Ct St. Croix, VI, value as listed in complaint, actual value unknown | J | 572,000.00 |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1997 Volkswagen Jetta, 105,000 miles in fair condition | H | 3,975.00 |
| | | 1998 Subaru Legacy w/ 44,000 miles | W | 7,155.00 |
| 24. Boats, motors, and accessories. | | 1935 trisailer ketch, in partly restored condition, estimated value | H | 10,000.00 |
| | | Sixteen foot KMV skiff, estimated value | H | 500.00 |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | Dell computer system | J | 500.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | Hand tools and power tools | H | 2,000.00 |
| 28. Inventory. | X | | | |

Sub-Total >   3,596,130.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re  **George Christopher Gardella,**
**Jessica Elisabeth Hellqvist-Gardella**

Case No. _____

Debtors

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Sub-Total >     0.00
(Total of this page)
Total >     **3,602,025.00**

(Report also on Summary of Schedules)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   George Christopher Gardella,                                    Case No. _____
        Jessica Elisabeth Hellqvist-Gardella
                                             ,
                                        Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
- ■ 11 U.S.C. §522(b)(1):  Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
- ☐ 11 U.S.C. §522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Husband's Exemptions** | | | |
| **Real Property** | | | |
| Single-family residence at 41 Turkey Plain Rd., Bethel, CT, debtors and family's principal residence | 11 U.S.C. § 522(d)(1) | 8,725.00 | 400,000.00 |
| **Cash on Hand** | | | |
| Cash in wallet | 11 U.S.C. § 522(d)(5) | 75.00 | 75.00 |
| **Household Goods and Furnishings** | | | |
| Five rooms usual household furnishings | 11 U.S.C. § 522(d)(3) | 1,250.00 | 2,500.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books and decorative art items in home | 11 U.S.C. § 522(d)(3) | 250.00 | 500.00 |
| **Wearing Apparel** | | | |
| Debtor's and dependents' work and casual clothings and shoes | 11 U.S.C. § 522(d)(3) | 250.00 | 500.00 |
| **Furs and Jewelry** | | | |
| Husband's wedding band, wrist watch, & misc. jewelry | 11 U.S.C. § 522(d)(4) | 750.00 | 750.00 |
| **Stock and Interests in Businesses** | | | |
| Stock interest in Local Towing, Inc., (90%) business defunct and insolvent, deemed valueless | 11 U.S.C. § 522(d)(5) | 100.00 | 100.00 |
| Sheffield Marine & Equipment, Inc. stock interest 100%, company not operating, deemed worthless | 11 U.S.C. § 522(d)(5) | 100.00 | 100.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Disputed claim vs. U.S. Birgin Islands Dept. of Public Works, in lawsuit pending in U.S. Dist. Ct St. Croix, VI, value as listed in complaint, actual value unknown | 11 U.S.C. § 522(d)(5) | 1,000.00 | 572,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1997 Volkswagen Jetta, 105,000 miles in fair condition | 11 U.S.C. § 522(d)(2)<br>11 U.S.C. § 522(d)(5) | 2,775.00<br>1,200.00 | 3,975.00 |
| **Boats, Motors and Accessories** | | | |
| 1935 trisaller ketch, in partly restored condition, estimated value | 11 U.S.C. § 522(d)(5) | 6,425.00 | 10,000.00 |
| Sixteen foot KMV skiff, estimated value | 11 U.S.C. § 522(d)(5) | 500.00 | 500.00 |

__2__ continuation sheets attached to Schedule of Property Claimed as Exempt

In re  George Christopher Gardella,                                    Case No. _____
       Jessica Elisabeth Hellqvist-Gardella
                                        Debtors

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| Hand tools and power tools | 11 U.S.C. § 522(d)(6) | 1,750.00 | 2,000.00 |
| | 11 U.S.C. § 522(d)(5) | 250.00 | |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Property Claimed as Exempt

In re George Christopher Gardella,  
Jessica Elisabeth Hellqvist-Gardella,  
Debtors

