UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA AND GENERAL INSURANCE COMPANY OF AMERICA,<br>    Plaintiffs<br><br>VS.<br><br>LOCAL TOWING, INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, AND JAMES GARDELLA<br>    Defendants/Third-Party Plaintiffs<br><br>VS.<br><br>ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C., AND CHARLES SAPOCHETTI<br>    Third-Party Defendants | CIVIL ACTION NO.<br><br>302CV1966 (AVC)<br><br><br><br><br><br><br><br>AUGUST 8, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that the third-party defendant, Associated Insurance Agency, Inc., has manually filed Exhibits 1 and 2 of the third-party defendant's Memorandum of Law in Support of its Motion for Summary Judgment. The third-party defendant has also manually filed Exhibits A through F of its Local Rule 56(a)1 Statement. A copy of said exhibits are attached to the Local Rule 56(a)1 Statement and Motion for Summary Judgment respectively.

1

These documents have not been filed electronically because either these documents cannot be converted to an electronic format and/or for the documents that can be converted, the electronic file size of the documents exceed 1.5 megabytes.

THIRD-PARTY DEFENDANT,
ASSOCIATED INSURANCE AGENCY, INC.

_____
James L. Brawley– CT 17321
Tracey Lane Russo– CT 19865
MORRISON MAHONEY LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06106
Phone: (860) 616-4441

2

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, via U.S. mail, to the following parties of record, postage prepaid this same date as follows:

Benjamin D. Lentz, Esq.
Sean Kelly, Esq.
Torre, Lentz, Gamell, Gary & Rittmaster
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753-2702

Constantine G. Antipas, Esq.
The Antipas Law Firm
One Fort Hill Road
Groton, CT 06340

Duncan B. Hume, Esq.
Hume & Associates
One Landmark Square, Suite 525
Stamford, CT 06901

James J. Farrell, Esq.
8 Elm Street
Norwalk, CT 06850

Luigi Spadafora, Esq.
Winget Spadafora & Schwartzberg
45 Broadway, 19th Floor
New York, NY 100006

Dianna D. McCarthy, Esq.
Winget Spadafora & Schwartzberg
45 Broadway, 19th Floor
New York, NY 100006

_____
Tracey Lane Russo– CT 19865

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459