UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------------- x

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA,<br><br>                            Plaintiffs, | DOCKET NO:<br><br>3:02-CV-1966 (AVC) |
| -against- | |
| LOCAL TOWING INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, and JAMES GARDELLA, | August 8, 2005 |
| Defendants/Third-Party Plaintiffs. | |
| -against- | |
| ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C, and CHARLES SAPOCHETTI, | |
| Third-Party Defendants. | |

------------------------------------------------------------------- x

STATEMENT OF UNCONTESTED FACTS IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT BY THIRD PARTY DEFENDANT MELWAIN
ENTERPRISES, INC.

Pursuant to L. Civ R. 56(a)1, the Third Party Defendant Melwain presents the following as facts which are uncontested.

    1.    Melwain Enterprises, Inc. ("Melwain") was formed as a New York Domestic Business Corporation in 2000.

    2.    Melwain is a professional insurance and bonding company, and is, among other things, in the business of procuring and/or releasing surety bonds.

3. Defendants/Third Party Plaintiffs Local Towing and the Gardellas were the clients of Associated Insurance Agency and Fred Smith.

4. Smith approached Melwain in early 2000 to request Melwain's services for the benefit of his client, Local Towing, as they were required to secure bonding for two projects which Local Towing intended to bid upon. One project was in Aguadilla, Puerto Rico, the other in St. Thomas, Virgin Islands.

5. Local Towing bid on the project in Aguadilla, Puerto Rico in 2000. They submitted their bid, with a bid bond, on May 25, 2000, assuring that in the event that they were the low bidder, a performance bond will be issued. They were the successful bidder, and therefore the performance bond was issued in August 2000.

6. Local Towing bid on the project in St. Thomas in 2000. They submitted their bid, with a bid bond, on April 21, 2000, assuring that in the event that they were the low bidder, a performance bond will be issued. They were the successful bidder, and therefore the bond was issued on July 26, 2000.

7. Melwain was an agent for Safeco, and it collected documents from Mr. Smith and Associated which were necessary to obtain the surety bonds issued by Safeco

8. Safeco agreed to provide bonding for the two projects.

9. Mr. Francis Empey had his first medical examination in connection with securing keyman life insurance on or about September 11, 2000.

10. The examination on September 11, 2000 was conducted at the office of Mr. Anthony Mascia.

11. Dr. Mascia was Fran Empey's personal physician, and had been seeing Mr. Empey since 1994.

12. Mr. Empey presented with liver disease on his first visit with Dr. Mascia.

13. Dr. Mascia's opinion was that upon Mr. Empey's first visit it was clear that Mr. Empey had "end stage liver disease."

14. Dr. Mascia, an experienced physician who had experience in the efforts of individuals in securing life insurance, opined that Mr. Empey's severe health problems would have prevented him from getting life insurance.

15. Thus, Mr. Empey could not have gotten keyman life insurance, in consideration of his severely poor health, even if he had taken the necessary steps before his death.

        WINGET, SPADAFORA
        & SCHWARTZBERG, LLP
        Attorneys for Third Party Defendant
        Melwain Enterprise, Inc.

        By: _____
        Richard N. Freeth (ct26253)
        177 Broad Street, Suite 501
        Stamford, CT 06901
        Phone: (203) 328-1200
        Fax:   (203) 328-1212