UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------- x

SAFECO INSURANCE COMPANY OF AMERICA
and GENERAL INSURANCE COMPANY OF
AMERICA,

                                 Plaintiffs,

-against-

LOCAL TOWING INC., GEORGE GARDELLA,
JESSICA HELQUIST-GARDELLA, and JAMES
GARDELLA,

                                 Defendants.

DOCKET NO:

302CV1966 AVC

September 29, 2003

-------------------------------------------------------------- x

LOCAL TOWING INC., GEORGE GARDELLA,
JESSICA HELQUIST-GARDELLA, and JAMES
GARDELLA,

                        Third-Party Plaintiffs,

-against-

ASSOCIATED INSURANCE AGENCY, INC.,
FREDERICK J. SMITH, AFNY, INC., ASSOCIATED
FACILITIES OF AMERICA LTD., MELWAIN
ENTERPRISES, INC., CHARLES ASSOICATES,
P.C, and CHARLES SAPOCHETTI,

                        Third-Party Defendants.

-------------------------------------------------------------- x

## ANSWER OF THIRD-PARTY DEFENDANT MELWAIN ENTERPRISES, INC.
## TO THE THIRD-PARTY COMPLAINT WITH AFFIRMATIVE DEFENSES

Third-Party Defendant, Melwain Enterprises, Inc. ("Melwain") by its attorneys, Winget

Spadafora & Schwartzberg, LLP, as and for its Answer to the Third-Party Plaintiffs' Complaint,

alleges as follows:

## AS AND FOR AN ANSWER TO "JURISDICTIONAL ALLEGATIONS"

1.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "1" of the Third-Party Complaint and on that basis denies the same.

2.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "2" of the Third-Party Complaint and on that basis denies the same.

3.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "3" of the Third-Party Complaint and on that basis denies the same.

4.    Melwain admits that Melwain Enterprises, Inc. is a citizen of New York and denies knowledge or information to form a belief as to the truth or falsity of all other allegations contained in Paragraph "4" of the Third-Party Complaint and on that basis denies the same.

5.    Melwain denies the allegations contained in Paragraph "5" of the Third-Party Complaint and refers all questions of law to the Court.

6.    Melwain denies the allegations contained in Paragraph "6" of the Third-Party Complaint and refers all questions of law to the Court.

## AS AND FOR AN ANSWER TO THE "FIRST COUNT"

1.    Melwain repeats and realleges its responses to Paragraphs "1" through "6" of the "Jurisdictional Allegations" in the Third-Party Complaint as if fully set forth herein.

2.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "2" of the "First Count" of the Third-Party Complaint and on that basis denies the same.

3.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "3" of the "First Count" of the Third-Party Complaint and on that basis denies the same.

4.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "4" of the "First Count" of the Third-Party Complaint and on that basis denies the same.

5.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity  of the allegations contained in Paragraph "5" of the "First Count" of the Third-Party Complaint.

6.    Melwain denies the allegations contained in Paragraph "6" of the "First Count" of the Third-Party Complaint.

7.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "7" of the "First Count" of the Third-Party Complaint and on that basis denies the same.

8.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "8" of the "First Count" of the Third-Party Complaint and on that basis denies the same.

9.    Melwain denies the allegations contained in Paragraph "9" of the "First Count" of the Third-Party Complaint.

10.    Melwain denies the allegations contained in Paragraph "10" of the "First Count" of the Third-Party Complaint.

11.    Melwain denies the allegations contained in Paragraph "11" of the "First Count" of the Third-Party Complaint.

3

12.    Melwain denies the allegations contained in Paragraph "12" of the "First Count" of the Third-Party Complaint.

13.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "13" of the "First Count" of the Third-Party Complaint and on that basis denies the same.

14.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "14" of the "First Count" of the Third-Party Complaint and on that basis denies the same.

15.    Melwain denies the allegations contained in Paragraph "15" of the "First Count" of the Third-Party Complaint.

16.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "16" of the "First Count" of the Third-Party Complaint and on that basis denies the same.

17.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "17" of the "First Count" of the Third-Party Complaint and on that basis denies the same.

18.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "18" of the "First Count" of the Third-Party Complaint and on that basis denies the same.

19.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "19" of the "First Count" of the Third-Party Complaint and on that basis denies the same.

