8    to be an envelope that will be sent back to a

9    company called Portamedic?

10    A.  Yes.

11    Q.  Tell me about that?  Do you put the lab

12    results back in that envelope or do you actually

13    send the urine and blood to Portamedic?

14    A.  It's done both ways.  It depends on the

15    request of the insurance company.  More commonly

16    the actual blood itself is sent back.

17    Q.  Do you know what was done in this case?

18    A.  I honestly do not.  I do know that I have

19    blood tests dated 9/11/00 from our own local lab,

20    so I would have to assume that the blood was done

21    at a local lab, Pro Health Physicians Laboratory.

22    Q.  I've got two documents, and to me they seem

23    to be dated 9/13/00 at the top?

24    A.  That's what they're dated.  That's probably

25    the day I received it.  But the draw date on the

BRANDON SMITH REPORTING SERVICE (860) 549-1850

34

1    blood was 9/11/00, which is the day that Mr. Empey

2    was here.

3    Q.  And I have two pages dated 9/13/00.  Is it

4    all blood work or is there urine work here as

5    well?

6    A.  It's all blood work.

7   Q.  And so based on your review of these

8   records, it appears that blood was drawn here at

9   your office in Guilford on 9/11/00 from Mr. Empey,

10  and that you sent it to Pro Health Physicians

11  Laboratory and received the results on September

12  13, 2000?

13  A.  Yes.  And I'd just like to mention that

14  having just reviewed this, I have a note in my

15  progress notes written by Marylou Fusi on 9/13

16  that says, "Lab work for insurance company

17  canceled.  Specimen too old.  It was drawn 9/11/00

18  at 1:00 p.m., picked up 9/12/00 at 3:00 p.m. Still

19  not processed.  Medical release not signed."  I

20  don't know what that means.

21      So I don't know if, perhaps, there was blood

22  to be sent out there as well as here.  It's

23  possible they did blood for both locations.  I

24  don't know.

25  Q.  Is it possible that the note-- and we'll go

BRANDON SMITH REPORTING SERVICE (860) 549-1850

35

1   to your note in a minute, but the note that you're

2   referring to is about the urine because we seem to

3   have blood test results but no urine results?

4   A.  It says, "Lab work for insurance company

5    canceled." We don't call urine lab work.

6    Q. Oh, okay. Can we take a look at Exhibit No.

7    5, Mr. Empey's blood test results dated 9/13/00.

8    A. Yes.

9    Q. And can you take me through the results of

10   Mr. Empey's lab tests, first, as they result to

11   the functioning of his liver?

12   A. Yes. Halfway down the page, starting with

13   the AST, which is elevated, that's a liver enzyme.

14   Again, that implies liver injury.

15       And below it the ALT, though minimally

16   elevated at 41, meaning normal limits up to 40,

17   that's the same type of test.

18       The alkaline phosphatase reading is 122,

19   just above normal, also implies liver injury.

20   That can imply other things, but in this case I'm

21   confident it relates to the liver.

22       Total bilirubin being 4. That is high,

23   significantly high. And that's related to liver

24   injury.

25   Q. What would normal be?

1    A. Normal is less than one.

2    Q. And let me just go back through them. The

3    AST is 74, and the normal would be 70?

 4    A.  No.  The AST normal is about 37 to 40

 5    depending on the lab, so that's about twice

 6    normal.

 7    Q.  And what's the clinical significance of that

 8    being that high?  Does it give you any indication

 9    of where the liver disease has progressed?

10    A.  No, it does not.  In fact, it would imply

11    less acute injury than when I had seen him years

12    earlier when those, I believe, were in the 200's,

13    something like that.  So these tests in and of

14    themselves would not have excessively alarmed me.

15    Q.  How about the 4 on the bilirubin, what does

16    that indicate to you?

17    A.  Well, there's a clear abnormality there.

18    What the source of that is is not as clear.  It is

19    liver.  Though the liver enzyme tests, which are

20    the AST and the ALT, we often use them more in the

21    face of cirrhosis than we do bilirubin.

22        It's a nebulous answer, but there is no

23    clear answer to this.  What I'm saying is in

24    viewing it, I know that there is liver injury

25    there.  There's no question about it.  You can't

BRANDON SMITH REPORTING SERVICE (860) 549-1850

37

 1    really quantify it, however, by the blood tests

2    alone.

