UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 AUG 29 P 4: 16

DISTRICT COURT

------------------------------------------------------------x
SAFECO INSURANCE COMPANY OF
AMERICA and GENERAL INSURANCE
COMPANY OF AMERICA,

           Plaintiffs

   v.

LOCAL TOWING INC., GEORGE GARDELLA,
JESSICA HELQUIST-GARDELLA, and
JAMES GARDELLA,

           Defendants.
------------------------------------------------------------x

LOCAL TOWING INC., GEORGE GARDELLA,
JESSICA HELQUIST-GARDELLA, and
JAMES GARDELLA,

           Third-Party Plaintiffs

   v.

ASSOCIATED INSURANCE AGENCY, INC.,
FREDERICK J. SMITH, AFNY, INC., MELWAIN
ENTERPRISES, INC., WAYNE PRICE, MARYANNE
PRICE, and ERIC EMPEY,

           Third-Party Defendants
------------------------------------------------------------x

DOCKET NO.

302CV1966-AVC

Judge Alfred V. Covello

August 29, 2005

## MOTION FOR ADDITIONAL TIME TO RESPOND
## TO CROSS-MOTION AND MOTIONS FOR SUMMARY JUDGMENT

JAMES GARDELLA hereby moves for an additional two weeks, from August 29, 2004 to September 12, 2005, to respond to the Cross-Motion for Summary Judgment filed

by the Plaintiffs and the Motions for Summary Judgment by the Third-Party Defendants. The Memorandum of Law on the Cross-Motion, which is also a reply on the Motion by James Gardella for Summary Judgment will be ready for service shortly, as will the responses to the Motions for Summary Judgment by the Third-Party Defendants.

The attorneys for the Plaintiffs are not presently available, and this request for an extension is nothing more than the same extension that they requested and obtained following the service of James Gardella's Motion for Summary Judgment. The attorneys for Associated Insurance Agency, Inc. have consented to the motion, and the attorney for AFNY, Inc., Melwain Enterprises, inc., Wayne Price, and Maryanne Price has consented as well.

This is the first request for additional time relative to the responses to the Plaintiffs' Cross-Motion and the Third-Party Defendants' Motions for Summary Judgment.

Dated: Norwalk, Connecticut
August 29, 2005

James J. Farrell (ct 0889)

### Certificate of Service by Mail

The undersigned hereby certifies that a copy of the foregoing Answer was mailed via first class with the United States Postal Service, postage prepaid, to all counsel of record on August 29, 2005:

Constantine G. Antipas, Esq.
P.O. Box 526
Mystic, CT 06340

2

Benjamin D. Lentz, Esq.
Torre, Lentz, Gamell, Gary & Rittmaster, LLP
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753

James L. Brawley, Esq,
Tracey Lane Russo, Esq.
Morrison & Mahoney
One Constitution Plaza, 10th Floor
Hartford, CT 06103

Richard Freeth, Esq.
Winget, Spadofora & Schwartzberg, LLP
102 Broad Street
Stamford, CT 06901

Dated: Norwalk, Connecticut
      August 29, 2005

                                                 */s/ James J. Farrell*