UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------------x
SAFECO INSURANCE COMPANY OF　　　　　　　　　DOCKET NO.
AMERICA and GENERAL INSURANCE
COMPANY OF AMERICA,　　　　　　　　　　　　　　302CV1966-AJC

　　　　　　　Plaintiffs

　　v.

LOCAL TOWING INC., GEORGE GARDELLA,　　　　September 12, 2005
JESSICA HELQUIST-GARDELLA, and
JAMES GARDELLA,

　　　　　　　Defendants.
-------------------------------------------------------------------x
LOCAL TOWING INC., GEORGE GARDELLA,
JESSICA HELQUIST-GARDELLA, and
JAMES GARDELLA,

　　　　　　　Third-Party Plaintiffs

　　v.

ASSOCIATED INSURANCE AGENCY, INC.,
FREDERICK J. SMITH, AFNY, INC., MELWAIN
ENTERPRISES, INC., WAYNE PRICE, MARYANNE
PRICE, and ERIC EMPEY,

　　　　　　　Third-Party Defendants
-------------------------------------------------------------------x

**MOTION FOR ADDITIONAL TIME TO RESPOND
TO CROSS-MOTION AND MOTIONS FOR SUMMARY JUDGMENT**

JAMES GARDELLA hereby moves for an additional two weeks, from September 12, 2005 to September 26, 2005, to respond to the Motions for Summary Judgment by the Third-Party Defendants.

The attorneys for all parties have consented to the two additional weeks. This is the second request for additional time relative to the responses to the Third-Party Defendants' Motions for Summary Judgment

Dated: Norwalk, Connecticut
September 12, 2005

                                                                                                             James J. Farrell (6880)

### Certificate of Service by Mail

The undersigned hereby certifies that a copy of the foregoing Answer was mailed via first class with the United States Postal Service, postage prepaid, to all counsel of record on September 12, 2005:

Constantine G. Antipas, Esq.
P.O. Box 526
Mystic, CT 06340

Benjamin D. Lentz, Esq.
Torre, Lentz, Gamell, Gary & Rittmaster, LLP
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753

James L. Brawley, Esq.
Tracey Lane Russo, Esq.
Morrison & Mahoney
One Constitution Plaza, 10th Floor
Hartford, CT 06103

Richard N. Freeth, Esq.
Winget, Spadofora & Schwartzberg, LLP

102 Broad Street
Stamford, CT 06901

Dated: Norwalk, Connecticut
September 12, 2005

_____
James J. Farrell