UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA, | : DOCKET NO.<br>: 3:02 CV 1966 (AVC)<br>: |
| Plaintiffs, | : |
| V. | : |
| LOCAL TOWING INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA and JAMES GARDELLA, | : |
| Defendants/Third-Party Plaintiffs | : September 26, 2005 |
| V. | : |
| ASSOCIATED INSURANCE AGENCY, INC., FREDERICK. J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C., AND CHARLES SAPOCHETTI, | : |
| Third-Party Defendants. | : |

PLAINTIFFS' SAFECO INSURANCE COMPANY OF AMERICA
AND GENERAL INSURANCE COMPANY OF AMERICA
MOTION FOR AN AMENDED SCHEDULING ORDER

1.  In accordance with the provisions of D.Conn.Civ.L.R. 7(b) plaintiffs Safeco Insurance Company of America ("Safeco") and General Insurance Company of America ("General") (collectively the "Surety") by their attorneys, Torre, Lentz, Gamell, Gary & Rittmaster, LLP, respectfully move for an extension of the deadlines for filing the Joint Trial Memorandum and the Trial Ready Date until 30 days after all outstanding

1

dispositive motions are ruled upon by this Court. The requested relief is warranted in light of the fact that the ongoing motion practice may impact the facts and issues to be addressed in the Joint Trial Memorandum and at trial. The status of the pending motions is as follows:

    a.    A motion for Summary Judgment was brought by defendant James Gardella and has been fully briefed, served and filed by all pertinent parties.

    b.    A cross-motion for Summary Judgment was brought by plaintiffs Safeco and General and has been fully briefed, served and filed by all pertinent parties.

    c.    A motion for Summary Judgment was brought by third-party defendant Associated Insurance Agency Inc. Defendant and third-party plaintiff James Gardella has not yet served his opposition papers to this motion.

    d.    A motion for Summary Judgment was brought by third-party defendant Melwain Enterprises Inc. Defendant and third-party plaintiff James Gardella has not yet served his opposition papers to this motion.

This Court Has Issued Several Prior
<u>Orders Regarding Scheduling Deadlines</u>

    2.    By Order dated February 28, 2005, the Court issued a Third Amended Scheduling Order setting discovery due by April 15, 2005, dispositive motions due by May 13, 2005, Trial Ready Date as July 14, 2005, and Joint Trial Memorandum due by June 10, 2005.

3.  By Order dated May 3, 2005, the Court granted the motion of third-party defendant Melwain Enterprises, Inc. for an extension of time until July 29, 2005 to file dispositive motions.

4.  By Order dated June 15, 2005, the Court granted plaintiffs' motion for an extension of time until September 30, 2005 to file the Joint Trial Memorandum and October 6, 2005 for Trial Readiness.

5.  By Order dated July 27, 2005, the Court granted plaintiffs' motion for an extension of time until August 8, 2005 to file the dispositive motions.

6.  By Order dated September 1, 2005, the Court granted third-party plaintiff's motion for an extension of time until September 12, 2005 to respond to:

    a)  third-party defendant Melwain Enterprises's motion for summary judgment,

    b)  plaintiffs' motion for summary judgment, and

    c)  third-party defendant Associated Ins. Agency Inc.'s motion for summary judgment.

7.  By Order dated September 15, 2005, the Court granted third-party plaintiff's motion for an extension of time until September 26, 2005 to respond to:

    a)  third-party defendant Melwain Enterprises's motion for summary judgment and

    b)  third-party defendant Associated Ins. Agency Inc.'s motion for summary judgment.

Plaintiffs Have Sought Consent
From All Respective Parties

8.  In accordance with the provisions of D.Conn.Civ.L.R. 7(B)(3) counsel for Associated Insurance Agency, Inc., AFNY, Inc., Melwain Enterprises, Inc. have consented to and join in the Surety's request for an extension of the dates for Trial Readiness and the Joint Trial Memorandum until 30 days after all outstanding dispositive motions are ruled upon by this Court.

9.  In accordance with the provisions of D.Conn.Civ.L.R. 7(b)(3), the Surety attempted to contact James Farell, Esq., counsel for defendant and third-party plaintiff James Gardella, via telephone on September 22, 2005 and September 23, 2005 regarding this request for an extension of the dates for Trial Readiness and the Joint Trial Memorandum until 30 days after all outstanding dispositive motions are ruled upon by this Court. On these occasions a detailed message was left and we have not yet received a response.

10. Except as indicated above, the Surety has not previously requested such relief as set forth above.

Dated:      Jericho, New York
               September 26, 2005

                                TORRE LENTZ GAMELL GARY
                                & RITTMASTER, LLP

                                By: _____
                                     Benjamin D. Lentz (BL 4860)

                                A Member of the Firm
                                Counsel for Plaintiffs
                                Safeco Insurance Company of America
                                General Insurance Company of America
                                100 Jericho Quadrangle, Suite 309
                                Jericho, New York 11753-2702
                                (516) 240-8900

STATE OF NEW YORK )
 ) ss.:
COUNTY OF NASSAU )

        Angela M. Charnay, being duly sworn, says: (1) I am not a party to this action, am over 18 years of age, and reside at Bayville, New York; and (2) on September 26, 2005, I served the within PLAINTIFFS' SAFECO INSURANCE COMPANY OF AMERICA AND GENERAL INSURANCE COMPANY OF AMERICA MOTION FOR AN AMENDED SCHEDULING ORDER on each of the following attorneys (or parties) at the address set forth after said attorney's (or party's) name, that being the address designated by said attorney (or party) for that purpose, by depositing a true copy of same enclosed in postage-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York at 100 Jericho Quadrangle, Jericho, New York:

Duncan B. Hume, Esq.
Hume & Associates
8 Elm Street
Norwalk, CT 06850

James L. Brawley, Esq.
Tracey M. Lane Russo, Esq.
Anita C. Di Gioia, Esq.
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06106

James J. Farell, Esq.
8 Elm Street
Norwalk, CT 06850

Richard N. Freeth, Esq.
Winget Spadofora & Schwartzberg, LLP
177 Broad Street, Suite 501
Milford, CT 06460

Luigi Spadofora, Esq.
Dianna D. McCarthy, Esq.
Winget Spadofora & Schwartzberg
45 Broadway, 19th Floor
New York, NY 10006

                                                            /s/ Angela M. Charnay
                                                          Angela M. Charnay

Sworn to before me
September 26, 2005

/s/ Eileen Keating
Notary Public
EILEEN KEATING
Notary Public, State Of New York
No. 01KE6089015
Qualified In Queens County
Commission Expires March 17, 2007

97609 v