UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------- x

SAFECO INSURANCE COMPANY OF AMERICA and
GENERAL INSURANCE COMPANY OF AMERICA,

                                   Plaintiffs,    DOCKET NO:

-against-                        3:02-CV-1966 (AVC)

LOCAL TOWING INC., GEORGE GARDELLA,
JESSICA HELQUIST-GARDELLA, and JAMES
GARDELLA,

                                   Defendants.    August 8, 2005

------------------------------------------------------------- x

LOCAL TOWING INC., GEORGE GARDELLA,
JESSICA HELQUIST-GARDELLA, and JAMES
GARDELLA,

                                   Third-Party Plaintiffs,

-against-

ASSOCIATED INSURANCE AGENCY, INC.,
FREDERICK J. SMITH, AFNY, INC., ASSOCIATED
FACILITIES OF AMERICA LTD., MELWAIN
ENTERPRISES, INC., CHARLES ASSOCIATES, P.C,
and CHARLES SAPOCHETTI,

                                   Third-Party Defendants.

------------------------------------------------------------- x

DEFENDANT MELWAIN ENTERPRISE, INC.'S MOTION FOR

3:02CV1966(AVC) October 4, 2005. The court, having examined the memorandum in support of the motion for summary judgment, and having registered that the opposing side agrees that the motion should be granted, concludes that the motion meets the burden of demonstrating that no material issue of fact exists for trial. Accordingly, the motion for summary judgment is GRANTED.

SO ORDERED.

_____
Alfred V. Covello, U.S.D.J.