UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA AND GENERAL INSURANCE COMPANY OF AMERICA,<br>  Plaintiffs | : : : : | CIVIL ACTION NO.<br><br>3:02CV1966 (AVC) |
| VS. | : | |
| LOCAL TOWING, INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, AND JAMES GARDELLA<br>  Defendants/Third-Party Plaintiffs | : : : : | |
| VS. | : | |
| ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C., AND CHARLES SAPOCHETTI<br>  Third-Party Defendants | : : : : : : : : : | AUGUST 8, 2005 |

**MOTION TO PRECLUDE EXPERT**

Pursuant to Fed.R.Civ.P. 26(a)(2)(c) and Fed.R.Civ.P. 37(c)(1), the undersigned Third-Party Defendant Associated Insurance Agency, Inc. (hereinafter "Associated") respectfully moves this Court to preclude Third-Party Plaintiffs Local Towing, Inc., George Gardella, Jessica Helquist-Gardella, and James Gardella (hereinafter "Third-Party Plaintiffs") from disclosing an expert witness and/or introducing expert testimony in the above-captioned matter. This matter is scheduled for trial in the Fall of 2005, and any disclosure after this date would be in contravention of this Court's Scheduling Order and unduly prejudicial to Associated.

3:02CV1966(AVC) October __4__, 2005. Local Towing, Inc., George Gardella, Jessica Helquist and James Gardella, having represented that no expert testimony is required, and that no expert witness is forthcoming, the motion to preclude expert is DENIED without prejudice to its refiling in the event that an expert should be disclosed.

SO ORDERED.

_____
Alfred V. Covello, U.S.D.J.