UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 [illegible]
DISTRICT COURT
HARTFORD, CT

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA,<br><br>Plaintiffs,<br><br>V.<br><br>LOCAL TOWING INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA and JAMES GARDELLA,<br><br>Defendants/Third-Party Plaintiffs<br><br>V.<br><br>ASSOCIATED INSURANCE AGENCY, INC., FREDERICK. J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C., AND CHARLES SAPOCHETTI,<br><br>Third-Party Defendants. | DOCKET NO.<br>3:02 CV 1966 (AVC)<br><br><br><br><br><br><br><br>September 26, 2005 |

PLAINTIFFS' SAFECO INSURANCE COMPANY OF AMERICA
AND GENERAL INSURANCE COMPANY OF AMERICA
<u>MOTION FOR AN AMENDED SCHEDULING ORDER</u>

1.     In accordance with the provisions of D.Conn.Civ.L.R. 7(b) plaintiffs Safeco Insurance Company of America ("Safeco") and General Insurance Company of America ("General") (collectively the "Surety") by their attorneys, Torre, Lentz, Gamell, Gary & Rittmaster, LLP, respectfully move for an extension of the deadlines for filing the Joint Trial Memorandum and the Trial Ready Date until 30 days after all outstanding

*[Handwritten margin note, vertical left side:]* 3:02CV1966(AVC) October 1, 2005. The within motion for an amended scheduling order is GRANTED. The parties shall have to and including October 24, 2005, to file the Joint Trial Memorandum and November 3, 2005, for Trial Readiness.   Alfred V. Covello, U.S.D.J.

1