UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
SAFECO INSURANCE COMPANY OF      :
AMERICA and GENERAL INSURANCE    :
COMPANY OF AMERICA,              :
                                 :
     Plaintiff,                  :
                                 :    Civil No. 3:02CV1966(AVC)
v.                               :
                                 :
LOCAL TOWING INC., GEORGE        :
GARDELLA, JESSICA HELQUIST,      :
and JAMES GARDELLA,              :
                                 :
     Defendants.                 :
```

### RULING ON THE DEFENDANT JAMES R. GARDELLAS' MOTION FOR SUMMARY JUDGMENT

This is an action for damages arising out of the defendants' alleged failure to perform under a General Agreement of Indemnity (the "GAI"). It is brought pursuant to common law tenets concerning breach of contract. The defendant, James R. Gardella, has filed the within motion for summary judgment (document no. 126) pursuant to Fed. R. Civ. P. 56, contending that there was no indemnification agreement between the defendant and the plaintiffs with respect to the bonds that give rise to the underlying action. Specifically, the defendant alleges that the GAI is so broadly worded that, in effect, "the nature of the liability and the extent of the liability [are] omitted...." Without these essential terms, Gardella argues, no agreement could have been formed.

The defendants respond that the terms of the GAI are plain and unambiguous and that a valid contract was therefore formed.

Upon examining the language of the GAI and the undisputed facts as laid out in the parties' briefs, the court concludes that the terms concerning the nature and extent of Gardella's liability were not omitted from the indemnity agreement. Therefore, the defendant's motion for summary judgment (document no. 126) is DENIED.

It is so ordered this 4th day of October, 2005, at Hartford, Connecticut.

```
       _____/s/_____
       Alfred V. Covello
       United States District Judge
```