UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA,<br>  Plaintiffs, | DOCKET NO.<br>3:02 CV 1966 (AVC) |
| v. | |
| LOCAL TOWING INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, and JAMES GARDELLA,<br>  Defendants/Third-Party Plaintiffs | |
| v. | |
| ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C., and CHARLES SAPOCHETTI,<br>  Third-Party Defendants. | December 5, 2005 |

### MOTION FOR ADMISSION OF SEAN P. KELLEY PRO HAC VICE

Pursuant to D. Conn. L. Civ. R. 2(d), the undersigned counsel hereby moves this court to admit Mr. Sean P. Kelley pro hac vice to represent the plaintiffs Safeco Insurance Company of America and General Insurance Company of America in the above-captioned civil matter. In support thereof, the undersigned counsel represents that:

1. Mr. Kelley is an associate with the law firm of Torre, Lentz, Gamell, Gary & Rittmaster, LLP, with an office address of:

   100 Jericho Quadrangle, Suite 309
   Jericho, New York 11753-2702
   (516) 240-8900

(see attached Affidavit of Sean P. Kelley).

2. Mr. Kelley was admitted to the bar of the state of New York in 1996 and is a member in good standing of that bar. Mr. Kelley is also admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York (see attached Affidavit of Sean P. Kelley).

3. Neither Mr. Kelley nor any member of his firm has been denied admission or disciplined in accordance with Local Rule 3 of this district court, or has been denied admission or disciplined by any other court (see attached Affidavit of Sean P. Kelley).

4. The undersigned counsel is aware of his responsibilities under the local rules of this court as an appearing attorney and under Local Rule 2(c) of this district court to accept service of all papers served (see attached Affidavit of Constantine G. Antipas).

5. The granting of this motion would not require modification of any scheduling order or deadlines established by standing order on scheduling civil cases.

THE PLAINTIFFS,

SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA

By: /s/ _____
Constantine G. Antipas, P.E.
Federal Bar No. ct11647
Bartinik, Bartinik & Grater, P.C.
100 Fort Hill Road
Groton, CT 06340
Telephone (860) 445-8521
Facsimile (860) 445-5873
Their Attorney

OF COUNSEL:

Torre, Lentz, Gamell, Gary & Rittmaster, LLP
Sean P. Kelley
Federal (SD & ED NY) Bar No. SK6023
100 Jericho Quadrangle, Suite 309
Jericho, New York 11753-2702
(516) 240-8900

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA,<br>    Plaintiffs,<br><br>v.<br><br>LOCAL TOWING INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, and JAMES GARDELLA,<br>    Defendants/Third-Party Plaintiffs<br><br>v.<br><br>ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C., and CHARLES SAPOCHETTI,<br>    Third-Party Defendants. | DOCKET NO.<br>3:02 CV 1966 (AVC)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>December 2, 2005 |

### AFFIDAVIT OF SEAN P. KELLEY

STATE OF NEW YORK   )
                    )  ss: Jericho, N.Y.
COUNTY OF NASSAU    )

I, Sean P. Kelley, being duly sworn, depose and say:

1. I am over eighteen years of age and recognize the obligation of an oath.

2. I was admitted to the bar of the state of New York in 1996 and am a member in good standing thereof. I am also admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York.

3. I am an associate in the law firm of Torre, Lentz, Gamell, Gary & Rittmaster, LLP, 100 Jericho Quadrangle, Suite 309, Jericho, New York 11753-2702, (516) 240-8900.

4. Neither I nor any member of my firm has been denied admission or disciplined in accordance with Local Rule 3 of this district court, or has been denied admission or disciplined by any other court.

5. I have a long-standing relationship with Safeco Insurance Company of America and General Insurance Company of America, and they have asked me to represent them before this court in the above-captioned matter.

6. I am aware of the conduct expected of me under D. Conn. L. Civ. R. 3(a) as a lawyer appearing before this court.

/s/ Sean P. Kelley
―――――――――――――――――
Sean P. Kelley

Subscribed and sworn to before me this 2d day of December, 2005.

Notary Public
My Commission Expires: 7/15/06

LAWRENCE S. NOVAK
Notary Public, State of New York
No. 02NO5063134
Qualified in Suffolk County
Commission Expires July 15, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA,<br>        Plaintiffs,<br><br>v.<br><br>LOCAL TOWING INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, and JAMES GARDELLA,<br>        Defendants/Third-Party Plaintiffs<br><br>v.<br><br>ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C., and CHARLES SAPOCHETTI,<br>        Third-Party Defendants. | DOCKET NO.<br>3:02 CV 1966 (AVC)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>December 5, 2005 |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION OF SEAN P. KELLEY PRO HAC VICE**

STATE OF CONNECTICUT    )
                        )   ss: Groton, Conn.
COUNTY OF NEW LONDON    )

I, CONSTANTINE G. ANTIPAS, being duly sworn, depose and say:

1. I am over eighteen years of age and recognize the obligation of an oath.

2. I was admitted to the Bar of the State of Connecticut in 1991, the Bar of the State of Missouri in 1991, the Bar of the State of New York in 1991, the Bar of the State of Kansas in 1992, and of the United States District Court for

the Western District of Missouri, the District of Kansas, and the District of Connecticut in 1991, 1992, and 1993, respectively. I am a member in good standing of all the foregoing bars.

3. I am of counsel to the law firm of Bartinik, Bartinik & Grater, P.C.

4. I have been retained as local counsel by Safeco Insurance Company of America and General Insurance Company of America in the above-captioned matter.

5. I am aware of my responsibilities under the local rules of this court as an appearing attorney and under Local Rule 2(c) of this district court to accept service of all papers served.

/s/ _____
Constantine G. Antipas, P.E.

Subscribed and sworn to before me this 5th day of December, 2005.

_____
Commissioner of the Superior Court
Notary Public
My Commission Expires: _____

**JACQUELINE M. EZELL**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES SEP 30, 2010

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA,<br>    Plaintiffs,<br><br>v.<br><br>LOCAL TOWING INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, and JAMES GARDELLA,<br>    Defendants/Third-Party Plaintiffs<br><br>v.<br><br>ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C., and CHARLES SAPOCHETTI,<br>    Third-Party Defendants. | DOCKET NO.<br>3:02 CV 1966 (AVC)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>December ___, 2005 |

### ORDER

IT IS ORDERED that the Motion for Admission of Sean P. Kelley Pro Hac Vice to appear on behalf of Safeco Insurance Company of America and General Insurance Company of America in the above-captioned case is hereby approved.

 

ALFRED V. COVELLO
UNITED STATES DISTRICT JUDGE

## CERTIFICATION

This is to certify that copies of the foregoing were mailed on this date, postage prepaid, to the following:

Duncan B. Hume, Esq.
Hume & Associates
1 Landmark Square, Suite 525
Stamford, CT 06901
    **Counsel for Local Towing, Inc., George Gardella, Jessica Helquist-Gardella & James Gardella**

James J. Farrell III, Esq.
8 Elm Street
Norwalk, CT 06850
    **Counsel for Local Towing, Inc., George Gardella, Jessica Helquist-Gardella & James Gardella**

James L. Brawley, Esq.
Anita C. Di Gioia, Esq.
Tracey M. Lane Russo, Esq.
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103-1810
    **Counsel for Associated Insurance Agency, Inc.**

_____
Constantine G. Antipas, P.E.

SAFE-002.P014