UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA,<br>　　Plaintiffs,<br><br>v.<br><br>LOCAL TOWING INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, and JAMES GARDELLA,<br>　　Defendants/Third-Party Plaintiffs<br><br>v.<br><br>ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C., and CHARLES SAPOCHETTI,<br>　　Third-Party Defendants. | DOCKET NO.<br>3:02 CV 1966 (AVC)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>December _6_, 2005 |

## SUPPLEMENTAL AFFIDAVIT OF SEAN P. KELLEY

STATE OF NEW YORK　)
　　　　　　　　　　　) ss: Jericho, N.Y.
COUNTY OF NASSAU　)

　　I, Sean P. Kelley, being duly sworn, depose and say:

　　1.　　I am over eighteen years of age and recognize the obligation of an oath.

　　2.　　I am an associate in the law firm of Torre, Lentz, Gamell, Gary & Rittmaster, LLP, 100 Jericho Quadrangle, Suite 309, Jericho, New York 11753-2702, (516) 240-8900, fax (516) 240-8950, email skelley@tlggr.com.

3. I was admitted to the bar of the state of New York in 1996 and am a member in good standing thereof. I am also admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York.

4. Neither I nor any member of my firm has been denied admission or disciplined in accordance with Local Rule 83.2 of this district court, or has been denied admission or disciplined by any other court.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

6. I have a long-standing relationship with Safeco Insurance Company of America and General Insurance Company of America, and they have asked me to represent them before this court in the above-captioned matter.

/s/ Sean P. Kelley
—————————————
Sean P. Kelley

Subscribed and sworn to before me this 6th day of December, 2005.

—————————————
Notary Public
My Commission Expires: 3/17/07

EILEEN KEATING
Notary Public, State Of New York
No. 01KE6089015
Qualified In Queens County
Commission Expires March 17, 2007