# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

SAFECO INSURANCE COMPANY OF AMERICA, et al
    Plaintiffs,
V.

LOCAL TOWING INC., et al
    Defendants/Third-Party Plaintiffs
V.

ASSOCIATED INSURANCE AGENCY, INC., et al
    Third-Party-Defendants.

**APPEARANCE**

CASE NUMBER: 3:02 CV 1966 (AVC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

SAFECO INSURANCE COMPANY OF AMERICA and
GENERAL INSURANCE COMPANY OF AMERICA

---

December 13, 2005
**Date**

phv 0756
**Connecticut Federal Bar Number**

(516) 240-8900
**Telephone Number**

(516) 240-8950
**Fax Number**

skelley@tlggr.com
**E-mail address**

*[Signature]*
**Signature**

Sean P. Kelley
**Print Clearly or Type Name**

100 Jericho Quadrangle, Suite 309
**Address**

Jericho, New York 11753-2702

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

James J. Farrell, III
8 Elm Street
Norwalk, CT 06850

Duncan B. Hume, Esq.
Hume & Associates
8 Elm Street
Norwalk, CT 06850

Joseph A. Maker, Esq.
30 Oak Street
Stamford, CT 06905

James L. Brawley, Esq.
Tracey M. Lane Russo, Esq.
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103-1810

*[Signature]*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24