FILED

2006 MAY 12 A 10: 20

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------x
SAFECO INSURANCE COMPANY OF
AMERICA and GENERAL INSURANCE
COMPANY OF AMERICA,                                          DOCKET NO.   302CV1966-AJC

    Plaintiffs
  v.

LOCAL TOWING INC., GEORGE GARDELLA,                          MAY 10, 2006
JESSICA HELQUIST-GARDELLA, and
JAMES GARDELLA,

    Defendants.
-----------------------------------------------------------x

LOCAL TOWING INC., GEORGE GARDELLA,
JESSICA HELQUIST-GARDELLA, and
JAMES GARDELLA,

    Third-Party Plaintiffs
  v.

ASSOCIATED INSURANCE AGENCY, INC.,
FREDERICK J. SMITH, AFNY, INC.,
ASSOCIATED FACILITIES OF AMERICA LTD.,
MELWAIN ENTERPRISES, INC., CHARLES
ASSOCIATES, P.C., and CHARLES SAPOCHETTI

    Third-Party Defendants
-----------------------------------------------------------x

## MOTION TO WITHDRAW APPEARANCE

James J. Farrell, the undersigned counsel move to withdraw his appearance for

the defendants and third party plaintiffs James Gardella and Local Towing, Inc. in the

above action.   Attached hereto is the consent of James Gardella to this motion.  The undersigned has serious health problems which precludes the undersigned from rendering providing effective assistance of counsel in this action.

Dated at Norwalk, Connecticut this 10th day of May 2006.

                                              _____
                                              James J. Farrell
                                              8 Elm Street
                                              Norwalk, Connecticut  06850
                                              Tel. 203-852-1770
                                              Fax 203-838-7221
                                              Federal Bar No.   09963

## Certification

The undersigned hereby certifies that a copy of the foregoing Motion to Withdraw Appearance was mailed via first class with the United States Postal Service, postage prepaid, to all counsel of record and the defendants on May 11, 2006:

Constantine G. Antipas, Esq,
The Antipas Law Firm
One Fort Hill Road
Groton, Connecticut 06340

James . Brawley, Esq.
Morris, Mahoney & Miller
1 Constitution Plaza
Hartford, Connecticut
06103

Benjamin Lentz, Esq.
Sean Kelly, Esq.
Torre, Lentz, Gamell, Gary & Rittmaster
100 Jericho Quadrangle
Jericho, New York   11753

James Gardella
19 Shorehaven Road
Norwalk, Connecticut
06854

Luigi Spadafora, Esq.
Dianna D. McCarthy, Esq.
Winget, Spadafora & Swartzberg
45 Broadway   19th Floor
New York, New York   10006

James J. Farrell