## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF ) <br> AMERICA AND GENERAL INSURANCE ) <br> COMPANY OF AMERICA ) <br>     Plaintiffs, ) <br> v. ) <br> ) <br> LOCAL TOWING INC., GEORGE GARDELLA ) <br> JESSICA HELQUIST-GARDELLA AND ) <br> JAMES GARDELLA ) <br>     Defendants/Third-Party Plaintiffs ) <br> v. ) <br> ) <br> ASSOCIATED INSURANCE AGENCY, INC. ) <br> FREDERICK J. SMITH, AFNY, INC., ) <br> ASSOCIATED FACILITIES OF AMERICA, LTD.) <br> MELWAIN ENTERPRISES, INC., CHARLES ) <br> ASSOCIATES, P.C., AND CHARLES ) <br> SAPOCHETTI, ) <br>     Third-Party Defendants. ) | CASE NO. 3:02CV1966 (AVC) <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> MAY 16, 2006 |

### APPEARANCE

To the Clerk of this court and all parties of record:

    Please enter my appearance as counsel for defendants Local Towing, Inc., James R. Gardella, and George C. Gardella.

DEFENDANTS

By: _/s/ Kerry R. Callahan_
KERRY R. CALLAHAN, ESQ.
Federal Bar Number Ct06569
UPDIKE, KELLY & SPELLACY, P.C.
One State Street, P.O. Box 231277
Hartford, CT 06123-1277
Tel. No. (860) 548-2600
krcallahan@uks.com

434468

## **CERTIFICATION**

I hereby certify that on May 16, 2006 a copy of the foregoing Appearance was served, via first class mail, postage prepaid, upon the following counsel of record:

Benjamin D. Lentz
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753-2702
*Attorney for the plaintiffs*

James L. Brawley
Tracey M. Lane Russo, Esq.
Morrison, Mahoney & Miller, LLP
*Attorneys for Associated Insurance Agency, Inc.*

Constantine G. Antipas
The Antipas Law Firm
PO Box 526
Mystic, CT 06355
*Attorney for the plaintiffs*

Dianna D. McCarthy
Winget Spadofora & Schwartzberg, LLP
183 N. Broad Street
Milford, CT 06460
*Attorney for Melwain Enterprises, Inc.*

Luigi Spadofora
Winget Spadofora & Schwartzberg
45 Broadway, 19th Floor
New York, NY 10006
*Attorney for Melwain Enterprises, Inc.*

Duncan Hume
Hume & Associates
1 Landmark Sq. Suite 525
Stamford, CT 06901
*Attorney for the defendants*

James Farrell, III
8 Elm Street
Norwalk, CT 06850
*Attorney for the defendants*

_____
Kerry R. Callahan
UPDIKE, KELLY & SPELLACY, P.C.