# TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP

## ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP FORMED IN THE STATE OF NEW YORK

| NEW YORK CITY OFFICE | LONG ISLAND OFFICE | NEW JERSEY OFFICE |
|---|---|---|
| 226 WEST 26TH STREET, 8TH FLOOR | 100 JERICHO QUADRANGLE, SUITE 309 | 100 OVERLOOK DRIVE, 2ND FLOOR |
| NEW YORK, NEW YORK 10001-6785 | JERICHO, NEW YORK 11753-2702 | PRINCETON, NEW JERSEY 08540 |
| TELEPHONE: (212) 686-0920 | TELEPHONE: (516) 240-8900 | TELEPHONE: (609) 375-2251 |
| FACSIMILE: (212) 685-2879 | FACSIMILE: (516) 240-8950 | FACSIMILE: (609) 375-2685 |
|  |  | NEW JERSEY PARTNER |
|  |  | KEVIN M. GARY |

Please reply to Long Island Office

May 24, 2006

Benjamin D. Lentz
blentz@tlggr.com

VIA FIRST CLASS MAIL

Honorable Thomas P. Smith
United States District Court
450 Main Street
Courtroom 1 - Annex
Hartford, CT 06103

2CV1966

Re: Safeco Ins. Co. of America v. Local Towing, Inc., et al.
    US Dist. Ct., District of Connecticut
    Docket No. 302CV1996 AVC
    TLGGR No. 2087.032

Dear Judge Smith:

May 26, 2006. Treating this as a motion, it is DENIED. Moving counsel is hereby ordered to reread Nick v. Morgan's Foods, 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo 2000), which is cited in this court's May 16, 2006 order. Among other things that order states, "Counsel shall be accompanied by the appropriate persons with authority to settle, including insurance adjusters. See Nick v. Morgan's Foods, 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo 2000). Counsel are hereby ordered to advise their respective principles and insurance adjusters of the Nick decision."

Thomas P. Smith
U.S. Magistrate Judge

# TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP

## ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP FORMED IN THE STATE OF NEW YORK

NEW YORK CITY OFFICE
226 WEST 26TH STREET, 8TH FLOOR
NEW YORK, NEW YORK 10001-6785

TELEPHONE: (212) 686-0920
FACSIMILE:  (212) 685-2879

LONG ISLAND OFFICE
100 JERICHO QUADRANGLE, SUITE 309
JERICHO, NEW YORK 11753-2702

TELEPHONE: (516) 240-8900
FACSIMILE:  (516) 240-8950

NEW JERSEY OFFICE
100 OVERLOOK DRIVE, 2ND FLOOR
PRINCETON, NEW JERSEY 08540

TELEPHONE: (609) 375-2251
FACSIMILE:  (609) 375-2685

NEW JERSEY PARTNER
KEVIN M. GARY

**Please reply to Long Island Office**

May 24, 2006

Benjamin D. Lentz
blentz@tlggr.com

VIA FIRST CLASS MAIL

Honorable Thomas P. Smith
United States District Court
450 Main Street
Courtroom 1 - Annex
Hartford, CT  06103

2CV1966

Re: Safeco Ins. Co. of America v. Local Towing, Inc., et al.
    US Dist. Ct., District of Connecticut
    Docket No. 302CV1996 AVC
    TLGGR No. 2087.032

Dear Judge Smith:

We are the attorneys for the plaintiffs in the captioned action, Safeco Insurance Company of America and General Insurance Company of America ("Safeco").

There is a settlement conference scheduled before your honor on Friday, June 30, 2006 in Hartford, Connecticut.

On behalf of Safeco, we respectfully request permission that our client, who is located in Chicago, Illinois, participate by telephone in the settlement conference. This firm will be attending the conference in person.

Please be advised that the attorneys for the defendants and third-party plaintiffs and the third-party defendants have consented to Safeco's appearance by telephone.

Please advise if you grant Safeco's request.

102683 v1

TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP

Honorable Thomas P. Smith
May 24, 2006
Page 2

Thank you for your assistance.

                                              Very truly yours,

                                              Benjamin D. Lentz

BDL:jar
cc:   (Via Email and Regular Mail)
       Ann T. Hester, Esq.
       Kerry Callahan, Esq.
       James Brawley, Esq.

102683 v1