UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF | : | CIVIL ACTION NO. |
| AMERICA AND GENERAL INSURANCE | : | |
| COMPANY OF AMERICA, | : | |
|     Plaintiffs | : | |
| | | 302CV1966 (AVC) |
| VS. | : | |
| | | |
| LOCAL TOWING, INC., GEORGE | : | |
| GARDELLA, JESSICA HELQUIST- | : | |
| GARDELLA, AND JAMES GARDELLA | : | |
|     Defendants/Third-Party Plaintiffs | : | |
| | | |
| VS. | : | |
| | | |
| ASSOCIATED INSURANCE AGENCY, | : | |
| INC., FREDERICK J. SMITH, AFNY, | : | |
| INC., ASSOCIATED FACILITIES OF | : | |
| AMERICA LTD., MELWAIN | : | |
| ENTERPRISES, INC., CHARLES | : | |
| ASSOCIATES, P.C., AND CHARLES | : | |
| SAPOCHETTI | : | |
|     Third-Party Defendants | : | AUGUST 23, 2006 |

## MOTION TO WITHDRAW AS ATTORNEY

Pursuant to L.Civ.R. 7(e), the undersigned counsel hereby moves to withdraw her

appearance entered on behalf of the Third-Party defendant, Associated Insurance Agency, Inc..

In support hereof, the undersigned represents that the defendant is currently represented by

Attorney James L. Brawley of Morrison Mahoney LLP, whose appearance was filed on June 9,

2003.

The defendant will not be prejudiced in any way by the withdrawal of Attorney Tracey

Lane Russo. Further, because the defendant is represented by Attorney James L. Brawley of

Morrison Mahoney, it has notice and advice with respect to this matter.

1

THE THIRD-PARTY DEFENDANT,
ASSOCIATED INSURANCE AGENCY, INC.

_____

Tracey Lane Russo – ct19865
MORRISON, MAHONEY & MILLER, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06106
Phone: (860) 616-4441
Their Attorneys

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent, via electronic filing, to the following parties of record (unless otherwise advised by the Court) this 23rd day of August, 2006, as follows:

Torre, Lentz, Gamell, Gary & Rittmaster, LLP
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753-2702

Constantine G. Antipas, Esq.
The Antipas Law Firm
One Fort Hill Road
Groton, CT 06340

Duncan B. Hume, Esq.
Hume & Associates
One Landmark Square
Stamford, CT 06901

James J. Farrell, Esq.
8 Elm Street
Norwalk, CT 06850

_____

Tracey Lane Russo

2