UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF<br>AMERICA and GENERAL INSURANCE<br>COMPANY OF AMERICA, | : <br> : <br> : | DOCKET NO.<br>3:02 CV 1966 (AVC) |
| Plaintiffs, | : | |
| V. | : | |
| LOCAL TOWING INC., GEORGE GARDELLA,<br>JESSICA HELQUIST-GARDELLA<br>and JAMES GARDELLA, | : <br> : <br> : | |
| Defendants/Third-Party Plaintiffs | : | November 2, 2006 |
| V. | : | |
| ASSOCIATED INSURANCE AGENCY, INC.,<br>FREDERICK. J. SMITH, AFNY, INC.,<br>ASSOCIATED FACILITIES OF AMERICA LTD.,<br>MELWAIN ENTERPRISES, INC., CHARLES<br>ASSOCIATES, P.C., AND CHARLES<br>SAPOCHETTI, | : <br> : <br> : <br> : <br> : <br> : | |
| Third-Party Defendants. | : | |

PLAINTIFFS' SAFECO INSURANCE COMPANY OF
AMERICA AND GENERAL INSURANCE COMPANY OF
AMERICA MOTION TO EXTEND THE TIME WITH WHICH
<u>TO FILE A STIPULATION OF DISMISSAL</u>

1.    In accordance with the provisions of D.Conn.Civ.L.R. 7(b) plaintiffs Safeco Insurance Company of America ("Safeco") and General Insurance Company of America ("General") (collectively the "Surety") by their attorneys, Torre, Lentz, Gamell, Gary & Rittmaster, LLP, respectfully move for an extension of the deadline for filing a stipulation of dismissal in this matter from November 2, 2006 up to and including

November 13, 2006.

    2.    The status of this matter is as follows:

        a.    A settlement conference was held before Judge Thomas P. Smith on September 28, 2006 during which the basic terms of a settlement were reached, agreed to by all the respective parties and "so-ordered" by Judge Smith.

        b.    Subsequently, Judge Alfred V. Covello issued an Order dated October 5, 2006 and entered October 6, 2006 (i) directing the Clerk "to administratively close the file without prejudice to reopening on or before November 2, 2006, (ii) indicating that "if the parties wish to file a stipulation of dismissal (for approval by the Court or simply for inclusion in the Court's file), they may do so on or before November 2, 2006" and (iii) that "the dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7."

        c.    The parties have actively and diligently pursued negotiating the terms of the settlement documents to be exchanged between the parties, but the process has regretfully taken longer than anticipated and it is believed that all issues will be resolved and settlement documents and checks exchanged within the next ten (10) days.

    3.    In accordance with the provisions of D.Conn.Civ.L.R. 7(b)(3) counsel for all parties have consented with the Surety's request for an extension of the date for reopening the matter and for filing a stipulation of dismissal.

    4.    Except as indicated above, the Surety has not previously requested such relief as set forth above.

Dated:    Jericho, New York

105293 v1

November 2, 2006

          TORRE LENTZ GAMELL GARY
          & RITTMASTER, LLP

          By: /s/ Benjamin D. Lentz
               Benjamin D. Lentz (BL 4860)

          A Member of the Firm
          Counsel for Plaintiffs
          Safeco Insurance Company of America
          General Insurance Company of America
          100 Jericho Quadrangle, Suite 309
          Jericho, New York 11753-2702
          (516) 240-8900