UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF<br>AMERICA and GENERAL INSURANCE<br>COMPANY OF AMERICA, | : | DOCKET NO.<br>3:02 CV 1966 (AVC) |
| Plaintiffs, | : | |
| V. | : | |
| LOCAL TOWING INC., GEORGE GARDELLA,<br>JESSICA HELQUIST-GARDELLA<br>and JAMES GARDELLA, | : | |
| Defendants/Third-Party Plaintiffs | : | November 10, 2006 |
| V. | : | |
| ASSOCIATED INSURANCE AGENCY, INC.,<br>FREDERICK. J. SMITH, AFNY, INC.,<br>ASSOCIATED FACILITIES OF AMERICA LTD.,<br>MELWAIN ENTERPRISES, INC., CHARLES<br>ASSOCIATES, P.C., AND CHARLES<br>SAPOCHETTI, | : | |
| Third-Party Defendants. | : | |

PLAINTIFFS' SAFECO INSURANCE COMPANY OF
AMERICA AND GENERAL INSURANCE COMPANY OF
AMERICA SECOND MOTION TO EXTEND THE TIME
WITHIN WHICH TO FILE A STIPULATION OF DISMISSAL

1.    In accordance with the provisions of D.Conn.Civ.L.R. 7(b) plaintiffs Safeco Insurance Company of America ("Safeco") and General Insurance Company of America ("General") (collectively the "Surety") by their attorneys, Torre, Lentz, Gamell, Gary & Rittmaster, LLP, respectfully move for an extension of the deadline for filing a stipulation of dismissal in this matter from November 13, 2006 up to and including

November 30, 2006.

    2.    The status of this matter is as follows:

        a.    A settlement conference was held before Judge Thomas P. Smith on September 28, 2006 during which the basic terms of a settlement were reached, agreed to by all the respective parties and "so-ordered" by Judge Smith.

        b.    Subsequently, Judge Alfred V. Covello issued an Order dated October 5, 2006 and entered October 6, 2006 (i) directing the Clerk "to administratively close the file without prejudice to reopening on or before November 2, 2006, (ii) indicating that "if the parties wish to file a stipulation of dismissal (for approval by the Court or simply for inclusion in the Court's file), they may do so on or before November 2, 2006" and (iii) that "the dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7."

        c.    By stipulation so-ordered by Judge Alfred V. Covello on November 2, 2006, the deadline for reopening this matter and for filing a stipulation of dismissal was extended from November 2, 2006 up to and including November 13, 2006.

        d.    Currently, the outstanding issues to finalizing settlement of this matter are (i) the execution and exchange of releases by James Gardella, George Gardella, and Jessica Helquist-Gardella regarding their third-party claims against Associated Insurance Agency, Inc. ("AIA") and (ii) once that is completed, the exchange of the $125,000 settlement check from AIA to Safeco. The respective parties anticipate that this will be resolved shortly.

    3.    In accordance with the provisions of D.Conn.Civ.L.R. 7(b)(3) counsel for

105465 v1

all parties have consented with the Surety's request for an extension of the date for reopening the matter and for filing a stipulation of dismissal.

    4.    Except as indicated above, the Surety has not previously requested such relief as set forth above.

Dated:    Jericho, New York
            November 10, 2006

                                          TORRE LENTZ GAMELL GARY
                                          & RITTMASTER, LLP

                                          By: /s/ Sean P. Kelley
                                                 Sean P. Kelley (SK 6023)

                                          A Member of the Firm
                                          Counsel for Plaintiffs
                                          Safeco Insurance Company of America
                                          General Insurance Company of America
                                          100 Jericho Quadrangle, Suite 309
                                          Jericho, New York 11753-2702
                                          (516) 240-8900

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that a copy of the foregoing was sent via regular mail on this date to the following:

Kerry R. Callahan, Esq.
Attorneys for Defendants and Third-Party Plaintiffs
Updike Kelly & Spellacy, P.C.
One State Street
Hartford, CT 06123-1277

James L. Brawley, Esq.
Attorneys for Associated Insurance Agency, Inc.
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06106

Dated:   Jericho, New York
         November 10, 2006

/s/ Sean P. Kelley
Sean P. Kelley