UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA AND GENERAL INSURANCE COMPANY OF AMERICA, <br> Plaintiffs | : <br> : <br> : <br> : | CIVIL ACTION NO. |
| VS. | : | 302CV1966 (AVC) |
| LOCAL TOWING, INC., GEORGE GARDELLA, JESSICA HELQUIST-GARDELLA, AND JAMES GARDELLA <br> Defendants/Third-Party Plaintiffs | : <br> : <br> : <br> : | |
| VS. | : | |
| ASSOCIATED INSURANCE AGENCY, INC., FREDERICK J. SMITH, AFNY, INC., ASSOCIATED FACILITIES OF AMERICA LTD., MELWAIN ENTERPRISES, INC., CHARLES ASSOCIATES, P.C., AND CHARLES SAPOCHETTI <br> Third-Party Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | OCTOBER 25, 2006 <br> KRC |

**STIPULATION OF DISMISSAL**

The defendant, Associated Insurance Agency, Inc., by and through its attorney, James L. Brawley, Safeco Insurance Company of America and General Insurance Company of America, by and through their attorney Benjamin D. Lentz, and Local Towing, Inc., George Gardella, Jessica Hellquist Gardella and James Gardella, by and through their attorney, Kerry Callahan, stipulate that all claims in connection with the above-entitled action shall be dismissed with prejudice, without costs, and all right of appeal waived.

1

| | |
|---|---|
| PLAINTIFFS,<br>SAFECO INSURANCE COMPANY OF<br>AMERICA AND GENERAL INSURANCE<br>COMPANY OF AMERICA | DEFENDANTS/THIRD PARTY<br>PLAINTIFFS,<br>LOCAL TOWING, INC., JAMES<br>GARDELLA, GEORGE GARDELLA AND<br>JESSICA HELQUIST-GARDELLA |
| BY: _____<br>Benjamin D. Lentz, Esq.<br>Sean Kelly, Esq.<br>Torre, Lentz, Gamell, Gary & Rittmaster<br>100 Jericho Quadrangle, Suite 309<br>Jericho, NY 11753-2702 | BY: _____<br>Kerry R. Callahan, Esq.<br>Updike, Kelly & Spellacy, PC<br>One State Street, P.O. Box 231277<br>Hartford, CT 06123-1277 |

THIRD-PARTY DEFENDANT,
ASSOCIATED INSURANCE AGENCY,
INC.

By: _____
James L. Brawley– CT 17321
Elizabeth K. Adams– CT 26259
MORRISON MAHONEY LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
Phone: (860) 616-4441