Case No. _____

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Wife's Exemptions** | | | |
| **Cash on Hand** | | | |
| Money in purse | 11 U.S.C. § 522(d)(5) | 75.00 | 75.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Joint checkin account | 11 U.S.C. § 522(d)(5) | 45.00 | 45.00 |
| **Household Goods and Furnishings** | | | |
| Five rooms usual household furnishings | 11 U.S.C. § 522(d)(3) | 1,250.00 | 2,500.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books and decorative art items in home | 11 U.S.C. § 522(d)(3) | 250.00 | 500.00 |
| **Wearing Apparel** | | | |
| Debtor's and dependents' work and casual clothings and shoes | 11 U.S.C. § 522(d)(3) | 250.00 | 500.00 |
| **Furs and Jewelry** | | | |
| Wife's 1 ct diamond engagement ring, wedding band, earrings, bracelets, necklaces and misc. jewelry | 11 U.S.C. § 522(d)(4)<br>11 U.S.C. § 522(d)(5) | 1,150.00<br>100.00 | 1,250.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Disputed claim vs. U.S. Birgin Islands Dept. of Public Works, in lawsuit pending in U.S. Dist. Ct St. Croix, VI, value as listed in complaint, actual value unknown | 11 U.S.C. § 522(d)(5) | 4,550.00 | 572,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1998 Subaru Legacy w/ 44,000 miles | 11 U.S.C. § 522(d)(2)<br>11 U.S.C. § 522(d)(5) | 2,775.00<br>4,380.00 | 7,155.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| Dell computer system | 11 U.S.C. § 522(d)(5) | 500.00 | 500.00 |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re George Christopher Gardella,
Jessica Elisabeth Hellqvist-Gardella

Case No. _____

Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>CIT Group/Consumer Finance<br>715 S. Metropolitan Ave.<br>PO Box 24330<br>Oklahoma City, OK 73124 | | H | 10/2/01<br>Second Mortgage<br>Single-family residence at 41 Turkey Plain Rd., Bethel, CT, debtors and family's principal residence<br>Value $ 400,000.00 | | | | 45,543.20 | 0.00 |
| Account No.<br>Dell Financial Services<br>3500A Wadley Placde<br>Austin, TX 78728-1244 | | J | Purchase money security interest<br>Dell computer system<br><br>Value $ 500.00 | | | | 2,316.00 | 1,816.00 |
| Account No.<br>First Source Bank<br>c/o Atty. Bromfield<br>Diserio Martin, O'Conner & Cas<br>1 Atlantic St.<br>Stamford, CT 06901 | | H | 7/2003<br>Judgment lien<br>Single-family residence at 41 Turkey Plain Rd., Bethel, CT, debtors and family's principal residence<br>Value $ 400,000.00 | | | X | 369,051.86 | 369,051.86 |
| Account No.<br>Lease Comm. Corp<br>% Bruce Sussman<br>2086 Stanley St., Ste. 206<br>PO Box 116<br>New Britain, CT 06050-0116 | | J | 6/30/03<br>Judgment Lien<br>Single-family residence at 41 Turkey Plain Rd., Bethel, CT, debtors and family's principal residence<br>Value $ 400,000.00 | | | | 8,053.12 | 8,053.12 |

__1__ continuation sheets attached

Subtotal (Total of this page)    424,964.18

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re George Christopher Gardella,
Jessica Elisabeth Hellqvist-Gardella,
                              Debtors

Case No. _____

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>M & T Mortgage Corp.<br>PO Box 1288<br>NY 14249-1288 | | H | 3/31/03<br><br>First Mortgage<br><br>Single-family residence at 41 Turkey Plain Rd., Bethel, CT, debtors and family's principal residence<br>Value $ 400,000.00 | | | | 290,712.40 | 0.00 |
| Account No.<br><br>Madison Funding Corp.<br>% Slavitt, Connery & Vardimas<br>618 West Ave.<br>Norwalk, CT 06850 | | H | 8/03<br><br>Judgment lien<br><br>Single-family residence at 41 Turkey Plain Rd., Bethel, CT, debtors and family's principal residence<br>Value $ 400,000.00 | | | | 40,000.00 | 40,000.00 |
| Account No.<br><br>Margaret Gardella<br>c/o Durkin & Polera<br>1111 Summer Ave.<br>Stamford, CT 06905 | | H | 1/3/2002<br><br>Third Mortgage<br><br>Single-family residence at 41 Turkey Plain Rd., Bethel, CT, debtors and family's principal residence<br>Value $ 400,000.00 | | | | 428,650.00 | 366,605.60 |
| Account No.<br><br>Tax Collector - Town of Bethel<br>Town Hall<br>1 School Street<br>Bethel, CT 06801 | | H | 101/2002<br><br>Statutory Lien: real estate taxes<br><br>Single-family residence at 41 Turkey Plain Rd., Bethel, CT, debtors and family's principal residence<br>Value $ 400,000.00 | | | | 1,700.00 | 0.00 |
| Account No.<br><br><br><br>Value $ | | | | | | | | |

Sheet 1 of 1 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)    761,062.40