}                                    }

20.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "20" of the "First Count" of the Third-Party Complaint and on that basis denies the same.

21.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "21" of the "First Count" of the Third-Party Complaint and on that basis denies the same.

22.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "22" of the "First Count" of the Third-Party Complaint and on that basis denies the same.

23.    Melwain denies the allegations contained in Paragraph "23" of the "First Count" of the Third-Party Complaint.

24.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "24" of the "First Count" of the Third-Party Complaint and on that basis denies the same.

25.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "25" of the "First Count" of the Third-Party Complaint and on that basis denies the same.


## AS AND FOR AN ANSWER TO THE "SECOND COUNT"

1.    through 22.  Melwain repeats and realleges its responses to Paragraphs "1" through "22" of the "First Count" of the Third-Party Complaint as if fully set forth herein.

23.     Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "23" of the "Second Count" of the Third-Party Complaint and on that basis denies the same.

24.     Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "24" of the "Second Count" of the Third-Party Complaint and on that basis denies the same.

25.     Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "25" of the "Second Count" of the Third-Party Complaint and on that basis denies the same.

26.     Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "26" of the "Second Count" of the Third-Party Complaint and on that basis denies the same.

27.     Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "27" of the "Second Count" of the Third-Party Complaint and on that basis denies the same.

26.[sic] Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "26" [sic] of the "Second Count" of the Third-Party Complaint and on that basis denies the same.


## AS AND FOR AN ANSWER TO THE "THIRD COUNT"

1. through 21.  Melwain repeats and realleges its responses to Paragraphs "1" through "21"of the "First Count" of the Third-Party Complaint as if fully set forth herein.

22.   Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "22" of the "Third Count" of the Third-Party Complaint and on that basis denies the same.

23.   Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "23" of the "Third Count" of the Third-Party Complaint and on that basis denies the same.

24.   Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "24" of the "Third Count" of the Third-Party Complaint and on that basis denies the same.

25.   Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "25" of the "Third Count" of the Third-Party Complaint and on that basis denies the same.

26.   Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "26" of the "Third Count" of the Third-Party Complaint and on that basis denies the same.

27.   Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "27" of the "Third Count" of the Third-Party Complaint and on that basis denies the same.

28.   Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "28" of the "Third Count" of the Third-Party Complaint and on that basis denies the same.

29.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "29" of the "Third Count" of the Third-Party Complaint and on that basis denies the same.

30.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "30" of the "Third Count" of the Third-Party Complaint and on that basis denies the same.

## AS AND FOR AN ANSWER TO THE "FOURTH COUNT"

1. through 22.  Melwain repeats and realleges its responses to Paragraphs "1" through "22"of the "Third Count" of the Third-Party Complaint as if fully set forth herein.

23.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "23" of the "Fourth Count" of the Third-Party Complaint and on that basis denies the same.

24.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "24" of the "Fourth Count" of the Third-Party Complaint and on that basis denies the same.

25.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "25" of the "Fourth Count" of the Third-Party Complaint and on that basis denies the same.

26.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "26" of the "Fourth Count" of the Third-Party Complaint and on that basis denies the same.

## AS AND FOR AN ANSWER TO THE "FIFTH COUNT"

1. through 22.  Melwain repeats and realleges its responses to Paragraphs "1" through "22"of the "First Count" of the Third-Party Complaint as if fully set forth herein.

23.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "23" of the "Fifth Count" of the Third-Party Complaint and on that basis denies the same.

24.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "24" of the "Fifth Count" of the Third-Party Complaint and on that basis denies the same.

25.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "25" of the "Fifth Count" of the Third-Party Complaint and on that basis denies the same.

26.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "26" of the "Fifth Count" of the Third-Party Complaint and on that basis denies the same.

27.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "27" of the "Fifth Count" of the Third-Party Complaint and on that basis denies the same.

28.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "28" of the "Fifth Count" of the Third-Party Complaint and on that basis denies the same.

29.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "29" of the "Fifth Count" of the Third-Party Complaint and on that basis denies the same.

### AS AND FOR AN ANSWER TO THE "SIXTH COUNT"

1. through 22. Melwain repeats and realleges its responses to Paragraphs "1" through "22"of the "First Count" of the Third-Party Complaint as if fully set forth herein.