3    Q.  What else would you need?

4    A.  Well, I'll read down further.

5    Q.  Sure.

6    A.  The fact that Mr. Empey's cholesterol was

7    83, which is profoundly low, some people believe

8    to be a sign of endstage liver disease where the

9    liver can no longer generate the cholesterol.

10   That would be a potentially ominous sign to me.

11       But to answer your question, to quantify the

12   actual amount of damage, we look at the entire

13   person clinically, the amount of ascites they have

14   at the time, what their so-called hemodynamic

15   status is, which means what's their fluid volume,

16   like what's their blood pressure doing, their

17   pulse rate.  Are they infected?  If ascites fluid

18   becomes infected, it can be deadly.  Then in some

19   cases radiologic testing, whether it be

20   ultrasound, CAT scan, biopsy, things like that.

21       So there's no clear picture here.  It's just

22   that there is clearly liver injury.

23   Q.  Given Mr. Empey's history and your treatment

24   of him, what significance did you attribute to the

25   cholesterol level of 83 on 9/13/00?

BRANDON SMITH REPORTING SERVICE (860) 549-1850

1    A.   I'm not sure I attributed it at that moment

2    because I probably saw this much later, but now I

3    would say that he likely had the continuation of

4    endstage liver disease.

5    Q.   And when the cholesterol level hits 83, does

6    that give you any indication as to how much time

7    the patient has left to live that has the endstage

8    liver disease?

9    A.   No, it would not have any of that.

10   Q.   You said it was a somewhat ominous sign,

11   however?

12   A.   Yes, the liver is damaged enough to stop

13   producing cholesterol.  That's on top of the other

14   proteins we know he was abnormally producing.

15   Again, this is a picture someone who I think is

16   likely nearing death.

17   Q.   Underneath the 83 there's an HDL cholesterol

18   of 13.  What is the significance of that figure if

19   any?

20   A.   No more than-- with respect to this case, no

21   more than what I just mentioned to you about the

22   total cholesterol being 83.

23   Q.   And in HDL is 13 low?

24   A.   Yes.

25   Q.   What's normal?

1    A.  Well --

2    Q.  What's a range?

3    A.  30 to 80.

4    Q.  And how about the cholesterol level of 38,

5    what would have been normal for Mr. Empey's age?

6    A.  Well, some people are genetically blessed

7    and have a total cholesterol of 38, but that's

8    very, very small percentages.

9         So, you know, the majority of adults, even

10   healthy adults, you're going to see cholesterol

11   over 120, their total cholesterol.

12   Q.  Turning to Page 2 of Exhibit 5, it's a

13   continuation of the blood tests.  Anything on that

14   page significant to Mr. Empey's liver functioning

15   in September of 2000?

16   A.  Really, no.  None of those tests are of

17   direct significance.

18   Q.  When you say all the liver function enzyme

19   tests, are those reflected here?

20   A.  Yes.

21   Q.  Which ones were those?

22   A.  Those are on the first page.  That's the

23   center of the page, the AST, the ALT, the alkaline

24   phosphatase.  Those are the only ones listed here.

25   Q.  Do you have any idea what life insurance

BRANDON SMITH REPORTING SERVICE (860) 549-1850

1    companies require for a 57-year-old male in terms

2    of the blood test results necessary to issue a

3    policy?

4        A.  I do have some idea.

5        Q.  And how did you come to know that?  Is that

6    based on your experience as a practitioner?

7        A.  Experience and, very frankly, having so many

8    people refused through time and them asking me to

9    interpret the data, then you kind of learn what

10   the companies are after.

11       Q.  And can you just give us an idea, and we

12   talked a little bit earlier about it, the extent

13   of your experience in examining patients at the

14   request of insurance companies for life insurance

15   policies?

16       A.  Well, I've done it multiple times in my

17   career.  It seems to me I did it much more, you

18   know, prior to five or six years ago, but clearly

19   it's been done a lot.

20           And this year I'm certain I've seen at least

21   four or five life insurance reports that I was

22   asked to analyze because a patient may have failed

23   and they wanted me to interpret data.

24           So, you know, and we do physicals.  I do

25   probably three adults physicals a day, 200 days a

BRANDON SMITH REPORTING SERVICE (860) 549-1850

41

 1   year, so we do many, many physicals.