Total (Report on Summary of Schedules)    1,186,026.58

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re    **George Christopher Gardella,**    Case No. _____
         **Jessica Elisabeth Hellqvist-Gardella**
                                                        Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___ continuation sheets attached

In re  George Christopher Gardella,
       Jessica Elisabeth Hellqvist-Gardella

Case No. _____

Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Taxes and Certain Other Debts Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>Conn.Dept. of Labor<br>Collections & Enforcement Div.<br>200 Folly Brook Blvd.<br>Wethersfield, CT 06109 | | H | 2003<br>Claim for unpaid unemployment taxes of Local Towing, Inc. vs. husband as "responsible party | | | X | 6,000.00 | 6,000.00 |
| Account No.<br>CT Dept. Revenue Services<br>C&E Division - Bankruptcy<br>25 Sigourney St.<br>Hartford, CT 06106-5032 | | H | 4/15/2003<br>Estimated unfiled Ct. income taxes for 2002 | | | | 1,000.00 | 1,000.00 |
| Account No.<br>IRS - Special Procedures<br>135 High St. - Stop 155<br>Hartford, CT 06103 | | H | 4/15/03<br>Estimated unfiled 2002 income taxes | | | | 6,000.00 | 6,000.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 13,000.00

Total (Report on Summary of Schedules) | 13,000.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re George Christopher Gardella,
Jessica Elisabeth Hellqvist-Gardella
                                                              Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 19816<br><br>Allergy & Asthma Assoc.<br>% Cornerstone Credit Corp<br>335 Meriden Rd.<br>Waterbury, CT 06705 | | J | Medical Services | | | | 360.00 |
| Account No. 3732 7101 9443 007<br><br>American Express<br>Attn: Customer Service<br>P.O. Box 297804<br>Ft. Lauderdale, FL 33329-7804 | | H | Credit card purchases | | | | 9,283.60 |
| Account No. 3730 7593 9371 002<br><br>American Express<br>Attn: Customer Service<br>P.O. Box 297804<br>Ft. Lauderdale, FL 33329-7804 | | W | Credit card purchases | | | | 937.11 |
| Account No. 3712 8152 15 51009<br><br>American Express<br>Attn: Customer Service<br>P.O. Box 297804<br>Ft. Lauderdale, FL 33329-7804 | | W | Credit card purchases | | | | 2,777.46 |

_5_ continuation sheets attached

Subtotal (Total of this page)    13,358.17

In re  George Christopher Gardella,  
      Jessica Elisabeth Hellqvist-Gardella

Case No. _____

Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Avis Rent-a-Car <br> Vehicle Damage Claims <br> P.O. Box 409 <br> Atlanta, GA 30301 | | J | Claim of damage to rented auto, (disputed as to personal liability, properly claim vs. Local Towing, Inc. only) | | | X | 5,065.95 |
| Account No. 047922974CT 00 <br> CALS/CSLF <br> PO Box 689 <br> Rocky Hill, CT 06067 | | W | Student Loan | | | | 5,870.05 |
| Account No. 4791 2415 7335 7238 <br> Capital One, F.S.B. <br> PO Box 85184 <br> Richmond, VA 23285-2184 | | J | 1999 <br> Credit Card Purchases | | | X | 805.94 |
| Account No. 5260-2100-0036-8133 <br> Chase Bank / Collection Dept. <br> P.O. Box 9074 <br> Hicksville, NY 11802-9074 | | H | Credit card purchases | | | | 781.42 |
| Account No. 5398 8200 4241 8988 <br> Citicorp Credit Services <br> Centralized Bankruptcy Dept. <br> P.O. Box 20507 <br> Kansas City, MO 64195-0507 | | W | Revolving <br> Merchandise purchased on credit | | | | 4,449.83 |

Sheet no. __1__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    16,973.19

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re  George Christopher Gardella,  
      Jessica Elisabeth Hellqvist-Gardella,    Case No. _____

Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5424-1805-4381-4658 <br> Citicorp Credit Services <br> Centralized Bankruptcy Dept. <br> P.O. Box 20507 <br> Kansas City, MO 64195-0507 | | H | Merchandise purchased on credit | | | | 3,656.45 |
| Account No. 5424-1801-6595-7595 <br> Citicorp Credit Services <br> Centralized Bankruptcy Dept. <br> P.O. Box 20507 <br> Kansas City, MO 64195-0507 | | H | Merchandise purchased on credit | | | | 4,275.29 |
| Account No. <br> CSN (Student Loan of Sweden) <br> Box 144 <br> 901 04 UMEA <br> SWEDEN | | W | Student loans in Sweden (350,000 skr) converted to U.S. dollars, approx. | | | | 35,000.00 |
| Account No. 6011-2987-4262-8401 <br> Discover Card-Greenwood Trust <br> P.O. Box 6011 <br> Dover, DE 19903 | | W | Credit card purchases | | | | 8,243.38 |
| Account No. 6011-3003-7015-4815 <br> Discover Financial Services <br> P.O. Box 15316 <br> Wilmington, DE 19850 | | W | Credit card purchases | | | | 7,677.55 |