23.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "23" of the "Sixth Count" of the Third-Party Complaint and on that basis denies the same.

24.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "24" of the "Sixth Count" of the Third-Party Complaint and on that basis denies the same.

25.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "25" of the "Sixth Count" of the Third-Party Complaint and on that basis denies the same.

26.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "26" of the "Sixth Count" of the Third-Party Complaint and on that basis denies the same.

27.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "27" of the "Sixth Count" of the Third-Party Complaint and on that basis denies the same.

28.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "28" of the "Sixth Count" of the Third-Party Complaint and on that basis denies the same.

## AS AND FOR AN ANSWER TO THE "SEVENTH COUNT"

1.    through 22. Melwain repeats and realleges its responses to Paragraphs "1" through "22"of the "First Count" of the Third-Party Complaint as if fully set forth herein.

23.    Melwain denies the allegations contained in Paragraph "23" of the "Seventh Count" of the Third-Party Complaint.

24.    Melwain denies the allegations contained in Paragraph "24" of the "Seventh Count" of the Third-Party Complaint.

25.    Melwain denies the allegations contained in Paragraph "25" of the "Seventh Count" of the Third-Party Complaint.

26.    Melwain denies the allegations contained in Paragraph "26" of the "Seventh Count" of the Third-Party Complaint.

## AS AND FOR AN ANSWER TO THE "EIGHTH COUNT"

1.    through 22.  Melwain repeats and realleges its responses to Paragraphs "1" through "22"of the "First Count" of the Third-Party Complaint as if fully set forth herein.

23. through 27. Melwain repeats and reallages its responses to Paragraphs "25" through 29" of the "Third Count" of the Third-Party Complaint as if fully set forth herein.

28.    Melwain denies the allegations contained in Paragraph "28" of the "Eighth Count" of the Third-Party Complaint.

11

29.    Melwain denies the allegations contained in Paragraph "29" of the "Eighth Count" of the Third-Party Complaint.

30.    Melwain denies the allegations contained in Paragraph "30" of the "Eighth Count" of the Third-Party Complaint.

31.    Melwain denies the allegations contained in Paragraph "31" of the "Eighth Count" of the Third-Party Complaint.

32.    Melwain denies the allegations contained in Paragraph "32" of the "Eighth Count" of the Third-Party Complaint.

33.    Melwain denies the allegations contained in Paragraph "33" of the "Eighth Count" of the Third-Party Complaint.

34.    Melwain denies the allegations contained in Paragraph "34" of the "Eighth Count" of the Third-Party Complaint.

<u>AS AND FOR AN ANSWER TO THE "NINTH COUNT"</u>

1.    through 22. Melwain repeats and realleges its responses to Paragraphs "1" through "22"of the "First Count" of the Third-Party Complaint as if fully set forth herein.

23.    through 28. Melwain repeats and reallages its responses to Paragraphs "23" through 28" of the "Second Count" of the Third-Party Complaint as if fully set forth herein.

29.    Melwain denies the allegations contained in Paragraph "28" of the "Ninth Count" of the Third-Party Complaint.

30.    Melwain denies the allegations contained in Paragraph "29" of the "Ninth Count" of the Third-Party Complaint.

31.    Melwain denies the allegations contained in Paragraph "30" of the "Ninth Count" of the Third-Party Complaint.

12

}                                                                }

32.    Melwain denies the allegations contained in Paragraph "31" of the "Ninth Count" of the Third-Party Complaint.

33.    Melwain denies the allegations contained in Paragraph "32" of the "Ninth Count" of the Third-Party Complaint.

## AS AND FOR AN ANSWER TO THE "TENTH COUNT"

1.through 27.  Melwain repeats and realleges its responses to Paragraphs "1" through "22"of the "First Count" and Paragraphs "23", "24", "25" and "27" of the "Second Count" of the Third-Party Complaint as if fully set forth herein.

28.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "28" of the "Tenth Count" of the Third-Party Complaint and on that basis denies the same.

29.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "29" of the "Tenth Count" of the Third-Party Complaint and on that basis denies the same.

30.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "30" of the "Tenth Count" of the Third-Party Complaint and on that basis denies the same.

31.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "31" of the "Tenth Count" of the Third-Party Complaint and on that basis denies the same.

32.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "32" of the "Tenth Count" of the Third-Party Complaint and on that basis denies the same.

33.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "33" of the "Tenth Count" of the Third-Party Complaint and on that basis denies the same.

34.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "34" of the "Tenth Count" of the Third-Party Complaint and on that basis denies the same.

## AS AND FOR AN ANSWER TO THE "ELEVENTH COUNT"

1.through 33.    Melwain repeats and realleges its responses to Paragraphs "1" through "33" of the "Tenth Count" of the Third-Party Complaint as if fully set forth herein.

34.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "34" of the "Eleventh Count" of the Third-Party Complaint and on that basis denies the same.

35.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "35" of the "Eleventh Count" of the Third-Party Complaint and on that basis denies the same.

36.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "36" of the "Eleventh Count" of the Third-Party Complaint and on that basis denies the same.

37.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "37" of the "Eleventh Count" of the Third-Party Complaint and on that basis denies the same.

38.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "38" of the "Eleventh Count" of the Third-Party Complaint and on that basis denies the same.

39.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "39" of the "Eleventh Count" of the Third-Party Complaint and on that basis denies the same.

## AS AND FOR AN ANSWER TO THE "TWELFTH COUNT"

1.through 38.    Melwain repeats and realleges its responses to Paragraphs "1" through "38"of the "Eleventh Count" of the Third-Party Complaint as if fully set forth herein.

39.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "39" of the "Twelfth Count" of the Third-Party Complaint and on that basis denies the same.

40.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "40" of the "Twelfth Count" of the Third-Party Complaint and on that basis denies the same.

41.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "41" of the "Twelfth Count" of the Third-Party Complaint and on that basis denies the same.

42.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "42" of the "Twelfth Count" of the Third-Party Complaint and on that basis denies the same.

43.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "43" of the "Twelfth Count" of the Third-Party Complaint and on that basis denies the same.

44.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "44" of the "Twelfth Count" of the Third-Party Complaint and on that basis denies the same.

45.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "45" of the "Twelfth Count" of the Third-Party Complaint and on that basis denies the same.

## AS AND FOR AN ANSWER TO THE "THIRTEENTH COUNT"

1.through 43.    Melwain repeats and realleges its responses to Paragraphs "1" through "43"of the "Twelfth Count" of the Third-Party Complaint as if fully set forth herein.

44.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "44" of the "Thirteenth Count" of the Third-Party Complaint and on that basis denies the same.

45.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "45" of the "Thirteenth Count" of the Third-Party Complaint and on that basis denies the same.

46.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "46" of the "Thirteenth Count" of the Third-Party Complaint and on that basis denies the same.

16

47.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "47" of the "Thirteenth Count" of the Third-Party Complaint and on that basis denies the same.

48.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "48" of the "Thirteenth Count" of the Third-Party Complaint and on that basis denies the same.

49.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "49" of the "Thirteenth Count" of the Third-Party Complaint and on that basis denies the same.

50.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "50" of the "Thirteenth Count" of the Third-Party Complaint and on that basis denies the same.

51.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "51" of the "Thirteenth Count" of the Third-Party Complaint and on that basis denies the same.

### AS AND FOR AN ANSWER TO THE "FOURTEENTH COUNT"

1.through 22.    Melwain repeats and realleges its responses to Paragraphs "1" through "22"of the "Second Count" of the Third-Party Complaint as if fully set forth herein.

23.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "23" of the "Fourteenth Count" of the Third-Party Complaint and on that basis denies the same.

24.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "24" of the "Fourteenth Count" of the Third-Party Complaint and on that basis denies the same.

25.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "25" of the "Fourteenth Count" of the Third-Party Complaint and on that basis denies the same.

26.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "26" of the "Fourteenth Count" of the Third-Party Complaint and on that basis denies the same.

27.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "27" of the "Fourteenth Count" of the Third-Party Complaint and on that basis denies the same.

28.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "28" of the "Fourteenth Count" of the Third-Party Complaint and on that basis denies the same.

29.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "29" of the "Fourteenth Count" of the Third-Party Complaint and on that basis denies the same.

30.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "30" of the "Fourteenth Count" of the Third-Party Complaint and on that basis denies the same.

31.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "31" of the "Fourteenth Count" of the Third-Party Complaint and on that basis denies the same.

32.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "32" of the "Fourteenth Count" of the Third-Party Complaint and on that basis denies the same.

33.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "33" of the "Fourteenth Count" of the Third-Party Complaint and on that basis denies the same.

### AS AND FOR AN ANSWER TO THE "FIFTEENTH COUNT"

1.through 33.    Melwain repeats and realleges its responses to Paragraphs "1" through "33"of the " Fourteenth Count" of the Third-Party Complaint as if fully set forth herein.

34.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "34" of the "Fifteenth Count" of the Third-Party Complaint and on that basis denies the same.

35.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "35" of the "Fifteenth Count" of the Third-Party Complaint and on that basis denies the same.

36.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "36" of the "Fifteenth Count" of the Third-Party Complaint and on that basis denies the same.

37.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "37" of the "Fifteenth Count" of the Third-Party Complaint and on that basis denies the same.

38.    Melwain denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "38 of the "Fifteenth Count" of the Third-Party Complaint and on that basis denies the same.

### AS AND FOR AN ANSWER TO THE "SIXTEENTH COUNT"

1.through 38    Melwain repeats and realleges its responses to Paragraphs "1" through "38" of the "Fifteenth Count" of the Third-Party Complaint as if fully set forth herein.

39.    Melwain denies the allegations contained in Paragraph "39" of the "Sixteenth Count" of the Third-Party Complaint.

### AS AND FOR AN ANSWER TO THE "SEVENTEENTH COUNT"

1.through 30    Melwain repeats and realleges its responses to Paragraphs "1" through "30" of the "Fifth Count" of the Third-Party Complaint as if fully set forth herein.

31.    Melwain denies the allegations contained in Paragraph "31" of the "Seventeenth Count" of the Third-Party Complaint.

### DEFENSES TO ALL COUNTS

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

The Third-Party Complaint fails to set forth a cause of action upon which relief may be granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

The Third-Party Complaint fails to join all persons and/or entities necessary for the just adjudication of this action.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

The Third-Party Plaintiffs' action is time barred by virtue of the applicable statute of limitations and must therefore be dismissed.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

The Third-Party Plaintiffs' action is barred by the statute of frauds and must therefore be dismissed.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

If the Third-Party Plaintiffs sustained any damages as alleged in the Third-Party Complaint, all of which is expressly denied, then such damages were caused, either in whole or in part, by the Third-Party Plaintiffs' own culpable conduct, fault and/or negligence, and any recovery herein shall be diminished accordingly in whole or in part.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

If the Third-Party Plaintiffs sustained any damages as alleged in the Third-Party Complaint, all of which is expressly denied, then such damages were caused by the culpable conduct, fault and/or negligence of other persons and/or entities over which Third-Party Defendant Melwain had

no control, with no act or omission on the part of Third-Party Defendant Melwain contributing thereto.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

The damages alleged to have been suffered by the Third-Party Plaintiffs were caused in whole or in part by the conduct of persons or entities other than Third-Party Defendant Melwain Therefore, the Third-Party Plaintiffs' claims are barred or diminished in the proportion that such culpable conduct of other persons or entities bear to the total culpable conduct causing damages.

## AS AND FOR A EIGHTH AFFIRMATIVE DEFENSE

To the extent that the Third-Party Plaintiffs have sustained damages, the Third-Party Plaintiffs have failed to mitigate those damages.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

The Third-Party Plaintiffs' claims are barred by the equitable doctrines of laches, waiver, ratification, estoppel and unclean hands.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

The Third-Party Plaintiffs' claims, to the extent they sound in contract, are barred due to a lack of consideration.

**WHEREFORE,** Melwain demands judgment dismissing the Third-Party Plaintiffs' Complaint, for costs and disbursements of this action, including attorneys' fees; and for such other and further relief as the Court deems just and proper.

Dated: September 29, 2003

> WINGET, SPADAFORA &
> SCHWARTZBERG ,LLP
> Attorneys for Defendant
> Melwain Enterprises, Inc.

By: _____
> Dianna D. McCarthy (ct24874)
> 45 Broadway, 19th Floor
> New York, New York 10006
> Phone: (212) 221-6900
> Fax: (212) 221-6989