 2       Q.  And based on your training, your education,

 3   your experience, would you expect blood tests such

 4   as these for Mr. Empey dated 9/13/00 to create

 5   questions about insurability with an insurance

 6   company?

 7       A.  Yes.

 8       Q.  Why is that?

 9       A.  Insurance companies, in my experience, hunt

10   for a nearly perfect health specimen, refuse most

11   others or charge them exorbitant amounts of money

12   to insurance them.  And these numbers would not be

13   a perfect health specimen.

14       Q.  Do you have any experience as to the effect

15   it would have on the patient of yours insurability

16   if it had been recommended they have a liver

17   transplant?

18       A.  That would be speculation, but I think more

19   damaging is the fact that the disease exists in

20   the eyes of the insurer, that would be my opinion,

21   not the fact that the transplant wasn't performed.

22       Q.  Based on your experience examining patients

23   for insurance companies, what effect would it have

24   on the insurability of a patient if they had been

25   previously diagnosed with endstage liver disease?

BRANDON SMITH REPORTING SERVICE (860) 549-1850

42

1    A.  My speculation would be that that person

2    would not be insured.

3    Q.  But rather than speculation, do you have any

4    experience with the insurability of patients with

5    endstage liver disease or other comparable

6    diseases?

7    A.  I'd say other comparable disease.  People

8    have been refused, you know, routinely for

9    congestive heart failure, diabetes in poor

10   control.  Some people with heart murmurs, that may

11   have no, you know, real medical basis to them, but

12   I have had patients refused on those grounds

13   through the years.

14       I'd like to add to that, since you asked me

15   the question, I've clearly had patients refused on

16   the grounds of elevated liver function tests, not

17   diagnosed with liver disease, but just the

18   abnormal tests.

19   Q.  So the patients with abnormal liver

20   functioning tests that would be a less severe

21   problem than endstage liver disease certainly?

22   A.  Those people would get a notice saying,

23    "You're refused on these grounds.  Take it back to

24    your doctor and figure out what's going on," that

25    kind of thing.

BRANDON SMITH REPORTING SERVICE (860) 549-1850

43

1       Q.  And just so we're clear for the record,

2    those liver function problems that led patients of

3    yours to be declined in the past were much less

4    severe than Mr. Empey's problem?

5       A.  Well, that would be my assumption, yes.

6       Q.  There also appears to be-- I marked it as

7    Exhibit 6, there's a test dated 9/11.  Is that an

8    EKG?

9       A.  That's an EKG.

10      Q.  And it's an EKG for Mr. Empey?

11      A.  Yes, it is.

12      Q.  Can you interpret the results of that for

13   us?

14      A.  Yeah.  First of all, it says "Lawrence

15   Empey."  That's just a typo.  There are no acute

16   or worrisome changes in this EKG.

17      Q.  I'd like you to refer, if you can find them,

18   to the notes from your office.  They're dated

19   9/11/00.  They're handwritten.  I've marked them

20   as Exhibit No. 8.

21      A.  Yes.

22    Q.  Now, I'm going to ask you to walk us through

23    the notes, to read them for us, and I may stop you

24    at certain points to ask you the clinical

25    significance of certain statements in the notes,

BRANDON SMITH REPORTING SERVICE (860) 549-1850

44

1    okay?

2     A.  Yes.  These are Marylou Fusi's notes, you

3    know that?

4     Q.  Yes.

5     A.  I reviewed them, however.

6     Q.  Could you take us through them?

7     A.  "9/11/00.  Weight 246.  Height five, ten.

8    Blood pressure 118/78.  Heart rate of 88.  S,"

9    meaning subjective, "Patient states he's had a

10   chill that started three days ago.  He woke up

11   with pain in his right upper chest, an aching type

12   of pain.  The next day the pain went into his

13   right shoulder, the right side of his neck.  It

14   was not associated with nausea, vomiting.  He

15   awoke last night diaphoretic," which means sweaty.

16   "He had no shortness of breath, coughing.  Has

17   produced some, phlegm, and he recalls no trauma."

18    Q.  Any clinical significance to you of any of

19   those notes as it relates to either Mr. Empey's

20    liver disease or his health generally?

21    A.  I'd actually have to hear the whole note or

22    review the whole note before I made that

23    statement.

24    Q.  Why don't we do that.  Why don't we go

25    through the whole thing.

BRANDON SMITH REPORTING SERVICE (860) 549-1850

45

1    A.  "Objective:  No rash.  Mild edema."  It

2    seems to say, "Positive tenderness with

3    palpation," though she doesn't state where.  "EKG

4    heart rate rhythm is regular," that's what "RRR"

5    means.  "Patient has a 1-2/6 systolic murmur that

6    was auscultated," which means listened to, "by the

7    APRN and Dr. Mascia," so she called me in to

8    listen to that.  I do remember that.

9         Then it says, "CPE," which is Complete

10    Physical Exam, "is continued.  See forms for life

11    insurance company."  That means the rest of her

12    physical exam should be somehow documented on or

13    addressed on the life insurance.  Then we go on to

14    the next page continued.

15    Q.  Let me just find my place.  Oh, here we go.

16    Thank you.

17    A.  "Continued, TMs," tympanic membranes,

18    "pearly," which means normal.  "He has no nodes.

19    His thyroid is normal.  His fundi," which are his

20    eye grounds, "are normal.  Neck is supple."

21         I don't know what "OP clear means," but

22    that's normal, at any rate, since it's clear.  "No

23    acute distress.  Alert and conversant."  That

24    means he's comfortable, pain free, conversing

25    normally with her.

BRANDON SMITH REPORTING SERVICE (860) 549-1850

46

1          "Skin is warm and dry.  Hair is of normal

2     texture.  Heart normal sinus rhythm.  Grade 1-2/6

3     systolic murmur without ectopy," which means

4     abnormal beats.  "There's no jugular venous

5     distension.  The lungs are clear.  Right chest

6     wall tender to palpation in the pectoral and

7     superior trapezius area, peri cervical area as

8     well.  Spasm," meaning she actually appreciated or

9     felt spasm, "with the patient splinting his neck

10    to the right with palpation."  So that helps me

11    answer your question when I get to it.

12         "Deep tendon reflexes normal.  Abdomen,

13    positive bowel sounds, mildly distended.  The

14    patient is obese, but it's nontender and soft.

15    His prostate is normal.

16         "Urine tests, positive blood and positive

17    protein."  So there was a urine test done that

18    day.

19         "Impression:  Right chest wall pain present

20    two to three days with some edema."  She means

21    swelling.  "No shortness of breath.  No

22    improvement with rest.  No evidence of cardiac

23    symptoms.

24         "No. 2:  Systolic outflow murmur.

25         "No. 3:  Chronic, severe liver disease."

BRANDON SMITH REPORTING SERVICE (860) 549-1850

47

1         And then her plan is she did a urine, sent a

2    urine.  Then she did the blood work panel there.

3    "The patient to schedule colonoscopy with doctor

4    Vender."  She was giving him preventative

5    maintenance advice.  She gave him hemoccult cards

6    which are to sample your stool for blood,

7    something he would do on his own.  She discussed

8    dental prophylaxis with him, saying that he should

9    likely take antibiotics before he has dental

10   procedures.  "Patient seen.  Plan discussed with

11   Dr. Mascia."  It's signed "Marylou Fusi, APRN."

12   Q.  And I think we started off I'd asked you

13   whether any of Ms. Fusi's notes have any clinical

14   significance to you concerning her exam of Mr.

15   Empey on September 11, 2000?

16    A.   Clinical significance is that, yes, she

17   diagnosed him with a right chest wall strain.

18   That's corroborated by her objective findings that

19   there was spasm and tenderness to direct palpation

20   of the muscles.

21        She uses the term chronic, severe liver

22   disease.   That's, I'm certain, based partly on her

23   exam finding abdominal ascites, although she says

24   mildly distended, and also on probably reviewing

25   the chart at the time.   She probably saw that

BRANDON SMITH REPORTING SERVICE (860) 549-1850

48

1   diagnosis written elsewhere.   That would be

2   typical.

3        And then systolic outflow murmur of Grade

4   1-2/6 may or may not mean anything.   I mean, many

5   people have that.   That's probably not considered

6   significant at the time.   I'd say that's it.

7    Q.   Anything in these notes that we have

8   reviewed, Exhibit 8, the September 11th

9   handwritten notes of Nurse Fusi, that would have

10   caused you concern about this patient, other than

11   the muscle strain, which we discussed?

12    A.   Well, the diagnosis under impression of

13   chronic, severe liver disease that would concern

14    any physician.  His exam that day, however, was

15    not tremendously complicated or in and of itself

16    very worrisome.

17    Q.  How about going back up it says, "Urine

18    positive blood, positive protein."  Do you see

19    where I'm reading?

20    A.  Yes.

21    Q.  What does that mean?

22    A.  That means when the urine is examined, it's

23    done with a dipstick, and that some blood and

24    protein was found within the urine, not something

25    that would be visible.  It would be dipped.  And

BRANDON SMITH REPORTING SERVICE (860) 549-1850

49

1    that could mean a multitude of things.  We see

2    that all the time.

3    Q.  And given this patient's history, do you

4    have an opinion as to what it meant for Mr. Empey?

5    A.  I would say that's not of significance with

6    respect to his history.  I want to clarify.  What

7    I mean by that is that there are far more

8    important things to me than his urine, meaning the

9    blood work and the exam and things like that.

10    Q.  And could you just summarize for us, you've

11    had a chance to look at the blood work that was

12    done on Mr. Empey of 9/11 and also the exam, what

13    findings were of the most clinical significance to

14    you?

15        A.  Most clinical significance were the

16    continuation of abnormal liver function tests and

17    the low cholesterol, which implies to me

18    significant liver dysfunction, those two.

19        Q.  And based on your experience examining

20    patients on behalf of insurance companies, in

21    reviewing this, do you have an opinion as to

22    whether Mr. Empey, given the condition he was in

23    on September 11, 2000, would have been approved

24    for insurance?

25        A.  My opinion is he would not have been

BRANDON SMITH REPORTING SERVICE (860) 549-1850

50

1    approved for insurance.

2        Q.  Looking at Exhibit No. 8, the 9/13 note that

3    you mentioned earlier, it says, "Lab work for

4    insurance company canceled.  Specimen too old."

5    It goes on to say when it was drawn and not

6    processed, med release not signed.

7            So it appears that your office took a urine

8    sample, but that the lab work was canceled?

9        A.  Well, it appears that we did lab work.

10    Whether that includes the urine sample, I'm not

11    sure because I would interpret that to mean that

12    we drew blood for them, as well as locally for us.

13    Q.  Would that be normal?  Would you have their

14    lab do it and your lab do it so you could compare

15    the two?

16    A.  No.  We might do it because we want to

17    receive results for some reason; whereas, sending

18    it to the insurance company could take weeks or

19    months to get it back.  You never-- you know, it's

20    different.

21    Q.  Exhibit No. 9 is another laboratory report?

22    A.  Yes.

23    Q.  It's a lab report.  It says "Middlesex

24    Hospital" in the top left.  Then it says "Specimen

25    received," on the right, "9/13/00"?

BRANDON SMITH REPORTING SERVICE (860) 549-1850

51

1    A.  Yes.

2    Q.  What is that?

3    A.  That's a urine culture.  That's looking to

4    see if there's any infection in the urine.

5    Q.  What were the results of that test?

6    A.  There was no infection in the urine.  And

7    that was likely sent, now that you asked, because

8    of that blood and protein found in the urine

9    specimen.

10    Q.  When was the last time, and you can review

11    your records, if you need to, that you examined

12    Mr. Empey prior to his exam with Nurse Fusi on

13    September the 11th of 2000?

14    A.  I believe it says 2/24/98.

15    Q.  So it had been almost two years since you

16    had seen him?

17    A.  Yes.

18    Q.  And can you tell us what your exam of him

19    revealed on 2/24/98?

20    A.  According to the note his weight was 244.

21    Blood pressure 130/60.  Pulse 68.  I state that,

22    "He's working hard.  Stamina is generally good.

23    He's on no current medications.  He has infrequent

24    alcohol despite understanding the risks."

25          Objectively I say, "He's alert and in no

BRANDON SMITH REPORTING SERVICE (860) 549-1850

52

1    acute distress.  His heart is rate and rhythm

2    regular with a systolic murmur on the left sternal

3    border.  Lungs are clear.  Abdomen is positive for

4    soft distension."  And I'm questioning whether I

5    felt a fluid wave.

6          "Assessment is cirrhosis with known

7    positivity for hepatitis C and a history of

8    alcohol use."

9         And the plan there is to draw some blood

10   work.  I recommended he get back on the medication

11   spironolactone.  He's to call me in two to three

12   weeks, and he lives in New Orleans I'm stating

13   there.

14   Q.  Do you know do you have blood test results

15   from that time period?

16   A.  Yes, I do.

17   Q.  Are those a 2/24/98 Middlesex Hospital?

18   A.  Yes.

19   Q.  These are the ones you have a note written

20   on it that the results were fantastic?

21   A.  Yes.

22   Q.  Tell us about those results?

23   A.  Well, what I'm saying, when I'm saying

24   fantastic, I'm certainly referring to how bad his

25   results were in years prior.  They are not

BRANDON SMITH REPORTING SERVICE (860) 549-1850

53

1    completely normal.

2         His sugar is mildly elevated at 142, but

3    that's of no significance because that's only

4    accurate in the fasting state, and he was likely

5    not fasting that day.

6         His albumen 3.4 is under normal, which is

 7   3.5, but clinically that's, in and of itself, of

 8   no big significance.  His white blood cell count

 9   is low.  He's mildly anemic.  And that's basically

10   it.

11       So when I'm saying fantastic, I'm saying

12   relative to how they used to look.

13   Q.  Would you pull that out for me because I'm

14   going to ask you to take a look at the blood test

15   results from 2/24/98 and compare them to the blood

16   test results that we have marked-- well, why don't

17   we do this.  Why don't we mark the blood test

18   results from 2/24/98.  And are these two pages?

19   Should this be two pages or one?  I mean, is this

20   all the same thing or no?

21   A.  No.  I don't know what this is.  No, this is

22   just the requisition form as to what was ordered.

23   That's the results.

24       MR. BRAWLEY:  Why don't we mark the blood

25   test results from 2/24/98 as Exhibit 11.

BRANDON SMITH REPORTING SERVICE (860) 549-1850

54

 1   (Defendant's Exhibit 11, 2/24/98 blood test

 2   results, marked for identification.)

 3

 4   Q.  (BY MR. BRAWLEY)          Doctor, could you

5    take Exhibit No. 11, which is your 2/24/98 blood

6    test results, and compare it with the blood test

7    results that your office got for Mr. Empey for the

8    tests performed on 9/11/00?

9    A.  Yes.  On 9/11/00 his liver tests are

10   slightly worse than they were on 2/24/98, but

11   that's likely not significant.

12       The anemia that I mentioned on 2/24/98 had

13   resolved by 9/11/00.  That's the only comparisons

14   that really can be made.

15   Q.  Can you compare the cholesterol at all in

16   those two?

17   A.  I have no cholesterol in the '98 unless you

18   see something I don't.

19   Q.  I didn't see it.  That's why I asked.

20   A.  No, that's a test that wasn't drawn that

21   day.

22   Q.  I don't see anything in your file, but do

23   you know whether the application was ever actually

24   submitted for the insurance for Mr. Empey?

25   A.  I have no way of knowing that.  I have

BRANDON SMITH REPORTING SERVICE (860) 549-1850

55

1    absolutely no way of knowing that.  It doesn't

2    say.

3    Q.  One of the faxes here is from R. Sanfilippo

```
 4   and Associates, which I believe is an insurance

 5   agent.  Have you had other dealings with them or

 6   is this the only one that you recall?

 7   A.  It's the only one that I recall.

 8       MR. BRAWLEY:  That's all I have for you.

 9   Thank you, Doctor.  These gentlemen may have

10   questions.

11

12          EXAMINATION BY MR. HUME:

13

14   Q.  I just have one question.  What is this

15   medication again?

16   A.  That's spironolactone.  That's a diuretic

17   used for people who have ascites.

18   Q.  It's like Lasix?

19   A.  It's like Lasix.  It's a little bit

20   different.

21       MR. HUME:  That's my only question.

22

23          EXAMINATION BY MR. FREETH:

24

25   Q.  I have just a couple of quick follow-ups to
```

BRANDON SMITH REPORTING SERVICE (860) 549-1850

56

```
 1   some of the questions he had.
```

2    A.  Sure.

3    Q.  My name is Richard Freeth, by the way, for

4    Melwain.  Do you know where Marylou Fusi is today?

5    A.  I don't know.  I still believe she lives

6    locally, but she's not working here, so I don't

7    know.

8    Q.  Do you know if she's working at all?

9    A.  You know what, I believe she's a drug

10   representative now.  She works for a

11   pharmaceutical company, I believe, which is common

12   for nurse practitioners.

13   Q.  And when did she leave your office?

14   A.  I don't recall.  I don't even recall when

15   she started.  She was with us for maybe, it's just

16   a guess, two years or something like that.

17   Q.  And when she left, do you know where she

18   went to go to work right after she left?

19   A.  I have no knowledge of that, but I believe

20   she's in the pharmaceutical industry.

21   Q.  Now, when you were reviewing the records

22   today, you mentioned it shows evidence of endstage

23   liver disease or words to that effect, but does

24   that phrase appear in the records that you had on

25   this patient?

BRANDON SMITH REPORTING SERVICE (860) 549-1850

1    A.    Yes.

2    Q.    And other than the one form that is marked

3    on top there, Exhibit 10, were there any other

4    forms, as far as you know, filled out with respect

5    to Mr. Empey's application to the insurance

6    company for life insurance?

7    A.    That's the only form I saw when I went

8    through the chart.

9    Q.    And with respect to your experience with

10   other patients that have had examinations in

11   connection with getting life insurance, was the

12   process similar with Mr. Empey as it was with the

13   other patients or did it seem different,

14   exceptional, something out of the ordinary?

15   A.    The only thing I recall is that he had to be

16   squeezed in for the physical.  That's why he

17   didn't see me.  And that would be standard

18   practice here, yes.

19        We have a physician's assistant who will see

20   people, say, even a school physical, a kid needs

21   to be seen to play football the next day, the

22   mother or father forgot to get his physical, but I

23   don't think anything terribly abnormal, no.

24   Q.    Was it standard practice for the nurse

25   practitioner to be the one that would do the exam

1   for a patient that was going to apply for life

2   insurance?

3      A.   That would be well within her scope of

4   activity, yes.

5      Q.   Now, for any of the other patients that

6   you've had in the past that were applying for life

7   insurance, did you ever personally do the exam for

8   that purpose?

9      A.   Yes.

10     Q.   Before that September 11, 2000, examination

11  did Mr. Empey ever mention to you the possibility

12  of him needing an exam for life insurance?

13     A.   Not to my recollection.

14     Q.   And did any of your other patients who had

15  insurance coverage denied based on elevated liver

16  tests actually have liver disease?

17     A.   Yes.

18     Q.   And were there any that had it denied who

19  had hepatitis?

20     A.   Yes.

21     Q.   And in the same class, the same group, any

22  other patients that have had an application for

23  insurance denied based on the elevated tests end

24  up not having any disease, just showed the

25  elevated tests?

BRANDON SMITH REPORTING SERVICE (860) 549-1850

1    A.   Yes.

2         MR. FREETH:   I have no further questions.

3

4              EXAMINATION BY MR. BRAWLEY:

5

6    Q.   Just a couple quickly, and then I'll be

7    done.  I noticed on the top of your file it says,

8    "Deceased 2000."  Do you know how your office

9    learned that Mr. Empey had passed away?

10   A.   I do not know.  I recall being told by my

11   secretary, so she received a phone call.  It's not

12   documented as to how we were notified.

13   Q.   Your file doesn't have any information

14   concerning the cause of death?

15   A.   No.

16   Q.   Was the subpoena that you received in

17   connection with today's deposition the first

18   contact that you've had from anybody concerning

19   Fran Empey since his death?

20   A.   The first contact from anybody?  I did speak

21   with one of his children, shortly after his death,

22   by phone.

23   Q.   Did they initiate that or did you?

24   A.   They did.

25   Q.   And the purpose was to inform you or --

BRANDON SMITH REPORTING SERVICE (860) 549-1850

60

1      A.   I think it was to discuss the father's
2   health in general, I mean, because they were
3   surprised by his sudden death and wanted to know
4   if there was anything else they could have done to
5   help and all and things along those lines.  I
6   believe that was the conversation.  It is about
7   four years ago, you know.  Typical for us would be
8   to console the family and things to that nature.
9          MR. BRAWLEY:  And just because Attorney
10  Kelly is not here, I'm just going to take him
11  through a couple questions about his complete
12  file.
13     Q.   (BY MR. BRAWLEY)          Counsel present
14  have stipulated, Doctor, that Exhibit No. 10 is a
15  complete copy of your file concerning Mr. Empey,
16  but let me just ask you a couple of new questions
17  because there's at least one lawyer that's not
18  present.
19          You received a subpoena from me that
20  compelled your attendance here today, correct?
21     A.   Yes.
22          MR. BRAWLEY:  Why don't we just go ahead
23  and mark this.
24

25

BRANDON SMITH REPORTING SERVICE (860) 549-1850

61

1    (Defendant's Exhibit 12, Subpoena, marked for

2    identification.)

3

4    Q.   (BY MR. BRAWLEY)          The subpoena that

5    was served on you is marked as Exhibit No. 12, and

6    pursuant to that subpoena you were compelled to

7    produce your entire file here today, correct?

8    A.   That's correct.

9    Q.   You have produced your entire file, and it's

10   been marked as Exhibit No. 10.  And you can state

11   that Exhibit No. 10 is a complete copy of your

12   medical file concerning Francis Empey?

13   A.   That's correct.

14       MR. BRAWLEY:  I have nothing else.  That's

15   it.  Thank you.

16

17                (Deposition concluded at 2:33 p.m.)

18

19

20

21

22

23

24

25

BRANDON SMITH REPORTING SERVICE (860) 549-1850

62

1    STATE OF CONNECTICUT.
         I, VINCENT J. DELARIA, a Registered
2    Professional Reporter/Notary Public within and for
     the State of Connecticut, do hereby certify that I
3    took the deposition of ANTHONY MASCIA, MD, on
     OCTOBER 12, 2004, at 1591 Boston Post Road, Suite
4    100, GUILFORD, Connecticut.

5        I further certify that the above-named
     deponent was by me duly sworn to testify to the
6    truth, the whole truth and nothing but the truth
     concerning his/her knowledge in the matter of the
7    case of, Safeco Insurance Company of America, et
     al. Vs. Local Towing, Inc., et al. Vs. Associated
8    Insurance Agency, Inc., et al., now pending in the
     United States District Court, District of
9    Connecticut.

10       I further certify that the testimony was
     taken by me stenographically and reduced to
11   typewritten form under my direction by means of
     COMPUTER ASSISTED TRANSCRIPTION; and I further
12   certify that said deposition is a true record of
     the testimony given by said witness.
13
         I further certify that I am neither counsel
14   for, related to, nor employed by any of the
     parties to the action in which this deposition was
15   taken; and further, that I am not a relative or
     employee of any attorney or counsel employed by
16   the parties hereto, nor financially or otherwise
     interested in the outcome of the action.
17
         WITNESS my hand and my seal this 27th day of
18   October, 2004.

19

20

21

```
                    Vincent J. DeLaria, RPR, LSR
22                  Notary Public

23      My Commission Expires:
        March 31, 2005
24

25
```

BRANDON SMITH REPORTING SERVICE (860) 549-1850

63

```
 1          Brandon Smith Reporting Service, LLC
                    44 Capitol Avenue
 2                  Hartford, CT 06106
                      860-549-1850
 3

 4

 5      CASE NAME: Safeco Insurance Company of America,
        et al. Vs. Local Towing, Inc., et al. Vs.
 6      Associated Insurance Agency, Inc., et al.

 7

 8

 9      DEPOSITION OF:  ANTHONY MASCIA, MD

10

11
        The following items checked pertain to the
12      above-captioned case:

13
            ___  ORIGINAL TRANSCRIPT enclosed in
14      protective sealed white envelope.

15          ___  EXHIBITS attached to ORIGINAL
        TRANSCRIPT.
16
            ___  READ/SIGNING WAIVED ___ NOT WAIVED ___
17

18      When you receive the notarized JURAT & ERRATA
        SHEETS from the deponent, DO NOT open the sealed
19      envelope.  Just attach notarized sheets to the
        outside of said envelope and properly retain for
```

```
20   the Court.

21

22
     Signed _____
23
               Vincent J. DeLaria, RPR, LSR
24             Brandon Smith Reporting Service, LLC

25   Date Sealed _____
```

BRANDON SMITH REPORTING SERVICE (860) 549-1850