Sheet no. __2__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    58,852.67

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re George Christopher Gardella,  
Jessica Elisabeth Hellqvist-Gardella  
Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. GARD522489 <br><br> Diversified Waste Disposal <br> 60 Newtown Rd., Ste. 62 <br> Danbury, CT 06810 | | J | Trash pick-up | | | | 121.00 |
| Account No. <br><br> Five Star Parking <br> Bldg. #14, East Wing <br> JFK International Airport <br> Jamaica, NY 11430 | | J | Parking fee | | | | 94.00 |
| Account No. 357431 <br><br> Gap <br> Client Services <br> 34151 Harry S. Truman Blvd. <br> Saint Charles, MO 63301 | | W | Merchandise purchased on credit | | | | 496.00 |
| Account No. <br><br> General Insurance Co. of Amer. <br> c/o Constantine G. Antipas <br> The Antipas Law Firm <br> One Fort Hill Rd. <br> Groton, CT 06340 | | J | Claim against guarantors on surety bond (identical claim to Safeco) Subject to setoff. | | | X | 666,000.00 |
| Account No. 3271 4400 56761 <br><br> Home Depot <br> P.O. Box 103072 <br> Roswell, GA 30076 | | H | Merchandise purchased on credit | | | | 496.06 |

Sheet no. __3__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 667,207.06

In re  George Christopher Gardella,
Jessica Elisabeth Hellqvist-Gardella

Case No. _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>James Gardella<br>19 Shore Haven Rd.<br>Norwalk, CT 06855 | | H | Personal loans | | | | 120,000.00 |
| Account No.<br><br>Jorge Unanue<br>Street Address Unknown<br>San Juan, PR | | H | Personal loan | | | | 100,000.00 |
| Account No.<br><br>Mamaroneck Beach Cabana Club<br>South Barry Ave.<br>Mamaroneck, NY 10543 | | H | Claim of overpayment | | | X | 12,000.00 |
| Account No. 110344<br><br>Norbert Mitchell Co.<br>7 Federal Rd.<br>PO Box 186<br>Danbury, CT 06813-0186 | | J | Fuel Oil | | | | 634.05 |
| Account No.<br><br>Norwalk Cove Marina<br>48 Beach Rd.<br>Norwalk, CT 06855 | | H | various<br>dockage and misc. fees, approx. claim | | | | 5,000.00 |

Sheet no. __4__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  237,634.05

In re  George Christopher Gardella,　　　　　　　　　　　　　　　　Case No. _____
　　　　Jessica Elisabeth Hellqvist-Gardella
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 199948381 <br><br> Norwalk Hospital <br> c/o Ansonia Credit Bureau <br> P.O. Box 520 <br> Ansonia, CT 06401 | | J | Medical services | | | | 500.00 |
| Account No. <br><br> Rasmussen Equipment Co. <br> % Stuart Allen & Assoc. <br> 5447 E. 5th St., Suite 110 <br> Tucson, AZ 85711-2345 | | H | Rental/lease of equipment | | X | | 52,263.90 |
| Account No. <br><br> Safeco Insurance <br> % Constantine G. Antipas <br> The Antipas Law Firm <br> One Fort Hill Rd. <br> Groton, CT 06340-4799 | X | J | Guarantor claims by issuer of surety bond | | X | | 666,000.00 |
| Account No. 030729-00 <br><br> St. Thomas Radiology <br> P.O. Box 8888 <br> St Thomas, VI 00801 | | J | X-ray svcs | | | | 112.00 |
| Account No. | | | | | | | |

Sheet no. __5__ of __5__ sheets attached to Schedule of　　　　　　　Subtotal　　　　　　718,875.90
Creditors Holding Unsecured Nonpriority Claims　　　　　　　　(Total of this page)

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total　　　　　　　1,712,901.04
　　　　　　　　　　　　　　　　　　　　　　　　　　(Report on Summary of Schedules)

In re   George Christopher Gardella,                                    Case No. _____
        Jessica Elisabeth Hellqvist-Gardella
                                                        ,
                                          Debtors

## SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

__0__ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases